UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF )<br>THE EXTRADITION OF T.C. )<br>) No. 24-cv-12458-ADB<br>) | |

## SUPPLEMENTAL MEMORANDUM CONCERNING CURRENT CONDITIONS OF CONFINEMENT

Juvenile T.C., through undersigned counsel, respectfully submits this supplemental memorandum regarding his current conditions of confinement.

Since his last submission to the Magistrate Judge on September 6, 2024, *In re Extradition T.C.*, 24-mj-01365-DLC, Dkt. 133, T.C. has been taken to school by Essex from 9:00 a.m. to 1:30 p.m. This schooling, however, lacks the essential elements of education: there is no curriculum or instruction. During these hours, students are merely allowed use of a computer. After 1:30 p.m., T.C. is returned to his unit, permitted to shower, and then solitarily confined to his cell. In the evening, he is allowed out of his cell from approximately 7:00 to 8:30 p.m., after which he is again returned to his cell until the following morning. Despite the limited schooling, T.C. continues to remain in solitary confinement for 17-18 hours per day. On weekends, T.C. remains confined to his cell for approximately 22 hours per day. He has still not received any mental health treatment or support. He has also not been taken to the library to borrow any additional books. While T.C. was taken outside for an hour to play basketball last week, since the start of his confinement on July 20, 2024, he has been outside a handful of times. Overall, T.C.'s conditions of confinement remain unchanged, aside from the limited schooling he now receives.

The government has informed the undersigned that it plans to challenge this Honorable

Court's jurisdiction under 28 U.S.C. § 2241. In response, counsel states that this Honorable Court has jurisdiction not only under § 2241, but also through T.C.'s Appeal from Magistrate Judge's Order Denying a Requested Transfer to a Massachusetts DYS Facility (Dkt. 71), or, in the Alternative, the Detention Order (Dkt. 59), *see In re Extradition T.C.*, 24-mj-01365-DLC, Dkt. 104, and attached hereto as Exhibit 1. This appeal raises similar, if not identical, issues and despite being filed on August 16, 2024, has yet to be assigned to a District Court judge. Under Local Rule 40.1(g), the appeal would be assigned to this Honorable Court as a "related" matter, as it involves "some or all of the [same] parties" and addresses "the same or substantially similar issues of fact." L.R. 40.1(g)(1). The government does not oppose this Honorable Court's jurisdiction to hear the appeal.

        Respectfully Submitted,

        T.C., a Juvenile
        By his attorneys,

        */s/ Martin G. Weinberg*
        Martin G. Weinberg, Esq.
        BBO #519480
        20 Park Plaza
        Suite 1000
        Boston, MA 02116
        (617) 227-3700

        */s/ Victoria Kelleher*
        Victoria Kelleher
        Kelleher & Maceo, P.C.
        BBO #637908
        53 State Street
        Suite 500
        Boston MA 02109
        (978) 744-4126

*/s/ Maksim Nemtsev*
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
max@mnpc.law

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of this document was served on all counsel of record this day, September 30, 2024, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.

3