# Exhibit B



**T.C.**

**İSTANBUL CUMHURİYET BAŞSAVCILIĞI**

19/03/2024

**AMERİKA BİRLEŞİK DEVLETLERİ YETKİLİ ADLİ MAKAMINA**

İADESİ İSTENEN SUÇA SÜRÜKLENEN ÇOCUK:

**Adı / Soyadı**          :

**T.C. Kimlik No**        : █████████

**Anne / Baba Adı**       : Eylem / Bülent

**Doğum tarihi / yeri**   : ███/2007 / EXETER / A.B.D.

**Uyruğu**                : Türkiye Cumhuriyeti

**Cinsiyeti**             : Erkek

**Bilinen en son adresi:** Amerika Birleşik Devletleri

SUÇA İLİŞKİN BİLGİLER:

**Suç**                       : Taksirle Ölüme ve Yaralanmaya Neden Olma

**Suç Tarihi ve Saati**       : 01/03/2024, 23:20

**Suçun İşlendiği Yer**       : İstanbul

**İlgili Ceza Hükümleri**     : 5237 Sayılı Türk Ceza Kanunu  Madde 85/2, 31/3

*Taksirle öldürme*

*Madde 85- (1) Taksirle bir insanın ölümüne neden olan kişi, iki yıldan altı yıla kadar hapis cezası ile cezalandırılır.*

*(2) Fiil, birden fazla insanın ölümüne ya da bir veya birden fazla kişinin ölümü ile birlikte bir veya birden fazla kişinin yaralanmasına neden olmuş ise, kişi iki yıldan onbeş yıla kadar hapis cezası ile cezalandırılır.*

*Yaş küçüklüğü*

*Madde 31- (1) Fiili işlediği sırada oniki yaşını doldurmamış olan çocukların ceza sorumluluğu yoktur. Bu kişiler hakkında, ceza kovuşturması yapılamaz; ancak, çocuklara özgü güvenlik tedbirleri uygulanabilir.*

*(2) Fiili işlediği sırada oniki yaşını doldurmuş olup da onbeş yaşını doldurmamış olanların işlediği fiilin hukukî anlam ve sonuçlarını algılayamaması veya davranışlarını yönlendirme yeteneğinin yeterince gelişmemiş olması hâlinde ceza sorumluluğu yoktur. Ancak bu kişiler hakkında çocuklara özgü güvenlik tedbirlerine hükmolunur. İşlediği fiilin hukukî anlam ve sonuçlarını algılama ve bu fiille ilgili olarak davranışlarını yönlendirme yeteneğinin varlığı hâlinde, bu kişiler hakkında suç, ağırlaştırılmış müebbet hapis cezasını gerektirdiği takdirde oniki yıldan onbeş yıla; müebbet hapis cezasını gerektirdiği takdirde dokuz yıldan onbir yıla kadar hapis cezasına hükmolunur. Diğer cezaların yarısı indirilir ve bu hâlde her fiil için verilecek hapis cezası yedi yıldan fazla olamaz.*

*(3) Fiili işlediği sırada onbeş yaşını doldurmuş olup da onsekiz yaşını doldurmamış olan kişiler hakkında suç, ağırlaştırılmış müebbet hapis cezasını gerektirdiği takdirde onsekiz yıldan yirmidört*

1 / 6

*yıla; müebbet hapis cezasını gerektirdiği takdirde oniki yıldan onbeş yıla kadar hapis cezasına hükmolunur. Diğer cezaların üçte biri indirilir ve bu hâlde her fiil için verilecek hapis cezası oniki yıldan fazla olamaz.*

## SUÇUN İŞLENİŞİNE İLİŞKİN OLGULAR VE DELİLLER;

5395 sayılı Çocuk Koruma Kanunu 3. Maddesine göre; Kanunlarda suç olarak tanımlanan bir fiili işlediği iddiası ile hakkında soruşturma veya kovuşturma yapılan 18 yaşını doldurmamış şahıslar hakkında "Suça Sürüklenen Çocuk" terimi kullanılır. Bu sebeple, Başsavcılığımız tarafından yürütülen soruşturmada                (bundan sonra           olarak anılacaktır) hakkında da "Suça Sürüklenen Çocuk" terimi kullanılmaktadır.

01.03.2024 tarihinde, saat 23.20 sıralarında, sevk ve idaresindeki 34 EGG 06 plakalı Porsche Taycan 4S model araç ile seyir halindeyken aşırı hızlı şekilde girdiği virajda aracı kaydırmış; bu sırada araçlarının bozulmuş olması nedeniyle yol kenarında duraklama yapan O.M.A. ,    S.K.    ,   I.G.    ,   H.T.   ve   T.A.    isimli şahıslara çarpmış ve trafik kazası meydana gelmiştir.

Kaza nedeniyle    O.M.A.    ölmüş, diğer şahıslar yaralanmışlardır.                aracı kullandığı sırada sağ ön yolcu koltuğunda arkadaşı    A.K.    , arka yolcu koltuğunda yine arkadaşları   A.A.   ve   B.A.    bulunmaktadır.

kazanın ardından olayı kolluk birimlerine ya da sağlık birimlerine bildirmeden olay yerinden ayrılmış, hakkında adli süreç yürütülmesini engellemek amacıyla annesi Eylem Tok ile birlikte önce Mısır'a, ardından ise Amerika Birleşik Devletleri'ne kaçmıştır.

Kazanın ardından Cumhuriyet savcısı ve bilirkişi doktor tarafından ölen   O.M.A. bedeni üzerinde yapılan 02/03/2024 tarihli incelemede; sol ayak kemiğinde yoğun kan ve parçalı kemik dokusunun ortaya çıktığı tespit edilmiştir. Burun bölgesinden yoğun kan çıkışı tespit edilmiştir. Darbeye bağlı olarak sol kalça kısmı, sol omuz ve sağ kaburgada sıyrık ve ekimozlar tespit edilmiştir. Rapora göre vücutta ateşli silah yaralanması, kesici, delici alet yaralanmasına dair herhangi bir tespit bulunmamaktadır. Ölü muayenesi neticesinde şahsın kaza esnasında aldığı darbeye bağlı olarak iç kanama nedeniyle hayatını kaybettiğine dair kanaat oluşmuştur. Kesin ölüm sebebinin belirlenmesi için klasik otopsi kararı alınmış olup, ayrıntılı rapor beklenmektedir.

Kazada yaralanan    T.A.    'ın ifadesine göre; *" ...kazanın etkisiyle olay anı ve olay sonrasına dair herhangi bir şey hatırlamıyorum. Şu an için aktarabileceğim herhangi bir bilgi yoktur..."* şeklinde beyanda bulunmuştur. **(EK:1)**

T.A.    'ın adli muayene raporunda; yaralanmasının basit tıbbi müdahale ile giderilemeyeceği, yaşamını tehlikeye sokacak derecede ağır olduğu tespit edilmiştir.

Kazada Yaralanan    I.G.    ün ifadesine göre; *"Toplamda 5 kişi ATV (all-terrain vehicle) tipi araçlarla ormanda gezik.* S.K. *'ın kullandığı ATV tarzı araç arızalandı. Biz de araçlarımızdan inerek yardım etmeye başladık. Araçların lambalarını yakarak tedbir aldık. Araçlardan birini yolun geliş istikametine doğru döndürüp farlarını yaktık. 2-3 araç yanımızdan geçip gitti. Sonra süratle bir araç geldiğini gördüm. Gelen aracın Porsche marka olduğunu hatırlıyorum. Bu araç bize çarptı. Çarpmanın etkisiyle savrulduk. Ben yol kenarına savruldum.* H.T.    *yanımda yatıyordu. Olay yerinde telefonum kayboldu..."* şeklinde beyanda bulunmuştur. **(EK:2)**

I.G.    ün adli muayene raporunda; yaralanmasının basit tıbbi müdahale ile giderilemeyecek seviyede olduğu tespit edilmiştir.

Kazada Yaralanan   S.K.   'nin ifadesine göre; *"... Benim aracımda benden başka kimse yoktu.* O.M.A. *ve* T.A. *aynı araçtaydı.* H.T. *ve* I.G. *de aynı araçtaydı. Toplamda 5 kişi ATV tipi araçlarla ormanda gezdik. Benim kullandığım araç arıza yaptı. Araçları yolun kenarına çektik. Arıza yapmayan araçların dörtlü ışıklarını yaktık. Araçlardan birini yolun geliş istikametine doğru döndürüp farlarını yaktık.benim aracın tamirini yaparken diğer araçlar yanımızda geçip gitti. Bulunduğumuz yerin 80-100 metre öncesi virajdı. Biz tamir ile uğraşırken Porsche marka süratle gelen araç bize çarptı. Ben çarpmanın etkisi ile bulunduğum yerin yan tarafındaki uçuruma yuvarlandım. Düşmenin etkisi ile baygınlık geçirmişim. Kendime geldiğimde ağaçların dibinde yatıyordum. Kalkıp arkadaşlarıma yardım ettim.* O.M.A. *da benim gibi uçurumdan yuvarlanmıştı. Yoldan geçen bir şahıs ile yardım etmeye çalıştık.* I.G. *şok halindeydi.* T.A. *çok acı çekiyordu.* H.T. *'ın şuuru yerinde değildi..."* şeklinde beyanda bulunmuştur. **(EK:3)**

S.K.   'nin adli muayene raporunda; yaralanmasının basit tıbbi müdahale ile giderilir derecede olduğu tespit edilmiştir. (Basit tıbbi müdahale terimi; ayakta tedavinin yeterli olduğu durumları ifade etmektedir.)

Kazada yaralanan   H.T.   'ın ifadesine göre; *"... Tam olarak hatırlayamadığım arkadaşlarım ATV araçlarıyla gelmişti. Hep birlikte orman içerisinde gezinirken araçlardan birinin arıza yaptığını hatırlıyorum. Bunun üzerine diğer arkadaşlarım ile birlikte yardım etmek için durduk. Sonrasını hatırlamıyorum. Tek hatırladığım bağrışmalar oluyordu. Gözümü açtığımda hastanedeydim. Yaşanan olayı hiçbir şekilde hatırlamıyorum..."* şeklinde beyanda bulunmuştur.**(EK:4)**

H.T.   'ın adli muayene raporunda; yaralanmasının basit tıbbi müdahale ile giderilir derecede olduğu tespit edilmiştir.

Adli Trafik Bilirkişisi tarafından düzenlenen 07.03.2024 tarihli raporda; kaza esnasında havanın açık, yol zemininin kuru, yolun virajlı olduğu, yolda hız sınırının 30 kilometre olduğu; T.C.   2918 sayılı Karayolları Trafik Kanunu'nun 52/1-b, 84-d ve 81-d maddelerindeki kuralları ihlal ettiği ve bu nedenlerle asli kusurlu olduğu belirtilmiştir. **(EK:5)**

2918 sayılı Karayolları Trafik Kanunu 52/1-b maddesine göre; *"Sürücüler hızlarını, kullandıkları aracın yük ve teknik özelliğine, görüş, yol, hava ve trafik durumunun gerektirdiği şartlara uydurmak zorundadırlar."*

2918 sayılı Karayolları Trafik Kanunu 84-d maddesine göre; *" Araç sürücüleri trafik kazalarında; arkadan çarpma hallerinde asli kusurlu sayılırlar."*

2918 sayılı Karayolları Trafik Kanunu 81-d maddesine göre; *" Trafik kazalarına karışanlar kazayı; yetkili ve görevli memurlara bildirmek, bunlar gelinceye kadar veya bunların iznini almadan kaza yerinden ayrılmamak zorundadırlar."*Kaza yerine ait fotoğraflar ektedir. **(EK:6)**

Olay öncesinde   T.C.   ve arkadaşları bir süre araç ile gezmişlerdir. Alınan ifadelerde ve kaza tespit raporunda, bu süreçte aracın herhangi bir arızası olduğuna dair beyan ya da tespit bulunmamaktadır.

Ayrıca, Makine Mühendisi tarafından tanzim edilen 15/03/2024 tarihli bilirkişi raporunda; T.C.   kullandığı 34 GG 06 plaka sayılı Porsche Taycan 4 S marka aracın yüksek performans spor araç olarak nitelendirilen bir araç olduğu, 2.8 saniyede 100 km/h sürate ulaşan ve maksimum hız limitinin 250 km/h elektrikli araçlar içinde en hızlı spor performans araçlarından

biri olduğu, trafik kazasının olduğu sırada araçta herhangi bir teknik arıza olmadığı belirtilmiştir. **(EK:7)**

Karayolları Trafik Yönetmeliği 76. Maddesine göre, ülkemizde sürücü belgesi alınabilmesi için kişinin 18 yaşını doldurması gerekmektedir. Suç tarihinde henüz 16 yaşını doldurmuş olduğu anlaşılan    T.C.    araç kullanma ehliyeti de bulunmamaktadır.

Kazanın meydana geliş şekline ilişkin olarak, kazanın tanığı olan    T.C.    arkadaşları da bilirkişi raporlarıyla benzer yönde anlatımda bulunmuşlar ve kazanın aşırı hızdan kaynaklandığını ifade etmişlerdir.

   T.C.    aracında sağ ön yolcu koltuğunda bulunan    A.K.    'in ifadesine *göre    "*
*....    T.C.    yol üzerindeki hız kesici kasisi geçtikten sonra hızlandı, yolun sağ tarafında gidiş istikametimizde bir şeyler olduğunu gördü ve direksiyonu ani bir şekilde bulunan cisimlere çarpmamak için sola doğru kırdı, araç bir anda kaymaya başladı, aracın sağ tarafı yani benim olduğum taraf ATV tarzı araçlara bir anda çarptı, çarpma sonrası içinde bulunduğumuz araç solda bulunan yamaca doğru çıktı..."* şeklinde beyanda bulunmuştur. **(EK:8)**

   T.C.    aracında arka yolcu koltuğunda bulunan    B.A.    nun ifadesine göre
*"....    T.C.    aracı bir anda hızlı kullanmaya başladı, biz yapma yavaş git desek de bizi dinlemedi, biz kemerlerimizi her ihtimale karşı taktık, yine önümüzde bir viraj vardı, ancak    T.C.    viraja hızlı bir şekilde girdi, virajı dönerken gidiş istikametimizde ATV tarzı araçları gördük,    T.C.    bu araçları görünce bir anda direksiyonu sola doğru kırdı, ancak araç kaymaya başladı, bir anda aracımız sol tarfta bulunan yokuşa çıktı, aracın hava yastıkları açıldı..."* şeklinde beyanda bulunmuştur. **(EK:9)**

   T.C.    aracında arka yolcu koltuğunda bulunan    A.A.    'ın ifadesine göre *"ben aracın sol arka kısmında oturuyordum.* T.C. *sürekli aracı hızlı kullanıp virajlara sert giriyordu. Bizim fazla samimiyetimiz olmadığı için sadece yavaşla diyorduk.* T.C. *önümüzde bulunan viraja yine hızlı şekilde girdi. Gidiş istikametimiz yol kenarında ATV tarzı araçlar vardı. Araç kayarak sağ tarafı ile ATV araçlara çarptı. İçinde bulunduğumuz araç soldaki bayıra çıktı. Hepimiz araçtan indik.* T.C. *benim hayatım bitti şeklinde söylemlerde bulundu..."* şeklinde beyanda bulunmuştur. **(EK:10)**

   T.C.    aracını arkasından takip eden    D.O.O.    'ın ifadesinde; *"....    T.C. arkasından giderken* T.C. *aracın hızını epey artırdı, önümüzde viraj vardı,* T.C. *hızlı bir şekilde viraja girdi, ben hızımı sabit tuttum hızlanmadım, virajda* T.C. *aracını 4-5 saniye kadar gördüm ve sonrasında görüşümden çıktı. Virajı döndüğümde ise* T.C. *arabası kontrolden çıkmış bir şekilde su kanalına girdi. Ben hemen aracımı durdurdum, yol kenarında iki tane yerde yatan yaralı erkek şahıs gördüm..."* şeklinde beyanda bulunmuştur. **(EK:11)**

34 EGG 06 plakalı aracın sürücüsünün    T.C.    olduğunu aynı araçta yolcu olarak bulunan    A.K.    ,    A.A.    ve    B.A.    ifadelerinde belirtmişlerdir. Ayrıca olay öncesinde gittikleri Shell akaryakıt istasyonu kamera görüntülerinde    T.C.    34 EGG 06 plakalı aracın sürücü koltuğuna oturduğu tespit edilmiştir. Bu ana ilişkin fotoğraf ve kolluk tutanağı ektedir.**(EK:12)**

İfadesi alınan şahısların    T.C.    alkol aldığına dair beyanlarının olmadığı anlaşılmıştır. Ayrıca araç içerisinde ve olay yerinde yapılan incelemede alkol şişesine rastlanmamıştır. Bununla birlikte, olayın hemen ardından olay yerinden kaçması ve akabinde ülkeyi terk etmesi nedeniyle failin alkol veya uyuşturucu kullanımına ilişkin tahlilleri yaptırılamamıştır. Şahsın olaydan

yaklaşık 3 saat sonra Türkiye'den kaçtığına dair havalimanı fotoğrafları ve Mısır'a hareket ettiklerine dair uçuş bilgileri ektedir. **(EK:13)**

T.C.    aracının arkasından giden 34 BOD 377 plakalı araç sürücüsü    D.O.O.    T.C.    kullandığı araçta bulunan arkadaşları    A.K.    B.A.    ve    A.A.    ın ifadeleri, olay yerine ilişkin fotoğraflar ve ayrıntıları yukarıda izah edilen uzman bilirkişi raporları birlikte değerlendirildiğinde; kazanın    T.C.    hız sınırını aşarak girdiği virajı alamaması sonucu aracı kaydırarak yolun sağ tarafında duraklama yapan şahıslara çarpması ile meydana geldiği kanaati oluşmuştur.

Bu nedenlerle, motorlu taşıt kullanma ehliyeti bulunmayan    T.C.    trafik düzeninin gerektirdiği dikkat ve özen yükümlülüğüne aykırı davranması neticesinde duraklama yapan şahıslara arkalarından çarparak bir kişinin ölümüne ve diğerlerinin yaralanmasına sebebiyet verdiği anlaşılmış; kazanın ardından olayı kolluk birimlerine ya da sağlık birimlerine bildirmeden olay yerinden ayrıldığı, hakkında adli süreç yürütülmesini engellemek amacıyla önce Mısır'a, ardından ise Amerika Birleşik Devletleri'ne kaçtığı belirlenmiştir.    T.C.    halihazırda annesiyle birlikte New York'ta bulunduğuna ilişkin fotoğraflar ektedir. **(EK:14)**    T.C.    kazaya sebebiyet veren aracı kullanan kişi olduğuna dair fotoğraflı teşhis tutanağı da ekte yer almaktadır. **(EK:15)**

## SORUŞTURMA SÜRECİNDE YAPILAN İŞLEMLER :

İstanbul 7. Sulh Ceza Hakimliği'nin 07/03/2024 tarih ve 2024/1958 Değişik İş sayılı kararı ile Suça Sürüklenen Çocuk hakkında yakalama emri düzenlenmiştir. **(EK:16)**

## ZAMANAŞIMI :

5237 Sayılı Türk Ceza Kanunu'nun 66. Maddesinin 1-d ve 66. Maddesinin 2. fıkrası gereğince suç tarihinde 16 yaşını doldurmuş olan Suça Sürüklenen Çocuk üzerine atılı suç için öngörülen dava zamanaşımı süresi 10 yıldır. Suça Sürüklenen Çocuk'a ait Nüfus Kayıt Örneği ektedir. **(EK:17)**

Suç tarihi ve zamanaşımını kesen mevcut nedenler dikkate alındığında Suça Sürüklenen Çocuk hakkındaki davanın 01/03/2034 tarihinde zamanaşımına uğrayacağı anlaşılmaktadır.

*Dava zamanaşımı*

*Madde 66- (1) Kanunda başka türlü yazılmış olan haller dışında kamu davası;*

*a) Ağırlaştırılmış müebbet hapis cezasını gerektiren suçlarda otuz yıl,*

*b) Müebbet hapis cezasını gerektiren suçlarda yirmibeş yıl,*

*c) Yirmi yıldan aşağı olmamak üzere hapis cezasını gerektiren suçlarda yirmi yıl,*

*d) Beş yıldan fazla ve yirmi yıldan az hapis cezasını gerektiren suçlarda onbeş yıl,*

*e) Beş yıldan fazla olmamak üzere hapis veya adlî para cezasını gerektiren suçlarda sekiz yıl,*

*geçmesiyle düşer.*

*(2) Fiili işlediği sırada oniki yaşını doldurmuş olup da onbeş yaşını doldurmamış olanlar hakkında, bu sürelerin yarısının; onbeş yaşını doldurmuş olup da onsekiz yaşını doldurmamış olan kişiler hakkında ise, üçte ikisinin geçmesiyle kamu davası düşer.*

*(3) Dava zamanaşımı süresinin belirlenmesinde dosyadaki mevcut deliller itibarıyla suçun daha ağır cezayı gerektiren nitelikli halleri de göz önünde bulundurulur.*

*(4) Yukarıdaki fıkralarda yer alan sürelerin belirlenmesinde suçun kanunda yer alan cezasının yukarı sınırı göz önünde bulundurulur; seçimlik cezaları gerektiren suçlarda zamanaşımı bakımından hapis cezası esas alınır.*

*(5) Aynı fiilden dolayı tekrar yargılamayı gerektiren hallerde, mahkemece bu husustaki talebin kabul edildiği tarihten itibaren fiile ilişkin zamanaşımı süresi yeni baştan işlemeye başlar.*

*(6) Zamanaşımı, tamamlanmış suçlarda suçun işlendiği günden, teşebbüs halinde kalan suçlarda son hareketin yapıldığı günden, kesintisiz suçlarda kesintinin gerçekleştiği ve zincirleme suçlarda son suçun işlendiği günden, çocuklara karşı üstsoy veya bunlar üzerinde hüküm ve nüfuzu olan kimseler tarafından işlenen suçlarda çocuğun onsekiz yaşını bitirdiği günden itibaren işlemeye başlar.*

*(7) Bu Kanunun İkinci Kitabının Dördüncü Kısmında yazılı ağırlaştırılmış müebbet veya müebbet veya on yıldan fazla hapis cezalarını gerektiren suçların yurt dışında işlenmesi halinde dava zamanaşımı uygulanmaz.*

## ADLİ YARDIMLAŞMA TALEBİNİN DAYANAĞI OLAN SÖZLEŞME:

Türkiye Cumhuriyeti ile Amerika Birleşik Devletleri Arasında Suçluların Geri Verilmesi ve Ceza İşlerinde Karşılıklı Adli Yardımlaşma Antlaşması.

## GARANTİLER :

Suça Sürüklenen Çocuk'a atfedilen suç siyasi veya askeri nitelikte değildir.

Suça Sürüklenen Çocuk Türkiye Cumhuriyeti'nin taraf olduğu uluslararası sözleşmelerde ve iç hukukumuzda öngörülen tüm yasal savunma haklarına sahiptir.

Türkiye Avrupa İnsan Hakları Sözleşmesi'ne taraftır. Türkiye, anılan Sözleşme'nin 34. maddesi uyarınca kendisi aleyhine bireysel başvuru yapılmasını kabul etmektedir. Bu kapsamda Suça Sürüklenen Çocuk, kendisi hakkında verilecek nihai kararlar aleyhine Avrupa İnsan Hakları Mahkemesi'ne başvurma hakkına sahiptir.

İade işlemi gerçekleştikten sonra, Türk ceza yargısının yetkisine giren ve iade tarihinden önce işlenen bir suçun daha bulunduğu ortaya çıkarsa, "Hususîlik (Özellik) Kuralı" uyarınca Suça Sürüklenen Çocuk'un bu suçtan yargılanabilmesi için ülkenizin yetkili makamlarından muvafakat talebinde bulunulacaktır.

Yetkili makamlarınız tarafından muvafakat verilmezse Suça Sürüklenen Çocuk iade işlemine konu olan suçu dışında kalan suçlardan yargılanmayacaktır.

## SONUÇ :

Suça Sürüklenen Çocuk            T.C.      işlediği iddia edilen Taksirle Ölüme ve Yaralanmaya Neden Olma suçu nedeniyle Cumhuriyet Başsavcılığımızca soruşturma yapılmaktadır. Ülkenizde olduğu belirtilen Suça Sürüklenen Çocuk hakkındaki soruşturmanın sonuçlandırılabilmesi için Türkiye'ye iade edilmesini rica ederim.

İade kararı için ek bilgi veya belgeye ihtiyaç duyarsanız size ulaştırmamız için tercüme süresi de gözetilerek lütfen uygun bir süre veriniz.

Bu vesileyle en derin saygılarımı sunar, göstereceğiniz iş birliği için şimdiden teşekkür ederim.

YUNUS TANIŞMAN-199136
Cumhuriyet Savcısı

## ŞİKAYETÇİ İFADE TUTANAĞI
### (CMK Madde 234)

Tutanağın Düzenlendiği Yer : Prof. Dr. Cemil TAŞGIOĞLU Hastanesi
Olay Adı :
Olay/Evrak Yıl-No :

### İFADEYİ VEREN İN AÇIK KİMLİĞİ

Kimlik Belgesi Tipi – Seri No :
T.C. Kimlik No :
Adı ve Soyadı : T.A.
Baba ve Anne Adı : Hüseyin — saadet
Doğum Yeri ve Tarihi
Cilt · Aile Sıra – Sıra No
Nüfusa K.O. İl-İlçe-Mah.-Köy :
İkamet Adresi
Mesleği ve Aylık Geliri :
İş Adresi
Elektronik Posta Adresi :
Telefon(ev-iş-cep-irtibat) : ▓▓▓▓▓▓▓▓▓▓▓ (babası)
Eğitim Durumu
Medeni Hali - Cinsiyeti :

### ŞAHSIN KANUNİ HAKLARI

Soruşturma evresinde; (1) Delillerin toplanmasını isteme, (2) Soruşturmanın gizlilik ve amacını bozmamak koşuluyla Cumhuriyet savcısından belge örneği isteme, (3) Vekili bulunmaması halinde, cinsel saldırı suçu ile alt sınırı beş yıldan fazla hapis cezasını gerektiren suçlarda, baro tarafından kendisine avukat görevlendirilmesini isteme, (4) CMK 153 üncü maddeye uygun olmak koşuluyla vekili aracılığı ile soruşturma belgelerini ve el konulan ve muhafazaya alınan eşyayı inceletme, (5) Cumhuriyet savcısının, kovuşturmaya yer olmadığı yöndeki kararına kanunda yazılı usule göre itiraz hakkını kullanma;

Kovuşturma evresinde; (1) Duruşmadan haberdar edilme, (2) Kamu davasına katılma, (3) Tutanak ve belgelerden örnek isteme, (4) Tanıkların davetini isteme, (5) Vekili bulunmaması halinde, cinsel saldırı suçu ile alt sınırı beş yıldan fazla hapis cezasını gerektiren suçlarda, baro tarafından kendisine avukat görevlendirilmesini isteme, (6) Davaya katılmış olma koşuluyla davayı sonuçlandıran kararlara karşı kanun yollarına başvurma;

Hususlarındaki kanuni hakları hatırlatıldı, anlatılıp açıklandı.

"Yukarıdaki bilgiler bana aittir ve doğrudur. 5271 sayılı CMK'da belirlenen yasal haklarımı okudum, anladım ve bana sorulan sorular ile ilgili hür olarak ifademi vermek istiyorum avukat talebim yoktur" dedi ve ifadesinin alınmasına geçildi.

— Olay ilgili bildiklerinizi anlatınız;

+ Ben şuan için olayın öncesi olay anı ve olay sonrasına dair herhangi bir şey hatırlamıyorum, bunun muhtemelen travmanın etkisiyle olduğunu düşünüyorum, şuan için aktarabileceğim herhangi bir bilgi yoktur, eğer herhangi bir şey hatırlarsam ek ifade vereceğim şimdilik söyleyeceklerim bundan ibarettir.

Aslı Gibidir
...../...../20....
Melike HEZENCİ
311276
Zabıt Katibi

CMK 234. maddesinde yazılı hususlar yerine getirildi. İfade sahibinin ifadesine ekleyecek başka bir husus olmadığını beyan etmesi üzerine bu ifade tutanağı düzenlenerek, hazır bulunanlarca okunup, doğruluğu anlaşıldıktan sonra taraflarca imza altına alındı.02/03/2024 saat:

İFADEYİ ALAN               İFADEYİ YAZAN          VEKİL                İFADESİ ALINAN
Polis Memuru               Polis Memuru           Talep Etmedi
                                                                       T.A.

Aslı Gibidir
......./....../20......
Melike HEZENCİ
3.1276
Zabıt Katibi

## ŞİKAYETÇİ İFADE TUTANAĞI
### (CMK Madde 234)

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Olay Adı | : | TAKSİRLE ÖLDÜRME |
| Olay/Evrak Yıl-No | : | 2024/223 |

### İFADEYİ VERENİN AÇIK KİMLİĞİ

| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | Türkiye Cumhuriyeti Kimlik Kartı |
| T.C. Kimlik No | : | |
| Adı ve Soyadı | : | I.G. |
| Baba ve Anne Adı | : | Murat - Jale |
| Doğum Yeri ve Tarihi | : | Sarıyer - -2003 |
| Cilt – Aile Sıra - Sıra No | : | |
| Nüfusa K.O. İl-İlçe/Mah.-Köy | : | İstanbul-Sarıyer-Gümüşdere |
| İkamet Adresi | : | /İSTANBUL |
| Mesleği ve Aylık Geliri | : | Elektronik Teknisyeni-Belirtilmemiş |
| İş Adresi | : | --- |
| Elektronik Posta Adresi | : | ---- |
| Telefon(ev-iş-cep-irtibat) | : | - |
| Eğitim Durumu | : | Lise Ve Dengi Okul |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

### ŞAHSIN KANUNİ HAKLARI

Soruşturma evresinde; (1) Delillerin toplanmasını isteme, (2) Soruşturmanın gizlilik ve amacını bozmamak koşuluyla Cumhuriyet savcısından belge örneği isteme, (3) Vekili bulunmaması halinde, cinsel saldırı suçu ile alt sınırı beş yıldan fazla hapis cezasını gerektiren suçlarda, baro tarafından kendisine avukat görevlendirilmesini isteme, (4) CMK 153 üncü maddeye uygun olmak koşuluyla vekili aracılığı ile soruşturma belgelerini ve el konulan ve muhafazaya alınan eşyayı inceletme, (5) Cumhuriyet savcısının, kovuşturmaya yer olmadığı yönündeki kararına kanunda yazılı usule göre itiraz hakkını kullanma;

Kovuşturma evresinde; (1) Duruşmadan haberdar edilme, (2) Kamu davasına katılma, (3) Tutanak ve belgelerden örnek isteme, (4) Tanıkların davetini isteme, (5) Vekili bulunmaması halinde, cinsel saldırı suçu ile alt sınırı beş yıldan fazla hapis cezasını gerektiren suçlarda, baro tarafından kendisine avukat görevlendirilmesini isteme, (6) Davaya katılmış olma koşuluyla davayı sonuçlandıran kararlara karşı kanun yollarına başvurma;

Hususlarındaki kanuni hakları hatırlatıldı, anlatılıp açıklandı.

"Yukarıdaki bilgiler bana aittir ve doğrudur. 5271 sayılı CMK'da belirlenen yasal haklarımı okudum, anladım ve bana sorulan sorular ile ilgili hür olarak ifademi vermek istiyorum" dedi ve ifadesinin alınmasına geçildi.

Ben halen beyan etmiş olduğum /İSTANBUL sayılı adreste ikamet ederim. Dün yani 01.03.2024 günü arkadaşım H.T. ile birlikte ATV tipi araç ile geziniyorduk. Ben Hasan'dan başka yanımızda O.A. S.K. T.A. 'd bizle birlikteydiler. Toplamda beş kişi 3 adet ATV tipi motor ile ormanda gezindik. Daha sonra yakıt alarak Kurt Kemeri Çiftalan yolu tarafına doğru gidiyorduk. Yolda ilerlerken Süleyman'ın kullandığı atv araç arıza yaptı. Bizde bunun üzerine araçlarımızdan inerek ona yardım etmeye başladık. Aracın arıza yaptığı yer viraja yakındı. Biz kendimiz atv yi itterek müsait bir alana çektik. Atvlerin dörtlülerini yakarak tedbir aldık. Atvlerden birisini geliş istikametine doğru döndürerek farlarını yaktık ve gelen araçların bizi görmesini sağladık. İki üç araç yanımızdan geçip gittiler. Daha sonra süratle bir araç geldiğini gördüm. Gelen aracın Porsche olduğunu hatırlıyorum. Plakasını ve şoförünü görmedim. Bu araç bize çarptı. Bizi altına aldı. Biz çarpmanın etkisi ile savrulduk. Ben yol kenarına savruldum. Kendime geldiğimde H.T. yanımda yatıyordu. Biraz doğrulmak istedim. Beni geri yatırmak istediler. Kendime geldiğimde olay yerinde Volvo marka bir araç gördüm. Ben tekrar kendimi kaybedip gözlerimi kapatırken bu Volvo araç olay yerinden ayrıldı. Ardından gelen

ambulanslar bizi hastaneye götürdüler. Benim konu ile ilgili yaşadıklarım ve hatırlacıklarım bunlardır. Olay yerinde telefonumda kayboldu. Konu ile ilgili olarak aracı ile bana çarpıp yaralanmama sebebp olan kişi ve kişilerden DAVACI ve ŞİKAYETÇİYİM. Şu aşamada ifademe eklemek istediğim başka bir husus yoktur. DEDİ.

CMK 234. maddesinde yazılı hususlar yerine getirildi. İfade sahibinin ifadesine ekleyecek başka bir husus olmadığını beyan etmesi üzerine bu ifade tutanağı düzenlenerek, hazır bulunanlarca okunup, doğruluğu anlaşıldıktan sonra taraflarca imza altına alındı.02.03.2024 – 15.25

| İFADEYİ ALAN | İFADEYİ YAZAN | VEKİL | İFADESİ ALINAN |
|---|---|---|---|
| ERKAN GÜL | HASAN ÇELİK | Talep Etmedi | I.G. |
| Polis Memuru | Polis Memuru | | |

Aslı Gibidir
......./...../20....
Melike REZENCİ
311276
Zabıt Katibi

## ŞİKAYETÇİ İFADE TUTANAĞI
### (CMK Madde 234)

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Olay Adı | : | TAKSİRLE ÖLDÜRME |
| Olay/Evrak Yıl-No | : | 2024/223 |

### İFADEYİ VERENİN AÇIK KİMLİĞİ

| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | Sürücü Belgesi |
| T.C. Kimlik No | : | ████ |
| Adı ve Soyadı | : | S.K. |
| Baba ve Anne Adı | : | Yüksel - Derya |
| Doğum Yeri ve Tarihi | : | Beşiktaş - ███ 2001 |
| Cilt - Aile Sıra - Sıra No | : | |
| Nüfusa K.O. İl-İlçe/Mah.-Köy | : | İstanbul-Sarıyer-Gümüşdere |
| İkamet Adresi | : | ████ |
| | | İstanbul |
| Mesleği ve Aylık Geliri | : | Elektronik Teknisyeni-Belirtilmemiş |
| İş Adresi | : | --- |
| Elektronik Posta Adresi | : | ---- |
| Telefon(ev-iş-cep-irtibat) | : | - ████ - |
| Eğitim Durumu | : | 2 Yıl Süreli Yüksek |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

### ŞAHSIN KANUNİ HAKLARI

Soruşturma evresinde; (1) Delillerin toplanmasını isteme, (2) Soruşturmanın gizlilik ve amacını bozmamak koşuluyla Cumhuriyet savcısından belge örneği isteme, (3) Vekili bulunmaması halinde, cinsel saldırı suçu ile alt sınırı beş yıldan fazla hapis cezasını gerektiren suçlarda, baro tarafından kendisine avukat görevlendirilmesini isteme, (4) CMK 153 üncü maddeye uygun olmak koşuluyla vekili aracılığı ile soruşturma belgelerini ve el konulan ve muhafazaya alınan eşyayı inceleme, (5) Cumhuriyet savcısının, kovuşturmaya yer olmadığı yönündeki kararına kanunda yazılı usule göre itiraz hakkını kullanma;

Kovuşturma evresinde; (1) Duruşmadan haberdar edilme, (2) Kamu davasına katılma, (3) Tutanak ve belgelerden örnek isteme, (4) Tanıkların davetini isteme, (5) Vekili bulunmaması halinde, cinsel saldırı suçu ile alt sınırı beş yıldan fazla hapis cezasını gerektiren suçlarda, baro tarafından kendisine avukat görevlendirilmesini isteme, (6) Davaya katılma olma koşuluyla davayı sonuçlandıran kararlara karşı kanun yollarına başvurma;

Hususlarındaki kanuni hakları hatırlatıldı, anlatılıp açıklandı.

"Yukarıdaki bilgiler bana aittir ve doğrudur. 5271 sayılı CMK'da belirlenen yasal haklarımı okudum, anladım ve bana sorulan sorular ile ilgili hür olarak ifademi vermek istiyorum" dedi ve ifadesinin alınmasına geçildi.

Ben halen beyan etmiş olduğum ████ İstanbul sayılı adreste ikamet ederim. Dün yani 01.03.2024 günü saat:22.00 sıralarında ATV tabir edilen aracımla gezintiye çıkmıştım. Benimle birlikte arkadaşlarım olan T.A. H.T., İ.G., O.M.A. 'da bulunmaktaydı. Toplam üç atv aracı ile 5 kişi gezinmekteydik. Benim aracımda benden başka kimse yoktu. O.M.A. ve T.A. aynı araç üzerindeydiler. Diğer ATV araç ta ise H.T. ve İ.G. bulunuyordu. Bir süre ormanlık araxide gezindik. Daha sonra Göktürk Total benzin istasyonundan yakıt aldık. Çiftalan istikametine doğru yola devam ettik. Bir süre sonra benim kullandığım ATV tipi araç arıza yaptı. Bunun üzerine ben kenarda bekledim. Diğer arkadaşlarım bana yardım için durdular. Yolun kenarına araçları çektik. Arıza yapmayan diğer iki araç diğer araçların bizi fark etmesi için dörtlü flaşörlerini yanık vaziyette beklediler. Orman aşırı karanlık olduğu için dörtlü flaşörlerin yetmeyeceğinin düşündüğümüz için atv araçlardan birisini yolun geliş istikametini aydınlatacak şekilde farları yanık şekilde park ettik. Bu şekilde benim aracımın tamiri ile uğraşırken diğer araçlar bizi fark ederek geçip gidiyorlardı. Bulunduğumuz yerin 80-100 metre gerisi virajdı. Biz tamir iel uğraşırken Porsche marka plakasını ve şoförünü göremediğim süratle gelen bir araç bize doğru çarptı. Ben çarpmanın etkisi ile bulunduğumuz yerin yan tarafında bulunan 6-7 metre yükseklikten uçuruma yuvarlanarak yaralandım. Ben bu düşmenin etkisi ile baygınlık geçirmişim. Kendime geldiğimde ağaçların dibinde yatıyordum. Ben bulunduğum yerden kalkarak yaralı arkadaşlarıma yardım ettim. H.T. 'ın şuuru yerinde değildi. İ.G. te şok halindeydi. T.A. çok acı çekiyordu. O.M.A. 'da benim gibi uçurumdan yuvarlanmıştı. Yoldan geçen tanımadığım bir kişi birlikte ona da yardım etmeye çalıştık.

Tutanağın 1. Sayfasıdır

Aslı Gibidir
...../...../20....
Melike HEZENCİ
311276

Daha sonra gelen ambulanslar ile hastaneye gittik. Benim olay hakkında yaşadıklarım bu şekildedir. Daha sonra öğrendiğim kadarıyla bize çarpan aracın şoförü olay yerinden kaçmış. Aracı ile bana çarpan ve yaralanmamam sebep olan kişi ve kişilerden DAVACI ve ŞİKAYETÇİYİM. Şu aşamada ifademe eklemek istediğim başka bir husus yoktur. DEDİ.

CMK 234. maddesinde yazılı hususlar yerine getirildi. İfade sahibinin ifadesine ekleyecek başka bir husus olmadığını beyan etmesi üzerine bu ifade tutanağı düzenlenerek, hazır bulunanlarca okunup, doğruluğu anlaşıldıktan sonra taraflarca imza altına alındı.02.03.2024 15.05

| İFADEYİ ALAN | İFADEYİ YAZAN | VEKİL | İFADESİ ALINAN |
|---|---|---|---|
| ERKAN GÜL | HASAN ÇELİK | Talep Etmedi | S.K. |
| Polis Memuru | Polis Memuru | | |

Aslı Gibidir
....../...../20.....
Melike HEZERCİ
311276

(EK-4)

## ŞİKAYETÇİ İFADE TUTANAĞI
### (CMK Madde 234)

Tutanağın Düzenlendiği Yer : Eyüpsultan Asayiş Büro Amirliği

Olay Adı :

Olay/Evrak Yıl-No : 2024/

### İFADEYİ VERENİN AÇIK KİMLİĞİ

Kimlik Belgesi Tipi – Seri No : Sürücü Belgesi

T.C. Kimlik No :

Adı ve Soyadı : H.T.

Baba ve Anne Adı : Ercan – Kıymet

Doğum Yeri ve Tarihi : Suriye – 2001

Cilt – Aile Sıra – Sıra No :

Nüfusa K.O. İl-İlçe/Mah.-Köy : İstanbul – Sarıyer – Gümüşdere / İSTANBUL.

İkamet Adresi :

Mesleği ve Aylık Geliri : Özel Şaför

İş Adresi :

Elektronik Posta Adresi :

Telefon(ev-iş-cep-irtibat) :

Eğitim Durumu : Ön Lisans

Medeni Hali - Cinsiyeti : Bekar – Erkek



### ŞAHSIN KANUNİ HAKLARI

Soruşturma evresinde; (1) Delillerin toplanmasını isteme, (2) Soruşturmanın gizlilik ve amacını bozmamak koşuluyla Cumhuriyet savcısından belge örneği isteme, (3) Vekili bulunmaması halinde, cinsel saldırı suçu ile alt sınırı beş yıldan fazla hapis cezasını gerektiren suçlarda, baro tarafından kendisine avukat görevlendirilmesini isteme, (4) CMK 153 üncü maddeye uygun olmak koşuluyla vekili aracılığı ile soruşturma belgelerini ve el konulan ve muhafazaya alınan eşyayı inceletme, (5) Cumhuriyet savcısının, kovuşturmaya yer olmadığı yönündeki kararına kanunda yazılı usule göre itiraz hakkını kullanma;

Kovuşturma evresinde; (1) Duruşmadan haberdar edilme, (2) Kamu davasına katılma, (3) Tutanak ve belgelerden örnek isteme, (4) Tanıkların davetini isteme, (5) Vekili bulunmaması halinde, cinsel saldırı suçu ile alt sınırı beş yıldan fazla hapis cezasını gerektiren suçlarda, baro tarafından kendisine avukat görevlendirilmesini isteme, (6) Davaya katılmış olma koşuluyla davayı sonuçlandıran kararlara karşı kanun yollarına başvurma;

Hususlarındaki kanuni hakları hatırlatıldı, anlatılıp açıklandı.

"Yukarıdaki bilgiler bana aittir ve doğrudur. 5271 sayılı CMK'da belirtilen yasal haklarımı okudum, anladım ve bana sorulan sorular ile ilgili hür olarak ifademi vermek istiyorum avukat talebim yoktur" dedi ve ifadesinin alınmasına geçildi.

Ben dün yani 01.08.2024 günü hatırladığım kadarıyla 21.00-21.30 sıralarında ikametimden ATV diye bilinen aracımla gezmek için çıktım. 34 DSD 284 plaka sayılı ATV tipi aracı trafikte adıma tescillidir. Ben bu aracımla olarak Belgrad ormanı civarında gezmeye çıktım. Yanımda yine tam doğru hatırlayamamakla birlikte bir kaç arkadaşım daha ATV motorları ile gelmişti. Hep birlikte orman kurbinde ATV'ler ile yürülürken bir kreşinin arıza yaptığını hatırlıyorum. Bunun üzerine bende diğer arkadaşlarım ile birlikte bir bozuk ATV iyle yardım etmek amacıyla durdur. Daha sonrasını hatırlamıyorum. Tek hatırladığım bağırışmalar

K    H.T.

Aslı Gibidir
...../...../....24
Melike HEZENCİ
311276
Zabıt Katibi

o ldiğimde. Ben gözümü açtığımda kendimi hastanede buldum. Yaşanan olayı hiç bir şekilde hatırlamıyorum. Daha sonradan öğrendiğim kadarıyla bize bir araç çarpmış. Ben çarpan aracı hatırlamıyorum. Konuyla ilgili olarak beni yaralayan araç şoföründen DAVACI ve ŞİKAYETÇİYİM. Şu anda ifademe eklemek istediğim bir husus yoktur. DEDİ



CMK 234. maddesinde yazılı hususlar yerine getirildi. İfade sahibinin ifadesine ekleyecek başka bir husus olmadığını beyan etmesi üzerine bu ifade tutanağı düzenlenerek, hazır bulunanlarca okunup, doğruluğu anlaşıldıktan sonra taraflarca imza altına alındı.02/03/2024 saat:

İFADEYİ ALAN       X  İFADEYİ YAZAN              VEKİL          İFADESİ ALINAN
47116 9              276231               Talep Etmedi
Polis Memuru        Polis Memuru                                  H.T.

Aslı Gibidir
......./......./20....
Melike HEZENCİ
311276
Zabıt Katibi

(६६-५)

Cumhuriyet Savcısı
Yunus TANIŞMAN
199136
08/.03/.2024

### T.C.
### İSTANBUL
### CUMHURİYET BAŞSAVCILIĞI
### BİLİRKİŞİ RAPORU

**DOSYA NUMARASI** : 2024/56530 (Çocuk Suçları Soruşturma Bürosu)
**Maktül** : O.M.A.
Suça Sürüklenen Çocuk(Firar): I.C.
Müşteki : S.K.
Müşteki : I.G.
Müşteki : H.T.
Müşteki : T.A.
Bilgi Sahibi : A.K.
Bilgi Sahibi : A.A.
Bilgi Sahibi : B.A.
Bilgi Sahibi : Y.E.A.
Bilgi Sahibi : P.T.E.
Bilgi Sahibi : M.E.Y.
Bilgi Sahibi : Z.H.D.
Bilgi Sahibi : K.A.
**Suç** : TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA
**KAZANIN YERİ** : Mithatpaşa Mah. Davutpaşa Cad. Eyüpsultan/İSTANBUL
**KAZA TAR. VE SAAT** : 01.03.2024 günü saat 23:30 sıraları

**İstanbul Cumhuriyet Başsavcılığı** tarafından resen bilirkişi seçilmem üzerine tarafıma tevdii edilen **2024/56530** sayılı dosyadaki ifadeler, raporlar, belgeler, tutanaklar incelendi.

KAZA YERİ- OLAY: : 01.03.2024 günü saat 23:30 sıralarında sürücü **T.C.** sevk ve idaresindeki 34 EGG 06 plaka sayılı Porshe marka aracıyla Mithatpaşa Mahallesi Davutpaşa Caddesi Belgrad ormanına giden yol üzerinde seyir ettiği esnada, ATV tarzı araçlarının arıza yapması sebebiyle yolun sağ kenar kısmında duraklama yapan 34 DJD 284 plakalı, 34 PL 4320 plakalı ve 1 adet plakasız olmak üzere 3 adet arazi aracı (ATV) tarzı araçlara ve yaya konumunda bulunan;

**O.M.A.** (maktül), **S.K.** , **I.G.** , **H.T.** ve **T.A.** isimli şahıslara çarpması sonucu Ölümlü/Yaralanmalı ve Maddi Hasarlı Trafik Kazası meydana gelmiştir.

**Kazanın Meydana Geldiği Yol ve Çevre Özellikleri:**



DAVUTPAŞA CADDESİ
GENEL GÖRÜNÜMÜ

KEMERBURGAZ YÖNÜ          CİFTALAN YÖNÜ

Aslı Gibidir
.......1...../20.....
Melike HEZENCİ
311276
Zabıt Katibi



Dosya muhteviyatında Trafik Ekipler Amirliğince tutulan Trafik Kazası Tespit Tutanağı olmadığına göre; Kazanın Eyüpsultan İlçesi Davutpaşa Caddesi üzeri Belgrad Ormanı istikametinde olduğu, kazanın akşam saatlerinde, havanın açık, yol zemininin kuru, yolun virajlı olduğu anlaşılmaktadır. Kazanın meydana geldiği zemin asfalt kaplamadır. Yerleşim yeri içindeki yolun 2 şeritli, iki yönlü olduğu, kaza yerindeki azami hız limiti 30 kilometredir.

## KAZAYA KARIŞAN TARAFLAR

- 34 EGG 06 plaka sayılı araç sürücüsü:    **T.C.**    **FİRAR)**

- 34 DJD 284 plakalı arazi taşıtı

- 34 PL 4320 plakalı arazi taşıtı

- Tescile kayıtsız arazi taşıtı

### KAZANIN DOSYA ÜZERİNDE İNCELENMESİ VE KUSUR YÖNÜNDEN İRDELENMESİ:

2918 Sayılı Karayolları Trafik Kanunun Madde 84 ve 2918 Sayılı Karayolları Trafik Kanununa bağlı Yönetmeliğin Madde: 157/b bendinde açıklanan; Sürücü Kusurları Tespiti,

"Adli mevzuat ve yargılama hükümleri saklı kalmak üzere, trafik kazalarına karışanların kusur durumları; 2918 Sayılı Trafik Kanunu ve bağlı Yönetmelikte belirtilen kurallar, şartlar, hak ve yükümlülükler ile asli kusur sayılan haller dikkate alınarak belirlenir.

Kaza mahallinde yapılan incelemeler sonunda tespit edilen iz ve delillere ilave olarak kazaya karışanların olay hakkındaki ifadeleri ile varsa şahit ifadeleri, KUSUR TAYİNİNDE dikkate alınır." hükümleri gereğince,

Aslı Gibidir
......./...../20.....
Melike HEZENCİ
311276
Zabıt Katibi

## ANALİZ, TESPİT VE DEĞERLENDİRME

**34 EGG 06 plaka sayılı araç sürücüsü    T.C.    kaza kusur durumu:**

Kaza yeri olan Davutpaşa Caddesi Çiftalan istikameti tek şerit gidiş istikameti olan yolun bu konumlarında seyir ettiği esnada virajlı olan yolun bu konumlarına geldiğinde sevk ve idaresinde bulunan 34 EGG 06 plakalı aracının hızını azaltmadığı anlaşılmaktadır. Dosya içeriğinde bulunan bilgi ve belgeler ışığında kazaya karışan araçların darbeli olan kısımları ve olay yeri incelemeleri sonucu anlaşılmaktadır. Araç hızını yol, hava ve görüş alanının dar ve kısıtlı olduğu yolun bu fiziki şartlarında sürücülerden dikkat ve özenli araç kullanmalarını gerektiren yolun bu fiziki şartlarını dikkate almalı ve seyir hızını trafik düzen ve kurallarınca istenilen seviyelerde olması gerekmektedir. Oysaki sürücünün yaygın dikkat halinden toplu dikkat haline geçmesi tehlikeye yer vermemek için aracını daha güvenli ve dikkatli sürmesi yasal bir zorunlulukken herhangi bir önlem almadığı anlaşılmıştır.

Hukuk, tehlike ve sorumlulukların arttığı her alanda bireylerden yüksek özen bekler. Bu nedenle motorlu araç sürücüleri hem kurallara uyma hem de olası kazaları önleme konusunda yüksek özen göstermekle yükümlüdürler.

Dosya içeriğinde bulunan bilgiler, deliller ve beyanlar ışığında sürücü T.C. 'un dolayısıyla 2918 sayılı Karayolları Trafik Kanunu Madde 52/1-b: Hızlarını, kullandıkları aracın yük ve teknik özelliğine, görüş, yol, hava ve trafik durumunun gerektirdiği şartlara uydurmak, Zorundadırlar, Asli Kusurlardan madde 84-d; Arkadan çarpma **ve olay yerinden terk etmesi sebebiyle** madde 81-d; Kazayı; yetkili ve görevli memurlara bildirmek, bunlar gelinceye kadar veya bunların iznini almadan kaza yerinden ayrılmamak, Zorundadırlar, ayrıca 2918 sayılı Karayolları Trafik Yönetmeliği madde 152: Bir trafik kazasına karışanlardan yaralanmamış olan veya hafif yaralı olanlar: a) Araç sürücüsü iseler, trafik için ek bir tehlike yaratmayacak şekilde hemen durmak, trafik güvenliği için ışıklı işaret veya yansıtıcı cihazları koymak ve gereken tedbirleri almak, b) Trafiği, can ve mal güvenliğini etkilemeyen, ölümlü, yaralanmalı veya maddi hasarlı kazalarda, sorumluluğun belirlenmesine yarayacak iz ve delilleri dahil, kaza yerindeki durumu değiştirmemek, c) İstendiğinde diğer tarafa kimlik ve adreslerini bildirmek, sürücü ve trafik belgeleri ile sigorta poliçelerini göstermek, bunlara ait gerekli bilgiler ile tarih ve sayılarını vermek, ç) Yaralılara ilk yardım ve acil müdahale yaptırmak maksadıyla kaza mahallinden ayrılma hali hariç, olayı; yetkili ve görevlilere bildirmek ve bunlar gelinceye kadar veya bunların iznini almadan kaza yerinden ayrılmamak, Zorundadırlar. Kurallarını ihlal ettiğinden bahse konu kaza oluşumunda ASLİ KUSURLU olduğu kanaatine varılmıştır.

**ARAÇ ARIZA SEBEBİYLE DURAKLAYAN: 34 DJD 284 plakalı arazi taşıtı, 34 PL 4320 plakalı arazi taşıtı ve Tescile kayıtsız arazi taşıtlarının kaza kusur durumu:**

Bahse konu kaza olay yeri incelendiğinde Davutpaşa Caddesi Çiftalan yönü tek şeritli ve dar kaplama yapısına sahip olması sebebiyle yolun gidiş yönüne göre sağ taraf konumunda yol üzerinde duraklama yaptıkları anlaşılmaktadır. ATV tarzı araçlarının duraklama amacı arızanın giderilmesi olduğu beyanlardan anlaşılmaktadır. Yolun bu konumunda duraklama yapılması ile alınan tedbirlerin yolun tek şeritli, Cadde aydınlatma lambalarının olmadığı anlaşılmaktadır. Gece karanlığının ve yolun görüş alanının kısıtlı olduğu, bu fiziki şartlarda oluşabilecek olumsuzlukları önlemek ve taşıt yolunu kullananlar için uyarıcı koymak, oluşabilecek tehlikeleri önleme adına bir dizi güvenlik tedbirleri almaları gerekmektedir. Bu tedbirleri yolun gerekli mesafelerine kırmızı renkli üçgen şeklinde ikaz-uyarı levhası koymaları ve yolu kullananlar için dikkatli ve güvenli sürüşü belirten uyarı levhasını koymaları ATV sürücülerinden beklenmektedir.

Aslı Gibidir
......./...../20....
Melike HEZENCİ
311276
Zabıt Katibi

Dolayısıyla 2918 sayılı Karayolları Trafik Yönetmeliği madde 135: Karayolunda Bozulup Kalan Araçlar: Herhangi bir arıza veya trafik kazası nedeniyle karayolunda sürülemeyecek araçlar için aşağıdaki esas ve usuller uygulanır.

**a) Durumlarına göre** bozulan araçlar için parketme ve duraklamada alınacak önlemlerden gerekli olanlar uygulanmakla birlikte;

**1)** Yol, hava ve trafik durumu ile gece ve gündüz oluşuna göre nizami park ve kuyruk ışıkları yakılmadığı, yakılamadığı veya yakılması halinde dahi 150 metre mesafeden diğer araç sürücüleri tarafından açıkça görülemediği takdirde, bozulan aracın ön ve arkasına uygun yerlere diğer araç sürücülerinin 150 metre mesafeden açıkça görebilecekleri şekilde birer kırmızı yansıtıcı veya kırmızı ışıklı cihaz konulması,

**2)** Dönemeç veya tepe üstü gibi yerlerde, kırmızı ışık cihazı veya kırmızı renkteki yansıtıcının aracın ön ve arkasında en az 30'ar metre mesafede olacak ve diğer araç sürücüleri tarafından en az 150 metreden açıkça görülebilecek şekilde yerleştirilmesi, **Mecburidir.** Kurallarını ihlal ettiği bu kazanın oluşumunda TALİ KUSURLU olduğu değerlendirilmektedir.

## SONUÇ VE KANAAT

Yukarıdaki tespitler neticesinde;

A – 34 EGG 06 plaka sayılı araç sürücüsü **T.C.** ın 2918 sayılı Karayolları Trafik Kanunu ve 2918 sayılı Karayolları Trafik Yönetmeliğinde belirtilen kusurlarından Madde 52/1-b, madde 84-d. madde 81-d ve Yönetmelik madde 152 kurallarını ihlal ettiğinden bu kazanın oluşumunda ASLİ KUSURLU olduğu,

B – ARAÇ ARIZA SEBEBİYLE DURAKLAYAN: 34 DJD 284 plakalı arazi taşıtı. 34 PL 4320 plakalı arazi taşıtı ve Tescile kayıtsız arazi taşıtlarının 2918 Sayılı Karayolları Trafik Yönetmeliğinde belirtilen kusurlarından Yönetmelik madde 135 kurallarını ihlal ettiğinden bu kazanın oluşumunda TALİ KUSURLU olduğu kanaatine varılmıştır

Nihai takdir ve değerlendirmenin savcılık makamına ait olmak üzere takdirlerinize arz olunur. 07/03/2024

Bünyamin KAYA
Adli Trafik Bilirkişisi

Aslı Gibidir
....../...../120....
Melike HEZENCİ
311270
Zabıt Katibi





Aslı Gibidir
....../....../20...
Melike HEZENCİ
311276



Aslı Gibidir
........../...../20.....
Melike HEZERCİ
311276
Zabıt Katibi



Aslı Gibidir
......./....../20......
Melike REZENCİ
311276



Aslı Gibidir
......./......./20......
Melike HEZENCİ
311276





| T.C. | | |
|---|---|---|
| İSTANBUL | | |
| CUMHURİYET BAŞSAVCILIĞI | | |
| Çocuk Suçları Soruşturma Bürosu | | |
| SUÇA SÜRÜKLENEN ÇOCUK :      T.C. | | |
| DOSYA NO | : 2024/56530 | |
| CUMHURİYET SAVCISI : Yunus TANIŞMAN  199136 | | |
| YAZI İŞLERİ MÜDÜRÜ  : Sedat KOÇAK | | |
| SUÇ | : Taksirle Öldürme ve Yaralama | |
| SUÇ TARİHİ | : 01.03.2024-23:30 | |
| KAZA MAHALLİ | : Mithatpaşa Mah. Davutpaşa Cad. EyüpSultan/İSTANBUL | |
| KONUSU | : Kaza sırasında  kullanılan araçlar üzerinde teknik inceleme Yapılması | |
| RAPORU HAZIRLAYAN BİLİRKİŞİ : Mustafa Turgay KUBLAY-Mak.Müh.-210 | | |
| RAPOR TARİHİ | : 15/03/2024 | |

**RAPOR TALEP TARİHİ :** 14/03/2024

**İÇİNDEKİLER**

**1-İNCELENEN EVRAKLAR**
**2-BİLİRKİŞİDEN İSTENEN**
**3-OLAY(KEŞİF .1.)**
**4-ARAÇLAR HAKKINDA TEKNİK BİLGİLER**
**5-ARAÇLAR ÜZERİNDE İNCELEME (KEŞİF.2.)**
**6-SONUÇ VE KANAAT**

**İNCELENEN EVRAKLAR:** Dosya kapsamındaki talimat evrakları,adli tabip tutanakları tutanaklar , evraklar, vekaletler, savcılık tutanakları, yazıları, dilekçeler v.b. Tüm Diğer evraklar incelenmiştir.

**BİLİRKİŞİDEN İSTENEN:**
Sayın Savcılık makamınızın , 13/03/2024 tarihli Yetki İzin Belgesine istinaden , savcılık makamınızca soruşturma aşaması nedeniyle Savcılık dosyasında  kayıtlı  34 EGG 06 plaka sayılı Porsche Taycan 4 S Elektirikli 2020 Model aracı 34 DJD 284  Plaka sayılı Yuki Marka 2020 model yol tipi ATV  (All terrain Vehicle) aracı, 34 PL 4320 Plaka sayılı 2019 model dört tekerli ATV (All terrain Vehicle) aracı ve tescilsiz ve plakasız diğer ATV aracın incelenmeleri hususunda sayın savcılığınızca tarafıma yetki ve izin verildiğine ilişkin düzenlenen yetki ve izin belgesine istinaden görevlendirme.

**OLAY;**
Aşağıda açıklamaları ile derlenen olayla ilgili resimler doğrultusunda ,01.03.2024 tarihi saat 23:30 da meydana gelen maddi hasarlı  ölümlü ve yaralanmalı kaza "nın oluş şekli özetle:

Aslı Gibidir
....../20....
Melike HEZENCİ
511276
Zabıt Katibi

Süça sürüklenen çocuk        T.C.        sevk ve idaresinde bulunan 34 EGG 06 plaka sayılı Porsche Taycan 4S Elektirikli araçla Mithatpaşa Mah.Davutpaşa Cad. Belgrat Ormanına giden yol üzerinde seyir halinde iken aynı güzergahta sağ tarafta ATV araçların arıza sebebiyle yolun sağ kenar tarafında park etmiş vaziyette duran 34 DJD 284 Plaka sayılı Yuki Marka 2020 model yol tipi ATV (All terrain Vehicle) aracı, 34 PL 4320 Plaka sayılı 2019 model dört tekerli ATV (All terrain Vehicle) aracı ve tescilsiz ve plakasız diğer ATV aracı ve yaya durumundaki 3ATV sürücü  ve diğer 2 kişiye çarparak Maddi hasarlı Ölümlü ve yaralanmalı Trafik kazası meydana gelmiştir.

 

RESİM-1-KAZA OLAYI YERİ DAVUTPAŞA CADDESİ KAZA OLUŞ NOKTASI

 

RESİM-2- ATV ARAÇLARININ ÇARPMA ANINDA OLDUKLARI NOKTA

 

RESİM-3-34 EGG 06 PLAKA SAYILI PORSCHE ARACIN GELDİĞİ YÖN VE ATV ARAÇLARINA VE ŞAHISLARA ÇARPTIĞI NOKTADIR

Aslı Gibidir
...../...../20.....
Melike KEZENCİ
11276
Zabıt Katibi




**RESİM-4-34 EGG 06 PLAKA SAYILI ARACIN SAVRULDUĞU SIRADA OLUŞAN ASFALT İZİ VE SAVRULARAK DÜŞTÜĞÜ NOKTADIR**

**ARAÇLAR HAKKINDA TEKNİK BİLGİLER: (Tescilsiz araca ait bilgi yoktur)**

| HEÇBEK ARAÇ TEKNİK | |
| --- | --- |
| Araç markası................... | PORSCHE |
| Araç Plakası.................... | 34 EGG 06 |
| Araç Cinsi...................... | AB HEÇBEK |
| Araç tipi........................ | YIA |
| Model Yılı....................... | 2020 |
| Motor No....................... | 019135025749 |
| Şase No........................ | WPQZZZYIZMSA27322 |
| Tescil tarihi.................... | 01/08/2022 |
| Veren Birim.................... | İSTANBUL |

| YOL TİPİ TEKNİK | |
| --- | --- |
| Araç markası................... | YUKİ |
| Araç Plakası.................... | 34 DJD 284 |
| Araç Cinsi...................... | Yol Tipi |
| Araç tipi........................ | IX200ATV-M |
| Model Yılı....................... | 2020 |
| Motor No....................... | LC16FMK2TQ167401 |
| Şase No........................ | LLCLKYS4LF500402 |
| Tescil tarihi.................... | 12/02/2024 |
| Veren Birim.................... | İSTANBUL |

| DÖRT TEKER TEKNİK | |
| --- | --- |
| Araç markası................... | IPS Marka |
| Araç Plasası.................... | 34 PL4320 |
| Araç Cinsi...................... | Dört Teker |
| Araç tipi........................ | Sportsman 800 Touring |


Aslı Gibidir
......./...../20.....
Melike HEZENCİ
311276

| | |
|---|---|
| Model Yılı....................2009 | |
| Motor No....................0120J88300024 | |
| Şase No....................4XADN76F09A751282 | |
| Tescil tarihi...................17/11/2023 | |
| Veren Birim...................İstanbul-Pendik. | |

## ARAÇLAR ÜZERİNDE İNCELEME:

Sayın savcılığınızdan alınan yetki belgesine istinaden, gerekli incelemeler Kardeşler Yed-i Emin deposunda çektirilen üstte teknik bilgileri yazılan araçlar üstünde yapıldıktan sonra araçlara ait resimler çekilerek dosyaya eklenerek aşağıdaki hususlar tespit edilmiştir . Aşağıda ayrıntılı resimaltı bilgilerle inceleme deruhte edilmiştir.

 

**RESİM-1-34 EGG 06 PLAKALI PORSCHE TAYCAN 4S ELEKTİRİKLİ ARACIN ARKA VE SAĞ YAN KISMINDAN GÖRÜNTÜLERDİR.**

 

**RESİM-2-34EGG06 PLAKALI ARAÇ SAĞ-ÖN ÇAMURLUK-SAĞ ÖN VE ARKA KAPI**

 

**RESİM-3-34EGG06 ARAÇ ÖN GÖRÜNÜM VE ÖN CAM PATLAK GÖRÜNÜM**



Aslı Gibidir
............../...../20.....
Melike HEZENCİ
311276




RESİM-3-ARACIN SOL YAN GÖRÜNÜM VE SAĞ ÖN TEKER AKS VE ROT BAŞI
KOPMUŞ VAZİYETTE ÇEKİLEN RESİM GÖRÜNÜMÜDÜR.




RESİM-4-ARACIN ŞOFÖR VE YAN MAHALLİ HAVA-YASTIKLARI PATLAMIŞ
DURUMDAKİ GÖRÜNÜMLERİDİR




RESİM-5-ARACIN TORPİDO ALTI HAVA-YASTIKLARI AÇIK VE ARKA KOLTUK




RESİM-6-ARACIN PLAKALARININ VE ARAÇ KAPUT ALTI GÖRÜNÜMÜDÜR

Aslı Gibidir
........./......./20......
Melike HEZENCİ
311270
Zabıt Kâtibi

 

RESİM-7-ARAÇ TEKER AKS VE ROT BAĞLANTI NOKTASI VE ŞARJ GİRİŞ SOKETİ

 

RESİM-8-ARAÇ SAĞ ÖN ŞASE BAĞLANTILARINDA DEFORMASYON

-----------------------------------------------------------------------------------------------------------

### ATV ARAÇLARA AİT RESİMLER

 

RESİM-9-PERT OLAN TESCİLSİZ ATV VE SAĞ ROT HASARLI YOL TİPİ ATV

 

RESİM-10-ROT HASARLI YOL TİPİ 34 DJD 284 ATV ARAÇ RESİMLERİ

Aslı Gibidir
....../....../20.....
Melike NEZENCİ
311276
Zabıt Katibi




RESİM-11-34PL4320 DÖRT TEKER ARACIN PERT DURUM GÖRÜNÜMÜDÜR




RESİM-12-43PL4320 ARACIN DİĞER GÖRÜNTÜLERİDİR.

## SONUC VE KANAAT;

Sayın savcılığınızca soruşturması yürütülen Suça sürüklenen çocuk       T.C.
soruşturmasına ait meydana gelen olayla ilgili Savcılık dosyasında kayıtlı  34 EGG 06  plaka
sayılı Porsche Taycan 4 S Elektirikli 2020 Model aracı 34 DJD 284  Plaka sayılı Yuki Marka
2020 model yol tipi ATV  (All terrain Vehicle) aracı, 34  PL 4320 Plaka sayılı 2019 model
dört tekerli ATV (All terrain Vehicle) aracı ve tescilsiz ve plakasız diğer ATV aracın  keşif
yeri olan Kardeşler Yed-i emin deposunda yapılan incelemeler ve değerlendirmeler ışığında

1- 34 EGG 06  plaka sayılı Porsche Taycan 4 S Elektirikli 2020 Model aracın LUX-üst
   segment elektirikli araç sınıfında  olduğu tarafımdan tespit edilmiş olup, sağ ön aks
   bağlantısının koptuğu, sağ ön çamurluk-sağ ön kapı-sağ arka kapı sağ ayna –ön kaput
   ön tampon parçalandığı, araç ön camın üzerine çarpma sırasında bir şahsın düşmesi
   sonucu patladığı, sol ön lastik pert olduğu, araç içerisinde şöför ve yolcu hava-
   yastıkları  ve torpido altı bacak koruma hava-yastıklarının patladığı,  aracın  hemen
   hemen pert durumda olduğu,
2- 34 DJD 284  Plaka sayılı Yuki Marka 2020 model yol tipi ATV  (All terrain Vehicle)
   aracın sol arka aks bağlantı kısmında hasar mevcut olduğu
3- 34 PL 4320 Plaka sayılı 2019 model dört tekerli ATV (All terrain Vehicle) aracın pert
   durumda olduğu,
4- Tescilsiz ve plakasız diğer ATV aracın tamamen pert durumda olduğu,
Tespit edilen unsurlardır.



Aslı Gibidir
............/20......
Melise HEZENCİ
311279
Zabıt Katibi

Kazanın oluşumundaki sebep:

*34EGG06 plaka sayılı araç Porsche Taycan 4 S, incelendiğinde yüksek performans spor araç olarak nitelendirilen bir araç olduğu 2.8 sn. içerisinde 100km.sürate ulaşan ve maksimum hız limiti 250km.olan ve elektirikli araçlar içerisinde en süratli spor performans araçlardan biri olduğu tespit edilmiştir.* Kaza mevkii olan Davutpaşa Caddesi-Çiftalan istikametinde yukarıda resimleri görülen *yolun virajlı olan kısmına çok yüksek süratle girdiği (tahmini 170-180 km/saat)* ve virajdan çıkış noktasında yol kenarında bulunan ATV araçları ve şahıslara çarptığı,Yed-i emin deposunda yapılan araçların özellikle          T.C.          sevk ve idaresindeki PORSCHE Taycan 4s Marka araç üzerindeki çarpışma noktası olan sağ ön kısmı ve diğer ATV araçları üzerinde yapılan incelemelerde, *34 EGG 06 plakalı PORSCHE Taycan 4s aracın meydana gelen maddi hasarlı ölümlü yaralanmalı bu kazada herhangi bir teknik arızaya haiz olmadığı ve yukarıda izah edildiği gibi , K.T.K.''nca belirtilen Davutpaşa Caddesi üzerindeki 30.km.hız limitlerini aşmasından ötürü meydana geldiği tespit edilmiştir.* Dolayısı ile bilirkişi olarak bu olayın bu şekilde meydana geldiği ,kanaatimde oluşmuş olup_işbu kanaatimi belirten raporumu üst yazı ekinde sayın savcılığın takdirine saygı ile sunuyorum. 15/03/2024.

ADLİ BILIRKISI
MUSTAFA TURGAY KUBLAY
Mak.Müh.

Mustafa Turgay IbanNo:TR1500158007283108087
VakıfBank Bakırköy ŞbKod: 145

Aslı Gibidir
......./.....X/20......
Melike HEZENCİ
311276
Zabıt Katibi

(EK-8)

## BİLGİ ALMA TUTANAĞI

Tutanağın Düzenlendiği Yer : Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği
Düzenlendiği Tarihi ve Saat : 02.03.2024 - 21:27
Olay Adı : TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇU
BİLDİRMEME-SUÇLUYU KAYIRMA

Olay/Evrak Yıl-No : 2024/223

### BİLGİ VERENİN AÇIK KİMLİĞİ

Kimlik Belgesi Tipi – Seri No :
T.C. Kimlik No : 
Adı ve Soyadı : A.K.
Baba ve Anne Adı : Abdulkadir - Zeynep
Doğum Yeri ve Tarihi : Şişli - ████ 2007
Cilt-Aile Sıra-Sıra No :
Nüfusa K.O. İl-/Mahalle-Köy : İstanbul-Beşiktaş-Kültür
İkamet Adresi : ████████████████
  İstanbul
Mesleği ve Aylık Geliri : Öğrenci - Belirtilmemiş
Telefon(ev-iş-cep-irtibat) : - -████████
Eğitim Durumu : Ortaokul
Medeni Hali - Cinsiyeti : Bekar - Erkek

Alınan İfadesinde:

Yukarıdaki ki bilgiler doğrudur ve bana aittir, verdiğim adreste yaklaşık 10 yıldır ailem ile ikmaet etmekteyim, Hisar Okullarında öğrenim görmekteyim.

Dün yani 01/03/2024 günü saat 21:00 sıralarında ikametimde bulunudğum esnada okuldan arakadaşım olan T.C. beni aradı ve takılalım dedi ve dışarı çağırdı, daha sonra gelip beni evimden aldı, T.C. beni eve alamay geldiğinde kendisi Porche marka aracı kullanıyordu, araçta ayrıca K.D. isimli bir arkadaşımız da vardı. Araçal hareket ettikten sonra Kemal'i evine bıraktık ve T.C. .n evine doğru gittik, T.C. evinin önünde D.O.O. isimli arkadaşımız bekledik, tahminimizce 10 dakika sonra D.O.O.in sevk ve idaresinde olan koyu renkli Volvo marka araç geldi, araçta hatıraladığım kadarıyla D.O.O. Z.H.D. ve P.T.E. vardı. Toplamda 5 kişi olduk ve siteden çıktık, ben T.C. ile Porche marka araca bindim, D.O.O. Z.H.D. ve P.T.E. Volvo marka araç ile peşimizden geldiler, Y.E.A. ve KA isimli arkadaşlarımız farklı bir siteden aldık. K.A. ve Y.E. te Volvo marka araca bindiler, toplamda 7 kişi olduk ve Göktürk içinde arabalar ile turladık ve Kemer Conunryt meydanına gittik. Meydan da oturduğumuz esnada aynı sınıfta olduğum M.E.Y. isimli arkadaşımı gördük, M.E.Y.in yanında ilk defa gördüğüm soyisimlerini bilmeidğim B. and A. olarak bildiğim şahısları gördük ve muhabbet etmeye başladık, böylece toplamda 10 kişi olduk. Daha sonra burdan aaraçlar ile yarıldık, Volvo marka aracı D.O.O. isimi arkadaşımız sürüyordu, bu Volvo marka araç D.O.O.in yanına K.A. Y.E. M.E. P. ve Z.H.D. bindi, Porche marka aracı ise T.C. kullanıyordu, T.C. yanına ben, A. and B. isimli şahıslar vardı, Kemer Country sitesinden çıktık, merkezde bulunan Sell benzinliğe gittik, Volvo marka raaç burdan yakıt aldı, benzim istasyonunda çıktık ve Bahçeköy orman yoluna girdik. Orman yoluna girince D.O.O. kendi aracı ile önümüze seyir halindeydi, bir müddet sonra D.O.O. bize el hareketi yaparak önüne geçmemizi istedi, bizde buna istinaden D.O.O.i solladık ve önüne geçtik ve ilerledik, kasise denk geldik, T.C. kasisi görünce biraz yavaşladı ve kasisi geçince hızlandı, daha sonra T.C. yolun sağ tarafında gidiş istikametimizde birşeyler olduğunu gördü ve direksiyonu ani bir şekilde bulunan cisimlere çarpmamak için sola doğru kırdı, araç bir anda kaymaya başladı, aracın sağ tarafı yani beni olduğum taraf atv tarzı araçlara doğru kaymaya başladı. Kayma sonucu T.C. kullanmış olduğu ve benim içinde olduğum araç atv tarzı araçlara bir anda çarptı, çarpma olayından sonra aracımız solda bulunan yamaca doğru çıktı. Akabinde araçta bulunan T.C. ben, A. and B. araçtan indik, indikten



Aslı Gibidir
....../....../20......
Melike HEZENCİ
211276

Tutanağın 1. Sayfasıdır

sonra yolun ortasında yerde iki şahsın yaralı şekilde yattığını gördüm, onların yanına giderek iletişim kurmaya çalıştık, daha sonra kalabalıktan duyduğum kadarıyla yolun diğer yanaçınca uçurum tarafında da bir yaralı olduğunu öğrendim, T.C. o esnada kendi arabasının önüne gitti ve aracın altında bir kişi olduğunuda bize söyledi.Akabinde yolda geçen başka araçlarda durmuş ve yardımcı oluyordu, kalabalık kişiler içinde birileri 112'yi aradığını duydum.Daha sonrasında yolun yamaç kısmında alt tarafta bir yaralının daha olduğunu öğrendik.Çevrede bulunan vatandaşlar yaralının yanına gierek yardım etmeye çalıştı. T.C. bu esnada kendi telefonu ile özel şoförünü aradı ve kaza yaptığını söyledi, bir müddet sonra da T.C. annesini aradı ve yine kaza yaptığını söyledi.Olay yerine itfaiye ekibi geldi ve müdahale etmeye başladı.Müdahale esnasında  T.C.  annesi bir bayan şahıs ile eski model plakasını alamadığım bir aça ile olay yerine geldi, beni, T.C. ve D.O.O.i gelmiş oldukları araca bindirdiler.Daha sonra kendisi de araca bindi ve olay yerinden uzaklaştık, beni ve D.O.O.i Kemer Counrty site girişinde indirdiler ve devam ettiler.Site önünde bulunduğumuz ensada yaralılardan birine ait olan cep telefonunun  Z.H.D.  iismli arkadaşımızda kaldığını gördük.Akabinde ben Kemer Counrty sitesinde oturan Kemal isimli arkadaşımın yanına gittim.

Bugün de yani 02/03/2024 günü kazaya karışan arkadaşlarımın Polis'ler tarafından alındığını öğrendim ve bende ifade vermek için Büro Amirliğinize geldim.Konuyla ilgili gördüklerim, bildiklerim ve söyleyeceklerim bunlardan ibarettir.**DEDİ**

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.02.03.2024 - 21:27

BİLGİ ALAN
246231
Polis Memuru

BİLGİYİ YAZAN
277952
Polis Memuru

BİLGİSİ ALINAN
A.K.

Tutanağın 2. Sayfasıdır
Aslı Gibidir
/120
Melike HEZENCİ
91/276
Zabıt Katibi

## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarih ve Saat | : | 02.03.2024 - 22:43 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇU BİLDİRMEME-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

### BİLGİ VERENİN AÇIK KİMLİĞİ

| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | ▮ |
| T.C. Kimlik No | : | ▮ |
| Adı ve Soyadı | : | B.A. |
| Baba ve Anne Adı | : | Murat - Mehtap |
| Doğum Yeri ve Tarihi | : | Şişli - ▮ 2007 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İl-/Mahalle-Köy | : | Balıkesir-Manyas-Tepecik |
| İkamet Adresi | : | ▮ İstanbul |
| Mesleği ve Aylık Geliri | : | Öğrenci - Belirtilmemiş |
| Telefon(ev-iş-cep-irtibat) | : | - ▮ |
| Eğitim Durumu | : | Ortaokul |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

Alınan İfadesinde:

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adreste yaklaşık 5-6 yıldır ailem ile ikamet ederim.

Dün yani 01/03/2024 günü saat 20:00 sıralarında arkadaşım M.E. ile birlikte Göktürk'te kebapçıda yemek yiyorduk, yaklaşık yarım saat sonra A.A. isimli arkadaşımız yanımıza geldi ve kahve içtikten sonra Kemer Counrty isimli siteye gittik.Site içinde oturduğumuz esnada yan masamıza M.E. 'nin okuldan arkadaşları geldi, bu şahıslarda 2 araç varmış, saat ilerleyince bizi bu şahıslardan bizi eve bırakmaları için ricade bulunduki kabul ettiler, hep beraber kalktık ve araçlara bindik, ben, A.A. A.K. ve T.C. porche marka araca bindik, aracı T.C. isimli şahıs kullanıyordu, diğer şahıslarda Volvo marka araca bindi.Siteden çıktık, Volvo marka araç Shell benzin istasyonunan yakıt aldı ve Kemerburgaz yolunda surları geçtikten sonra Bahçeköy orman yoluna girdik.Ben aracın sağ arka kısmında oturuyordum, Volvo marka araç önde gidiyordu, bir müddet sonra araç içinde bulunduğum Porche marka araç Volvo marka aracı solladı, T.C. aracı bir anda hızlı kullanmaya başladı, biz yapma yavaş git desekte bizi dinlemedi, biz kemerlerimizi her ihtimale karşı taktık, yine önümüzde bir viraj vardı, ancak T.C. yine viraja hızlı bir şekilde girdi, virajı dönerken gidiş istikaametimizde atv tarzı araçlar gördük, bu araçların yol ortasında mı yksa yol kenarında mı olu olmadığını hatırlamıyorum, T.C. bu araçları görünce bir anda aracın direksiyonun sola doğru kırdı, ancak araç kaymaya başladı, bir anda aracımız sol tarafta bulunan yokuşa çıktı, aracın airbegleri açıldı, hemen araçtan aşağı indik, geriye baktığımızda yol üzerinde 2 şahsın yaralı şekilde yerde yattığını gördük, daha sonrasında araç altında ve yolun kenarında yamaç kısmında 1 yaralı şahsın daha olduğunu öğrendik.Yoldan geçen diğer araçlarda durdu ve yardım etti, 112'yi haber verildi, ancak kim haber verdi bilmiyorum, ambulans gelene kadar yaralıların başında bekledik.Olay yerine itfaiye ekibi geldi, ondan sonra C.A. isimli arkadaşım ile irtibat halindeydim, olay yerine geldi ve A.A. ile beni alarak olay yerinden ayrıldık.Biz olay yerinden ayrılırken T.C. olay yerindeydi, kendisi şok geçirmişti, sürekli "hayatım bitti" şeklinde söyleniyordu.

Bugün yani 02/03/2024 günü öğlen saatlerinde ikmetime kazaya karışan arkadaşım ve Polis gelince olayın ölümlü kaza olduğunu öğrendim ve ifade vermek için Büro Amirliğinize geldim.Ben bu olayda yaralanmadım ve doktor raporu almak istemiyorum.Konuyla ilgili, gördüklerim, bildiklerim ve söyleyeceklerim bunlardan ibarettir.DEDİ







Tutanağın 1. Sayfasıdır
Aslı Gibidir
...../..../20...
Melike HEZENCİ
311276

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alınır. 02.03.2024 - 22:43

BİLGİYİ ALAN
276231
Polis Memuru

BİLGİYİ YAZAN
377952
Polis Memuru

BİLGİSİ ALINAN

B.A.

Tutanağın 2. Sayfasıdır
Aslı Gibidir
......./......./20....
Melike HEZENCİ
318276
Zabıt Katibi

(EK-10)

## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarih ve Saat | : | 02.03.2024 - 22:12 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇU BİLDİRMEME-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

### BİLGİ VERENİN AÇIK KİMLİĞİ



| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | |
| T.C. Kimlik No | : | |
| Adı ve Soyadı | : | A.A. |
| Baba ve Anne Adı | : | Hasan - Leyla |
| Doğum Yeri ve Tarihi | : | Eyüp - ▮▮-2008 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İl-/Mahalle-Köy | : | Diyarbakır-Kulp-Karpuzlu |
| İkamet Adresi | : | ▮▮▮▮▮▮▮ / İstanbul |
| Mesleği ve Aylık Geliri | : | Öğrenci - Belirtilmemiş |
| Telefon(ev-iş-cep-irtibat) | : | - - |
| Eğitim Durumu | : | Ortaokul |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

Alınan İfadesinde:

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adreste yaklaşık 9 yıldır aile mile ikamet ederim.

Dün yani 01/03/2024 günü saat 20:00 sıralarında ikametimde bulunduğum esnada arkadaşım olan   B.A.   simli arkadaşımı aradı mve nerde olduğunu sordum, B.A. bana stadın orda M.E. ile beraber yemek yediklerini söyledi, bende ikametimden çıkarak onların yanına yaya olarak gittim ve onlaral buluştum, daha sonra kahve içmeye gittik ve akabinde Kemer Counryt isimli siteye gittik. B.A. bu sitede oturduğu için bizde onla beraber içeri girdik. Saat 22:50 sıralarında M.E. ni okuldan arkadaşları olan kişiler Volvo marka araçla site içinde yanımıza geldiler ve beraber oturmaya başladık. Bu Volvo marka araçta ki şahıslar kalktı ve gidiyorlardı, bizde M.E. ye saatin geç olduğunu arkadaşlarının da bizi eve bırakabilecek durumu olup olmadıklarını sorduk, kabul ettiler ve hep beraber kalktık. Porsche arka araca sürücülüğü T.C. isimli şahıs yapıyordu, bu araca ben, B.A. ve A.K. isimli şahıslar bindi, diğer Volvo marka araca ise diğer kişiler bindi. Siteden çıktık ve Shell isimli benzinliğe giderek Volvo marka araç yakıt aldı, daha sonra yola devam ettik ve Kemerburgaz istikametien giderek surları geçtikten sonra Bahçeköy yoluna yani orman yoluna girdik. Volvo marka araç önde gidiyordu, T.C. bin anda gaza geldi ve önce bulunan Volvo marka aracı solladı ve önüne geçti, T.C. sürekli aracı hızlı kullanıp virajlara sert giriyordu, bizim şahısla fazla muhabetimiz olmadığı için şahsa sadece yavaş yavaş diyorduk, ben aracın sol arka kısmında oturuyordum, T.C. önümüzde bulunan viraja yine hızlı bir şekilde giri, viraja girince gidiş istikametimizde yol kenarında atv tarzı araçlar vardı, araç bir anda kaymaya başladı, T.C. direksiyonu sola doğru kırmaya çalıştı, ancak araç sağ tarafı ile yol kenarında bulunan atv tarzı araçlara vurdu, bizim araçta yolun sol tarafına bayıra çıktı. Hemen epimiz araçtan indik, T.C. etrafa baktı ve "**benim hayatım bitti**" şeklinde söylemlerde bulundu, hemen arkamızda Volvo marka araçta durmuştu, onlarda aşağı indi ve yol üzerinde bulunan yaralı şahıslar ile ilgilendik, o esnada yolda geçen başka araçlarda durdu ve yardım etti, o esnada biz T.C. sevk ve idaresine olan aracın altında bir şahsın olduğunu fark ettik ve çevrede bulunan vatandaşlar ile yaralı şahıs araç altından çıkarttık, akabinde yolun kenarında yamaç kısmında da yaralı şahıslar olduğunu öğrendik. Olay yerine istaifyc ekibi, görevli ekipler geldi, müdahelerlerde bulundu. B.A. isimli arkadaşımı o esnada başka bir ortak arkadaşımız aramıştı ve durumu ona anlattı, bir müddet sonra   C.A.   isimli arkadaşımız olay yerine geldi ve biz B.A. ile onun aracına binip

Tutanağın 1. Sayfasıdır





Aslı Gibidir
......o......
▮ike BEZENCİ
311278
Zabıt Katibi

olay yerinden gittik.

Ben B.A. ile olay yerinden giderken  T.C.  olay yerinde olduğunu hatırlıyorum, sürekli telefonla görüşme halindeydi, hep **"ben bittim, hayatımın sonu"** şeklinde sözler sarf ediyordu.Bugün yani 02/03/2024 günü ise kazaya karışan arkadaşların Polis'ler tarafından arandığını öğrenmemiz üzerine ifade vermek için Büro Amirliğinize geldik.Ben bu kaza olaında yaralanmadım ve doktor raporu almak istemiyorum.Konuyla ilgili gördüklerim, bildiklerim ve söyleyeceklerim bunlardan ibarettir.DEDİ

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.02.03.2024 - 22:12

BİLGİYİ ALAN
6231
Polis Memuru

BİLGİYİ YAZAN
377962
Polis Memuru

BİLGİSİ ALINAN
A.A.

(EK-11)

## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarih ve Saat | : | 02.03.2024 - 19:34 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇU BİLDİRMEME-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

### BİLGİ VERENİN AÇIK KİMLİĞİ

| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | |
| T.C. Kimlik No | : | |
| Adı ve Soyadı | : | D.O.O. |
| Baba ve Anne Adı | : | |
| Doğum Yeri ve Tarihi | : | Şişli - ████-2007 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İli-/Mahalle-Köy | : | İstanbul-Fatih-İskenderpaşa |
| İkamet Adresi | : | ████████ İstanbul |
| Mesleği ve Aylık Geliri | : | |
| Telefon(ev-iş-cep-irtibat) | : | - -████ |
| Eğitim Durumu | : | Orta |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

Alınan İfadesinde:

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adrese yaklaşık 14 yıldır ailem (anne, baba ve kardeşim) ile beraber kalmaktayım. Ben halen Hisar Okulları 10. sınıf öğrencisiyim. Ben dün yani 01/03/2024 günü saat 22:00 sıralarında trafikte babam Giray ÖCALGIRAY sahibi olduğu şirket adına kayıtlı bulunan 34 BOD 377 plaka sayılı Volvo aracın anahtarlarını babamdan izinsiz olarak aldım. Yanımda P.T.E. ve Z.H.D. isimli arkadaşlarım vardı. Üçümüz birlikte araçla arkadaşım olan I.C. üne geldik, T.C. ise aynı sitede otururuz, kendisi Porsche marka 34 EGG 06 plaka sayılı annesinin olduğunu düşündüğüm ████ içinde bizi bekliyordu T.C. un yanında A.K. isimli arkadaşımız vardı. Toplamda 5 arkadaş 2 araçla gezintiye çıktık. Ar ████ m Life isimli Y.E. ve K.A. isimli arkadaşlarımızı aldık, bu iki arkadaş benim kullanmakta olduğum ████ ürk ç ████ rol ofisi civarında ismini bilmediğim bir tekel bayi önünde durduk, hepimiz araçtan indik ve tekelin önünde durduk, arkadaş grubundan bir kişi tekele sigara almak için gitti, ancak sigara yoktu alamadan geri geld iy ve araçlarımıza bindik, tekele giden arkadaşımı hatırlamıyorum. Araçlarlar çevrede biraz gezindikten sonra tekrar Kemer Country isimli siteye gittik M.E.Y. isimli arkadaşımız gördük, M.E.Y. in yanında ilk defa görmüş olduğum 2 erkek şahıs ████ 0 kişi olduk ve site içinde biraz durup muhabbet ettik. Ben, M.E.Y. K.A. Y.E. P.T.E. ve Z.H.D. olmak üzere toplamda 6 kişi benim sürücülüğümü yapmış oldu BOD 377 plaka sayılı araca bindik, diğer kalan 4 kişi olan T.C. A.K. ve tanımadığım 2 erkek şahısta T.C. un sevk ve idaresinde olan ████ ay ████ den çıkmış olmamızın sebebi biraz turlamak ve benim araca yakıt almak amaçlı siteden ayrıldım. Göktürk içinde bulunan Shell isimli benzinliğe giderek hatırladığım kadarıyla 1.500 TL tutarında yakıt aldım ve ödemeyi kartla yaptım. Benzinlikten çıktık ve Hisar okulları önünde tekrardan 2 araç buluştuk. Ben önde gittim, T.C. kamda aracı ile beni takip etti, Göktürk içinde bulunan surları geçince Total benzinlik karşısından B ████ y orman yoluna girdik, orman yolundan ben yine önde giderken T.E. beni solladı ve önüme geçti. Orman yolunda giderken T.C. önümüzde bulunan bir aracı kasiste solladı, Timur'un solladığı araç kasiste epey yavaşladı ve bana yol verdi ████ sola sinyal verdim ve kendi hızım ile T.C. ın geçtiği aracı geçtim ve T.C. un arkasına geçtim, o esnada T.C. aracın hızını epey arttırdı, önümüzde viraj vardı, T.C. hızlı bir şekilde viraja girdi, ben hızımı sabit tuttum hızlanmadım, virajda T.C. ın aracını 4-5 saniye kadar gördüm ve daha sonrasında görüşümden çıktı. Virajı döndüğümde ise T.C. ın arabası kontrolde çıkmış bir şekilde su kanalına girdi. Ben hemen aracımı durdurdum, aracımın dörtlü lambalarını yaktım ve T.C. un aracının yanına gittik. O esnada T.C. ve yanındaki 3 kişi araçtan iniyorlardı, tam o esnada ben aracımı park etmiş olduğum yerin yol kenarında 2 tane yerde yatan yaralı erkek şahıs gördüm. Hemen yaralıların yanına koştum ve kontrol ettim, arkadaşım Z.H.D. yaralıların biriyle konuştu, yaralı şahıs kendi telefonunu Z.H.D.e vererek başına bakmasını istedi, Z.H.D. yara ████ ın başına baktıktan

Aslı Gibidir
......./......./20......
M████ ██████Cİ
311275
Zabıt Katibi

Tutanağın 1. Sayfasıdır

sonra, Z.H.D. benden hem ehliyetimiz olmadığından ve aracın kalabalık etmemesi için benden aracın anahtarını aldı ve K.A. ile birlikte Kemer Country isimli siteye geri götürdü. Ben olay yerinde kaldım, bu esnada siyah r...ı alamadığım Bmw marka bir araç geldi, tam bu sırada T.C. "aracın altında bir kişi var" diyerek bağırdı ve yardım istedi, o esnada BMW marka araçtan gelen kişiler hemen yardıma koştular ve T.C. ...un aracının altında kalan yaralı şahsı çıkardılar. O esnada kimin aradığını bilmiyrum 122'yi aradılar, o esnada yolun aşağı kısmına 2 erkek şahsın da yaralı olduğunu çevreden duyduk. Aşağıda ki yaralı şahıslardan biri "arkadaşım O.M.A. bakın" diyerek bağırdı. T.C. benim yanıma gelerek benim kullanmaka olduğum o esnada yanımda ola [redacted] hattının takılı olduğu cep telefonumu aldı, annesini ve soyadını bilmediğim Adem isimli şoförün nuştuklarını duymadım. Yaklaşık 10 dakika sonra T.C. ...un annesi ve yanında bir kadınla birlikte eski model sedan tipli hatırladığım kadarıyla koyu renkli bir araç ile olay yerine geldiler. Aracı bu kadın sürüyordu, T.C. ...n annesi aracın arkasında oturuyordu, ben olay yerinde P.T.E. ve E. isimli arkadaşlarımı aradım, ancak bulamadım, onların olay yerinden uzaklaştığını düşündüm ...un üzerine tek kalmamak için T.C. un bindiği araca koşarak gittim ve bindim. Binmiş olduğum araç beni Kemer County ana giriş kapısında i... , site önüne geldiğimde benim aracım ile olay yerinden ayrılan Z.H.D. ve K.A. ...ın burada beklediklerini gördüm, onlara teslim etmiş olduğu ...ine Z.H.D. 'nın elinde olay yerinde yaralılardan kafasına bakmak için aldığı cep telefonu bulunuyordu, ...kleidğimiz esnada K.A. 'ın çağırmış olduğu taksi geldi ve K.A. olay yerinden E. leri almaya gideceğim dedi, bende bunun üzerine Z.H.D. dan yaralılardan birisine ait ...elefonu alarak siye binene K.A. e verdim, K.A. korkuya kapılara taksiden inerek telefonu sitenin önünde ki duvarın üzerine bıraktı. Daha sonra sitenin ...ik görevlileri telefonu kayıp olarak telefonu muhafaza altıma aldı K.A. taksi ile sitenin önüne ayrıldı. Sitenin önünen Z.H.D. ile birfikte site içine girerek burda babam, annem ve da buluştuk. Babam, ben ve Z.H.D. 34 BOD 377 plaka sayılı araca bindik, o sırada annem ve dayım babamın inmiş olduğu 34 BOD 777 pla ...tl saraç ile bizi takip ediyordu. Hep beraber site önüne güvenlik kapısına gittik, kapıya geldiğimizde benim özel şuğörlüğümü yapan I.B. isimli şahısta sitenin güvenlik kapısında bulunuyordu. Ben olay yerinde kendisini arayarak konu ...T.C. 2un kaza yaptığını söyleyerek ondan yardım istemiştim. Sitenin kapısında babam Z.H.D. ya "telefonu al adamlara bırakalım" dedi, bunun üzerine güvenlik görevlisi bize hitaben "bu telefonun kime ait olduğunu, telefonun biraz önce arandığını, arayan bayanın oğlumun durumunun nasıl olduğunu sorduğunu" söyledi, güvenlik görevlisine başımızdan geçen olayı anlatarak telefonu Polis' teslim edersin dediğimiz sırada, T.C. un şoförü Adem isimli şahıs 34 BT rakam grubunu görmediğim Mercedes A180 marka beyaz renkli araç i... nin içine girdi ve durdu. O sırada arkadan 34 FPA rakama grubunu göremdiğim Volvo marka siyah renkli araçta siteye girdiler. Bu araçtan T.C. un annesi indi, ben güvenliklerle olayı konuşurken bir anda beni inmiş olduğum araca iteleyerek "çoc ...burada uzaklaşın" dedi. Daha sonra ben arabaya binerken benim muhattap olduğum güvenlik görevlisinin T.C. un annesine "hanımefendi telefonu verir misiniz" dediğini duydum, annesinin de güvenlik görevlis ...en telefonun sahibini tanıyorum, telefonu geri vereceğim" dediğini duydum, o esnada babam araca bindi ve araçla site içinden evimize gittik.

Ertesi sabah yani bugün 02/03/2024 günü yaşanan bu kazanın ölümlü bir kaza olduğunu öğrendim ve gelen Polislere durumu izah ettim, akabinde gerekli ifade işlemleri için Büro Amirliğinize getirildim. Benim konuyla ilgili gördüklerim, bildiklerim ve söyleyeceklerim bunlardan ibarettir. DEDİ

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı. 02.03.2024 - 19:34

BİLGİYİ ALAN
276 21
Polis Memuru

BİLGİYİ YAZAN
370952
Polis Memuru

BİLGİSİ ALINAN
D.O.O.

Tutanağın 2. Sayfasıdır

Aslı Gibidir
......./...../20.....
Melike HEZENCİ
311276
Zabıt Katibi



*FOTOĞRAF 2*

Volvo marka aracın yakıt aldığı, Porsche marka aracın ise istasyon park alanına geçerek aracı park ettiği ve araçtan şahısların inerek markete girdikleri akabinde tekrar marketten çıkıp kazaya karışan 34 EGG 06 plaka sayılı Porsche marka araca yapılan tespite göre sürücü koltuğuna                T.C. (T.C:                ) isimli şahsın bindiği, ön sağ yolcu koltuğuna A.K. (T.C:                ) isimli şahsın bindiği, sol arka yolcu koltuğuna A.A. (T.C:                ) isimli şahsın bindiği, sağ arka yolcu koltuğuna B.A. (T.C:                ) isimli şahsın bindiği (FOTOĞRAF 5)görüntüden ve avukatları eşliğinde şifai beyanlarından anlaşılmış ve şahısların yine 2 (iki) araç olarak akaryakıt istasyonundan ayrıldıkları ve kamera tarih ve saatine göre 01.03.2024 günü saat:22:22:07 (kamera saati tahmini 1 saat geriye doğru sapma mevcut) daha sonra kazanın meydana geldiği Mithatpaşa Mahallesi Davutpaşa Caddesi sayılı adrese gittikleri (FOTOĞRAF 8) ve kaza olayının vukuu bulduğu anlaşılarak kazayı gerçekleştiren 34 EGG 06 plaka sayılı araç sürüsünün görüntülerden ve beyanlardan        T.C.    (T.C:                isimli şahıs olduğu anlaşılmış



*FOTOĞRAF 5*

Aslı Gibidir
...../..../20.....
Melike HEZENCİ
311278
Zabıt Katibi



*Şüpheli Eylem TOK ve Suça Sürüklenen Çocuk*    T.C.    *'un güvenlik noktasından geçişleri ( 02.03.2024 saat:02.11)*



*Şüpheli Eylem TOK ve Suça Sürüklenen Çocuk*    T.C.    *'un pasaport kontrol noktasına gelişleri (02.03.2024 saat:02.56)*



*Şüpheli Eylem TOK ve Suça Sürüklenen Çocuk*    T.C.    *'un uçak çıkış kapısı*



Aslı Gibidir
Melike REZERCİ
311275
Zabıt Katibi



## YOLCU LİSTESİ

| Ad | İkinci Ad | Soyad | Doğum Tarihi | Kimlik No | Kalkış Yer Ad | Kalkış Tarih | İniş Yer Ad | İniş Tarih | Rezervasyon No | Uyruk Açıklama |
|---|---|---|---|---|---|---|---|---|---|---|
| | T.C. | UR | ▆▆▆2007 00:00:00 | | İstanbul Airport | 02.03.2024 03:50:00 | Cairo International Airport | 02.03.2024 05:05:00 | UD42MU | Amerika Birleşik Devletleri |

YOLCU LİSTESİ



| Ad | İkinci Ad | Soyad | Dogum Tarihi | Kimlik No | Kalkis Yer Ad | Kalkis Tarih | Inis Yer Ad | Inis Tarih | Rezervasyon No | Uyruk Aciklama |
|---|---|---|---|---|---|---|---|---|---|---|
| EYLEM | | TOK | 1979 00:00:00 | | İstanbul Airport | 02.03.2024 03:50:00 | Cairo International Airport | 02.03.2024 05:05:00 | UD42MU | Turkiye |

(Ex - 14)



Aslı Gibişü
....../....../20.....
Meliko HEZENCİ
311276
Zabıt Katib



## FOTOĞRAF TEŞHİS TUTANAĞI

**TUTANAĞIN YAPILDIĞI YER** : Eyüpsultan Asayiş Büro Amirliği
**TUTANAĞIN TARİH VE SAATİ** : 12/03/2024 saat:20:30

### TEŞHİSE TABİ TUTULAN ŞÜPHELİ SSÇ:

**SSÇ    T.C.    (TC:** ▇▇▇▇▇ **)**



### TEŞHİSİN NEDEN YAPILDIĞINA DAİR ÖZET

01/03/2024 günü idaremiz Mithatpaşa Mahallesi Davutpaşa Caddesi üzerinde Eyüpsultan/İST sayılı adreste meydana gelen **"TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA"** olayı ile alakalı olarak tanık sıfatı ile ifadesi alınan **A.K.** isimli şahsa, ifadesinde kazaya karışmış olduğu aracı kullanan **T.C.** isimli şahıs olduğunu, kendisinin aracın sağ ön koltuğunda oturduğunu beyanlarına istinaden, **T.C.** isimli şahıs ile ilgili yapılan araştırmalarda şahsın yukarıda bulunan Pol-Net4 sistemi üzerinden elde edilen fotoğrafı **A.K.** isimli şahsa gösterilmiş;

**A.K.** isimli şahıs olay günü içinde bulunduğu ve kazaya karışan 34 EGG 06 plaka sayılı Porsche marka aracın ön sağ koltuğunda oturduğunu, aracın sol ön koltuğunda yani şoför tarafında aracın sürücüsü konumunda bulunan kişinin yukarıda fotoğrafı olan arkadaşım **T.C.** isimli şahıs olduğunu **KESİN** ve **NET** olarak **TEŞHİS ETMİŞ**, bahse konu kaza olayının viraja girerken **T.C.** ın yolun sağ kısmında bulunan atv tarzı araçlara çarpmamak için bir anda aracın direksiyon  sola doğru kırdığını, aracın atv araçlara çarptığını ve aracın sol tarafta bulunan su kanalına doğru çıktığını beyan etmiştir.

İş bu fotoğraf teşhis tutanağı tarafımızdan okunup okutulup doğruluğu anlaşıldıktan sonra imza altına alınmıştır. 12/03/2024 Saat:20:45

TEŞHİS İŞLEMİNİN SONUCU:
1- **TEŞHİS EDİLDİ**      ( X )
2- **TEŞHİS EDİLMEDİ**    (   )

| **TEŞHİSİ YAPTIRAN** | **TUTANAĞI YAZAN** | **TEŞHİSİ YAPAN** |
|---|---|---|
| 241625 | 377952 | **A.K.** |
| Polis Memuru | Polis Memuru | |

Aslı Gibidir
....../...../20.....
Melike HEZENCİ
511376
Zabıt Katibi

(EK-16)

### T.C.
### İSTANBUL
### 7. SULH CEZA HÂKİMLİĞİ

DEĞİŞİK İŞ KARAR

**DEĞİŞİK İŞ NO :** 2024/1958 D.İş

| | |
|---|---|
| **HAKİM** | : Şeyma KAFALI   220131 |
| **KATİP** | : Güldeniz AKGÜN 237581 |

İstanbul Cumhuriyet Başsavcılığının 07/03/2024 tarih ve 2024/56530 yakalama sayılı yazısı ile Taksirle Ölüme ve Yaralanmaya Neden Olma suçundan suça sürüklenen çocuk T.C. hakkında CMK'nun 248/5 ve 100 maddesi uyarınca  yakalama emri düzenlenmesini talep edilmiş olmakla,

Soruşturma dosya incelendi.

### GEREĞİ DÜŞÜNÜLDÜ :

Dosyanın incelenmesinde; suça sürüklenen çocuğun üzerine atılı suçu işlediğine dair kuvvetli suç şüphesinin varlığını gösteren somut olguların varlığı ile bir tutuklama nedeninin bulunduğu, Suça Sürüklenen Çocuğun kendisine çağrı yapılamadığı, tüm aramalara rağmen kendisine ulaşılamadığı, yapılan tahkikat neticesinde SSÇ'nin yurt dışına çıkış yaptığının tespit edildiği, SSÇ'nin annesi ve hakkında 2024/56578 sayılı soruşturma dosyası üzerinden soruşturma yürütülen Eylem Tok'un da Suçluyu Kayırma suçundan arandığı ve onun da yurt dışına SSÇ ile çıktığı hakkında kuvvetli suç şüphesinin varlığını gösteren olguların ve delillerin bulunduğu, hakkında atılı suçtan soruşturma yürütülen SSÇ'nin yurt dışında olduğu ve kendisine ulaşılamadığı anlaşıldığından ve bu suretle **SSÇ hakkında kırmızı bülten/iade talebi başlatılması düşünüldüğünden**, SSÇ'nin üzerine atılı suçun 5237 sayılı TCK'de yer alan yaptırımın miktarı, suçun üst sınırı ve SSÇ'nin suçu işlediğine dair dosya içerisinde yer alan kuvvetli suç şüphesini içerisi somut delillerin varlığı nazara alınarak, SSÇ hakkında 5271 sayılı CMK'nın 248/5'nci maddesi yollamasıyla 100'üncü maddesi uyarınca tutuklanmasına yönelik yakalama emri düzenlenmesine dair aşağıdaki şekilde karar verilmiştir.

### KARAR :  Yukarıda açıklanan gerekçeye istinaden;

1-Taksirle Ölüme ve Yaralanmaya Neden Olma suçundan suça sürüklenen çocuk T.C.  (TCKN⬛⬛⬛⬛) hakkında CMK. 248/5. ve 100. maddeleri uyarınca **TUTUKLAMAYA YÖNELİK YAKALAMA EMRİ DÜZENLENMESİNE,**

2-Suça sürüklenen çocuk yakalandığında, yakalama anından itibaren mümkünse 24 saat içerisinde İstanbul Cumhuriyet Başsavcılığı'nda hazır edilmesi, bu süre içinde hazır edilemeyecekse yakalandığı yer Cumhuriyet Başsavcılığı tarafından, **İFADESİNİN ALINMASI, SUÇA SÜRÜKLENEN Ç OCUĞUN TUTUKLANMAK ÜZERE SORGUYA SEVK EDİLMESİ DEĞERLENDİRİLECEGİNDEN BAŞTA SORUŞTURMA SAVCISI OLMAK ÜZERE İSTANBUL CUMHURİYET BAŞSAVCILIĞI İLE İRTİBATA GEÇİLMESİNE,**

*Yakalamanın bir an önce infaz edilebilmesi için yakalama emrinin ve yakalama emri üst yazısının İstanbul Cumhuriyet Başsavcılığı Yakalama Bürosu'na gönderilmesine,*

Dosyanın İstanbul Cumhuriyet Başsavcılığı'na **İADESİNE,**

Dair dosya üzerinden yapılan inceleme sonunda itirazı İstanbul 8. Sulh Ceza Hakimliğine kabil olmak üzere karar verildi.07/03/2024

Katip 237581

Hakim 220131



Aslı Gibidir
....../....../20......
Meliha HEZENCI
311275
Zabıt Katibi



**T.C.**
**İSTANBUL**
**7. SULH CEZA HÂKİMLİĞİ**

## YAKALAMA EMRİ

**Yakalama Emrini Veren Mahkeme** : İstanbul 7. Sulh Ceza Hâkimliği
**Değişik İş No** : 2024/1958 D.İş
**Cumhuriyet Başsavcılığı**
**Soruşturma Numarası** : 2024/56530

**Suça Sürüklenen Çocuğun:**
**T.C. Kimlik No** : ▮
**Adı Soyadı** :      T.C.
**Baba Adı** : Bülent
**Anne Adı** : Eylem
**Doğum Tarihi** : ▮2007
**Doğum Yeri** : EXETER/A.B.D.
**Nüfusa Kayıtlı Olduğu**
       **İli** : Kars
       **İlçesi** : Merkez
       **Mah/Köy** : Boğaz mah/köy
       **Cilt No** : ▮
       **Aile Sıra No** : ▮
       **Sıra No** : ▮
**Sanığa İsnat Edilen Fiili** : Taksirle Ölüme ve Yaralanmaya Neden Olma
**Suç Tarihi** : 01/03/2024
**Fiilin Kanunda Hükme**
**Bağlandığı Maddeler** : Türk Ceza Kanunu 85/2
**Yakalama Sebebi** : Kırmızı Bülten - Suça sürüklenen çocuk yakalandığında, yakalama anından itibaren mümkünse 24 saat içerisinde İstanbul Cumhuriyet Başsavcılığı'nda hazır edilmesi, bu süre içinde hazır edilemeyecekse yakalandığı yer Cumhuriyet Başsavcılığı tarafından, **İFADESİNİN ALINMASI, SUÇA SÜRÜKLENEN Ç OCUĞUN TUTUKLANMAK ÜZERE SORGUYA SEVK EDİLMESİ DEĞERLENDİRİLECEĞİNDEN BAŞTA SORUŞTURMA SAVCISI OLMAK ÜZERE İSTANBUL CUMHURİYET BAŞSAVCILIĞI İLE İRTİBATA GEÇİLMESİNE** Yönelik Yakalama yukarıda yazılı sebeplerden dolayı şüphelinin yakalanmasına karar verilmiştir. 07.03.2024

Katip 237581                                   Hakim 220131



Aslı Gibidir
..../..../20.....
Melike HEZ▮NCİ
31127▮
Zabıt Katibi



| NÜFUS KAYIT ÖRNEĞİ | | | | İLİ Kars | | İLÇESİ Kars Merkez | | | MAHALLESİ/KÖYÜ BOĞAZ | | CİLT NO ▮ | HANE NO ▮ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SIRA | BSN | C | YAKINLIK | T.C. NO | ADI | SOYADI | BABA ADI | ANA ADI | DOĞUM YERİ VE TARİHİ | MED.HALİ VE DİNİ | TESCİL TARİHİ | OLAYLAR VE TARİHLER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | | E | Kendisi | ▮ | T.C. | | BÜLENT | EYLEM | EXETER/A.B. D. ▮2007 | Bekar Bilinmeyen | ▮/2007 | Ölüm: SAĞ Evlenme: ----- Boşanma: ----- |

| KİŞİLERİN OLAYLARI | | |
|---|---|---|
| BSN | ADI | DÜŞÜNCELER |
| ▮ | T.C. | Dogum |
| ▮ | T.C. | Velayet 25/04/2011: MUDANYA 2 NO'LU ASLİYE HUKUK MAHKEMESİ 2011/132 ESAS NO, 2011/139 KARAR NO, 12.04.2011 KESİNLEŞME TARİHLİ KARARINA GÖRE, BURSA - MUDANYA İLÇESİ TARAFINDAN 2011/113 NO İLE TESCİL EDİLMİŞTİR. VELAYETİ ▮ KİMLİK NUMARALI EYLEM CİHANTİMUR ADLI ANNESİNE VERİLMİŞTİR. |

İLGİLİ KİŞİNİN YERLEŞİM YERİ

▮ İSTANBUL

| AÇIKLAMALAR: . KİŞİ VEYA KİŞİLERİN KAYDI KÜTÜĞE UYGUNDUR. . İŞBU NÜFUS KAYIT ÖRNEĞİ ŞİŞLİ Çocuk Suçları Soruşturma Bürosu'NE İBRAZ EDİLMEK ÜZERE ÜZENLENMİŞ OLUP BAŞKA AMAÇLA ▮ULLANILAMAZ. | BU RAPOR 13/03/2024  10:10 TARİHİNDE ELEKRONİK ORTAMDA MERNİSTEN ALINMIŞTIR. DÜZENLEYEN SRSSAVCI - 199136 |
|---|---|

