# Exhibit C



# REPUBLIC OF TÜRKİYE

## İSTANBUL CHIEF PUBLIC PROSECUTOR'S OFFICE

**19/03/2024**

## TO THE COMPETENT JUDICIAL AUTHORITY OF THE UNITED STATES OF AMERICA

### JUVENILE PUSHED TO THE CRIME WHOSE EXTRADITION IS SOUGHT:

| | |
|---|---|
| **Name / Surname** | T.C. |
| **Republic of Türkiye ID. Number** | : ▮▮▮▮▮ |
| **Name of Mother / Father** | : Eylem / Bülent |
| **Date / Place of Birth** | : ▮▮/2007 – EXETER / USA |
| **Nationality** | : Republic of Türkiye |
| **Sex** | : Male |
| **Last known address** | : United States of America |

### INFORMATION IN RELATION TO THE OFFENCE

| | |
|---|---|
| **Offence** | : Causing Reckless Killing and Injury |
| **Date and Time of the Offence** | : 01/03/2024, 23:20 |
| **Place of the Offence** | : İstanbul |
| **Relevant Criminal Provisions No.5237** | : Articles 85/2 and 31/3 of the Criminal Code of Türkiye |

**Reckless killing**

**Article 85**

(1) Any person who causes the death of another by reckless conduct shall be sentenced to a penalty of imprisonment for a term of two to six years.

(2) If the act results in the death of more than one person, or the injury of one or more persons together with death of one or more persons, the offender shall be sentenced to a penalty of imprisonment for a term of two to fifteen years.

**Minors**

**Article 31**

(1) Minors who are under the age of twelve at the time of an offence are exempt from criminal responsibility. While such minors cannot be prosecuted, security measures specific to minors may be imposed.

(2) Where a minor is older than twelve but younger than fifteen years at the time of an offence, and he is either incapable of appreciating the legal meaning and consequences of his act or his

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) ▮▮▮▮▮▮▮ 

capability to control his behavior is underdeveloped, then he shall be exempt from criminal responsibility. However, such minors may be subject to security measures specific to minors. Where the minor has the capability to comprehend the legal meaning and result of the act and to control his behaviors in respective of his act, for offences requiring a penalty of aggravated life imprisonment, a term of twelve to fifteen years of imprisonment shall be imposed and for offences that require a penalty of life imprisonment, a term of nine to eleven years imprisonment shall be imposed. Otherwise, the penalty to be imposed shall be reduced by one-half, and in such cases, the penalty for each act shall not exceed seven years.

(3) Where a minor is older than fifteen but younger than eighteen years at the time of the offence, then for offences that require a penalty of aggravated life imprisonment, a term of eighteen to twenty-four years of imprisonment shall be imposed and for offences that require a penalty of life imprisonment twelve to fifteen years of imprisonment shall be imposed. Otherwise, the penalty to be imposed shall be reduced by one-third, and in such cases, the penalty for each act shall not exceed twelve years.

### FACTS AND EVIDENCE REGARDING THE COMMISSION OF THE OFFENCE:

Pursuant to Article 3 of the Child Protection Law No.5395, the term "Juvenile Pushed to the Crime" is used for the individuals under the age of 18, in relation to whom an investigation or prosecution is conducted for allegedly committing an act, defined as an offence by the Laws. Therefore, the term "Juvenile Pushed to the Crime" is also used for       T.C. (Hereinafter referred to as      T.C.     in the investigation, carried out by our Chief Public Prosecutor's Office.

Around 23:20 on 01/03/2024,      T.C.     took corner on extreme high-speed by Porsche Taycan 4S, plate numbered 34 EGG 06, which he drove, and skidded the vehicle. He hit      O.M.A. ,       S.K.     ,      I.G.            H.T.     and       T.A.    , who were stopped at the side of the road as their vehicles broke down, and an accident occurred.

Due to the accident,      O.M.A.     died and other individuals were injured. While      T.C. was driving the car, his friend      A.K.     sat on the front right passenger seat. Similarly, his friends     A.A.    and      B.A.     sat on the rear seats.

After the accident,      T.C.     left the place of the incident without reporting it to the law enforcement or health units. To prevent legal procedure to be carried out against him, he firstly escaped to Egypt with his mother, Eylem Tok, then escaped to the United States of America.

Following the examination, conducted by the Public Prosecutor and expert doctor on the body of the deceased      O.M.A.     on 02/03/2024, it was detected that there were intense blood tissue and fractured bone tissue on his left foot. Intense bleeding from his nose area was detected. Scratches and ecchymosis, arising from the impact, were detected on his left hip, left shoulder and right rib. According to the report, there is no finding regarding an injury on the body from a firearm or a sharp or pointy object. Following the post-mortem examination, it was reached to the conclusion that the individual died to the internal bleeding arising from the impact, he had due to the accident. A decision for autopsy was rendered to determine the certain cause of death and a detailed report is expected.

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) 

According to the statement of **T.A.**, who was injured due to the incident, he stated "…I do not remember anything regarding the moment of the incident and after the incident. There is no information, I can provide right now.". **(ANNEX:1)**

In the forensic examination report of **T.A.**, it was detected that the injury could not be cured by a simple medical treatment and it was so grave that it could endanger his life.

According to the statement of **I.G.**, who was injured due to the incident, he stated "We, total of 5 individuals, wandered in the forest by ATVs (All-terrain vehicle). The ATV, that **S.K.** rode, broke down. After getting out of our vehicles, we started to help him. We took measure by turning on the lights of the vehicles. We turned one of the ATVs to the entrance of the road and turned on its light. 2-3 vehicles passed us. Then I saw a vehicle, approaching fast. I remember the brand of the vehicle was Porsche. This vehicle hit us. We were dispersed due to the impact of the collision. I flew to the side of the road. **H.T.** lied beside me. I lost my cell phone in the place of the incident…". **(ANNEX:2)**

In the forensic examination report of **I.G.**, it was detected that his injury was at a level, that could not be cured by a simple medical treatment.

According to the statement of **S.K.** who injured due to the incident, he stated "…I was the only one on my vehicle. **O.M.A.** and **T.A.** were on the same vehicle. **H.T.** and **I.G.** were on the same vehicle as well. We, total of 5 individuals, wandered in the forest by ATVs. The vehicle, I rode, broke down. We pulled over. We turned the hazard lights of the other four vehicles, which did not have any malfunction. We turned one of the ATVs to the entrance of the road and turned on its light. While fixing my vehicle, other vehicles passed us. There was a corner 80-100 meters away from where we were. While we were fixing, a Porsche, approaching fast, hit us. I rolled over to the hill at the side of me due to the impact of the collision. I passed out due to the impact of the fall. When I regained consciousness, I was lying under a tree. I stood up and helped my friends. **O.M.A.** rolled over to the hill just like me. I and an individual, passing by, tried to help. **I.G.** was in a state of shock. **T.A.** was suffering a lot. **H.T.** was not conscious.". **(ANNEX:3)**

In the forensic examination report of **S.K.** it was detected that his injury was at a level, that could be cured by a simple medical treatment. (The term simple medical treatment means the incidents, that could be handled by an ambulatory treatment.)

According to the statement of **H.T.** who was injured due to the incident, he stated "…My friends, whom I do not remember exactly, arrived by their ATVs. I remember while wandering in the forest together, one the vehicles broke down. Upon that, we stopped with my other friends to help. I do not remember afterwards. The only thing that I remember was outcries. When I opened my eyes, I was at the hospital. I do not remember the incident what so ever.". **(ANNEX:4)**

In the forensic examination report of **H.T.**, it was detected that his injury was at a level, that could be cured by a simple medical treatment.

In the report, prepared by the Forensic Traffic Expert, dated 07.03.2024, the following were stated. The weather was clear. The road was dry and bendy. The speed limit of the road was 30

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) 

kilometers per hour.    T.C.    violated the rules, stipulated under Articles 52/1-b, 84-d and 81-d of the Law No.2918 on Road Traffic, and therefore he was the primary negligent party. **(ANNEX:5)**

It is stipulated under Article 52/1-b of the Law No.2918 on Road Traffic that "The drivers shall be obliged to adjust their speed in accordance with the conditions as necessitated by the load and technical specs of the vehicle, they are driving, sight, road, weather and traffic.".

It is stipulated under Article 84-d of the Law No.2918 on Road Traffic that "The drivers shall be considered as the primary negligent party in cases of rear-end collisions.".

It is stipulated under Article 81-d of the Law No.2918 on Road Traffic that "Those, who are involved in an accident, shall be obliged to inform the competent officers in charge of the accident and to not to leave the place of the accident until the officers arrive or they permit them to leave.". The photos of the place of the accident are enclosed. **(ANNEX:6)**

Prior to the incident,    T.C.    and his friends wandered by the vehicle for a while. In the statements, taken, and accident report, there were no statements or detections regarding the fact that the vehicle had a malfunction during this period.

The following were stated in the expert report, prepared by a Mechanical Engineer on 15/03/2024. The vehicle, Porsche Taycan 4S, which    T.C.    drove, is considered as a high-performance sports car. It reaches 100km/h in 2.8 seconds and its top speed is 250km/h. It is one of the fastest electric cars. At the time of the accident, the vehicle had no technical malfunction. **(ANNEX:7)**

Pursuant to Article 76 of the Regulation on Road Traffic, one should be at the age of 18 to be able to get a driver's license.    T.C.    detected to be 16 years old on the date of the offence, did not have permission to drive.

In relation to the occurrence of the accident, the friends of    T.C.    who are the witnesses of the accident, had similar statements as the expert report and stated that the accident occurred due to high-speed.

In his statement,    A.K.    , who was on the right passenger seat of    T.C.    's vehicle, stated "…After passing the speed-bump,    T.C.    accelerated. He saw some objects at the right side of the road and suddenly steered towards left to not to hit those objects. The car started to skid. The right side of the car, where I was, suddenly hit ATVs. After the collision, the car, in which we sat, mounted the hill, located at the left side.". **(ANNEX:8)**

In his statement,    B.A.    who sat on the rear seat of    T.C.    s vehicle, stated "…    T.C.    suddenly started to drive fast. Even though we told him not to do that and to slow down, he did not listen to us. We fastened our seatbelts in case. There was a corner in front of us. However,    T.C.    took the corner on high speed. While taking the corner, we saw there were ATVs on our way. After seeing these vehicles,    T.C.    suddenly steered towards left but the vehicle started to skid. Suddenly our vehicle mounted the hill, located at the left. The airbags of the vehicle were deployed…". **(ANNEX:9)**

In his statement,    A.A.    who sat on the rear seat of    T.C.    vehicle, stated "I sat on the rear left side of the vehicle.    T.C.    was constantly driving fast and taking corners hard. As

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.
The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) 

we are not that close with him, we only told him to slow down. Again, T.C. took the corner in front of us hard. There were ATVs in front of our way. The car skidded and its right side hit the ATVs. The vehicle, in which we sat, mounted the hill at the left side. We all got out of the vehicle. T.C. said somethings like "my life is over.".". **(ANNEX:10)**

In his statement, D.O.O. who followed T.C. vehicle from behind, stated "…While following T.C. he increased the speed of his vehicle a lot. There was a corner in front of us and T.C. took it on high-speed. I stayed at the same speed and did not accelerate. I saw T.C. s vehicle for 4-5 seconds then it disappeared. When I took the corner, T.C. vehicle lost its control and entered the water-channel. I immediately stopped my vehicle. I saw two injured males, who were lying at the side of the road…". **(ANNEX:11)**

In their statements, A.K. A.A. and B.A. who were the passengers in the same vehicle, stated that T.C. was the driver of the vehicle, plate numbered 34 EGG 06. Moreover, it was detected from the camera footage of Shell gas station, where they went before the incident, that T.C. sat on the driver's seat of the vehicle, plate numbered 34 EGG 06. The photograph and law enforcement record regarding that moment are enclosed. **(ANNEX:12)**

It was understood that the individuals, whose statements were taken, did not state that T.C. was intoxicated. Furthermore, no alcohol bottle was found following the examination conducted in the vehicle and the place of the incident. Tests regarding the alcohol or drug usage of the perpetrator could not be conducted as he escaped the place of the incident immediately after the incident and subsequently fled the country. The photograph, taken in the airport, regarding the fact that the individual escaped from Türkiye around 3 hours after the incident and flight information regarding the fact that they went to Egypt are enclosed. **(ANNEX:13)**

When the statements of D.O.O. the driver of the vehicle license plate numbered 34 BOD 377, who was driving behind T.C. 's vehicle, and his friends A.K. B.A. and A.A. who were in the vehicle driven by T.C. the photographs of the incident scene and the expertise reports of which details are explained above are evaluated together, it has been concluded that the accident occurred as a consequence that T.C. exceeded the speed limit and could not take the bend he entered, and thereby skidding the vehicle and crashing the persons standing still on the right side of the road.

For these reasons, it has been understood that T.C. who did not receive a driver's license to drive a motor vehicle, caused the death of one person and the injury of others by crashing the standing persons from behind as a result of his violation of the duty of care and attention required by the traffic order; it has been determined that he left the incident scene following the accident without reporting the incident to the law enforcement or health units, and fled first to Egypt and then to the United States of America in order to prevent a judicial process from being carried out against him. The photographs of T.C. taken currently in New York together with his mother are attached. **(ANNEX: 14)** cation report with photograph indicating that T.C. was the driver of the vehicle that caused the occurrence of the accident is attached. **(ANNEX: 15)**

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.
The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert 

**ACTIONS TAKEN DURING THE INVESTIGATION PROCESS**

An arrest warrant was issued for the Juvenile Pushed to Crime with the decision dated 07/03/2024 and miscellaneous numbered 2024/1958 of Istanbul 7th Criminal Judgeship of Peace **(ANNEX: 16)**.

**STATUTE OF LIMITATIONS:**

Pursuant to paragraph 1 -d of Article 66 and paragraph 2 of Article 66 of the Turkish Criminal Code No. 5237, the statute of limitations for the offence imputed on the Juvenile Pushed to Crime, who has completed the age of 16 on the date of the offence, is 10 years. A copy of the Civil Registration of the Juvenile Pushed to Crime is attached. **(ANNEX: 17)**
Considering the date of offence and the existing reasons that interrupt the statute of limitations, it has been understood that the case against the Juvenile Pushed to Crime will expire on 01/03/2034.

*Statute of limitations pertaining to criminal proceedings*

*Article 66*

*(1) Unless otherwise provided by the law, a public case shall be discontinued upon the lapse of:*

*a) thirty years for offences requiring a penalty of aggravated life imprisonment;*

*b) twenty-five years for offences requiring a penalty of life imprisonment;*

*c) twenty years for offences requiring a penalty of imprisonment for a term of not less than twenty years;*

*d) fifteen years for offences requiring a penalty of imprisonment for a term of more than five years and less than twenty years;*

*e) eight years for offences requiring a penalty of imprisonment for a term of not more than five years or a judicial fine.*

*(2) Public case shall be discontinued against those who were between the ages of twelve and fifteen at the time when the offence was committed if half of the above periods are exceeded; and it shall be discontinued against those who were between the ages of fifteen and eighteen at the time when the offence was committed if two-thirds of these periods are exceeded.*

*(3) In determining the limitation periods, qualified version of the offence requiring a higher penalty shall be taken into account on the basis of available evidence in the file.*

*(4) In determining the periods specified in the above paragraphs, the maximum limit of the penalty available for a particular offence, as stated in the law, shall be taken into account. In offences where there is an alternative penalty, the penalty of imprisonment is taken as the basis with regard to the statute of limitations.*

*(5) (Amended on 29/06/2005 by Law No. 5377 Art. 8) In the case of a retrial for the same act, the limitation period for that particular act starts again from the date on which the court accepts the application for the retrial.*

*(6) For complete offences, the limitation period shall begin on the day when the offence was*

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.
The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

*committed; for attempted offences, on the day when the last act was conducted; for continuous offences, on the day when the continuing act ended; for successive offences, on the commission date of the last offence and for offences committed against children by their direct-ascendants or persons who have influence upon them, the limitation period shall begin on the day when the child turns eighteen years of age.*

*(7) There shall be no statute of limitations for offences regulated under Chapter IV, Volume II of this Code, which are committed abroad and require penalties of aggravated life imprisonment, life imprisonment or imprisonment for a term of more than ten years.*

## CONVENTIONS CONSTITUTING BASIS FOR THE MUTUAL ASSISTANCE REQUEST:

Treaty on Extradition and Mutual Assistance in Criminal Matters between the United States of America and the Republic of Türkiye

## GUARANTEES:

The offense imputed on the juvenile pushed to crime does not have any political or military nature.

The juvenile pushed to crime has all legal rights set forth in our national law and in international conventions to which the Republic of Türkiye stands as a party.

Türkiye is party to European Convention on Human Rights. Türkiye has further accepted personal application against her pursuant to the Article 34 of the Convention. Within this scope, the juvenile pushed to crime has the right to apply European Court of Human Rights against the final decisions which shall be rendered.

Following the completion of extradition procedure, if it is uncovered that another offense which falls under the jurisdiction of Turkish Judiciary was committed before the date of extradition, a request of consent shall be delivered to the competent authorities of your country in order for the juvenile pushed to crime to be tried for this offense pursuant to "Specialty Rule".

If your competent authorities do not give consent, the juvenile pushed to crime shall not be tried for any offense other than the one which is subjected to the extradition procedure.

## CONCLUSION:

An investigation is conducted by our Chief Public Prosecutor's Office for the offence of Reckless Killing and Reckless Injury allegedly committed by        T.C.    a juvenile pushed to crime. I hereby request that the juvenile pushed to crime, who is reported to be in your country, be extradited to Türkiye so that the investigation against him can be concluded.

If you need additional information or documents for the extradition decision, please provide us with a reasonable time, including for translation, to convey them to you.

I hereby would like to take this occasion to present my highest regards and thank you in advance for your cooperation.

YUNUS TANIŞMAN -199136
Public Prosecutor
*//sealed- signed//*

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**ANNEX-1**

## THE STATEMENT RECORD OF THE COMPLAINANT

### (Article 234 of Criminal Procedure Code)

Record Drafted at          : Prof. Dr. Cemil Taşçıoğlu Hospital
Name of the Incident     :
Incident/Document Year-No :

### CLEAR IDENTITY OF THE INFORMATION GIVER

Type of the Identity Card – Serial No.    :

Republic of Turkey ID No.    :

Name and Surname    :   T.A.

Father's and Mother's Name    : Hüseyin - Saadet

Place and Date of Birth    :

Volume – Family Serial – Serial No    :

Place of Registry    :

Registered Province/District/Quarter-Village:

Residence Address    :

Occupation, monthly income    :

Business Address    :

E-mail address    :

Telephone(home-work-mobile-contact)    :           (his father)

Education    :

Marital Status – Sex    :

### LEGAL RIGHTS OF THE PERSON

The following legal rights has been reminded and explained:

During the investigation phase: 1. A motion for evidence to be collected; 2. In cases where it would not jeopardize the secrecy and aim of the investigation, to demand from the public prosecutor copies of documents; 3. In cases of sexual assault and in crimes that require imprisonment of five years at the lower level and less, if he has no representative, to demand the appointment of a lawyer on his behalf by the Bar Association; 4. Provided it complies with

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert 

the Article 153 of Turkish Criminal Procedure Code, ask his representative to review the documents of investigation and items that have been seized and taken under protection, 5. To exercise his right of challenge against the decision of the public prosecutor to not to prosecute in accordance with the procedure laid down in the Code.

During the prosecution phase: 1. To be notified about the court hearing, 2. The right to participate in the public lawsuit, 3. To demand copies from the records and documents, 4. To demand the witnesses to be summoned, 5. In cases of sexual assault and in crimes that require imprisonment of five years at the lower level and less, if he has no representative, to demand the appointment of a lawyer on his behalf by the Bar Association, 6. Provided that having participated in the lawsuit, to apply legal remedies against the decisions that conclude the lawsuit.

"The foregoing information are true and provided by me. I have read and understood my legal rights prescribed by the Criminal Procedure Code No.5271. I would like to give my statement on my free will regarding the questions asked to me. I do not demand a lawyer for me." he said, and then, it has proceeded by taking his statement.

- Tell us what you know about the incident;

+ I don't remember anything before, during and after the incident, I think this is probably due to the effect of the accident. I don't have any information that I can provide at the moment, if I remember anything I will deliver an additional statement, that's all I have to say for now.

The procedures prescribed in the Article 234 of Criminal Procedure Code were fulfilled. Upon the affiant stated that he did not have anything more to say, this record hereby has been made to be read and understood by him, and drawn up and undersigned by us. 02.03.2024

| Statement Taken By | Statement Written By | Counsel | Affiant |
|---|---|---|---|
| //signed// | //signed// | //signed//<br>Not Requested | //signed//<br>T.A. |
| Police Official<br>427483 | Police Officer<br>464537 | | |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert) 

(ANNEX-2)

## STATEMENT RECORD OF THE COMPLAINANT

### (Article 234 of the Criminal Procedure Code)

Record Drafted At        : Eyüpsultan District Police Directorate, Public Order Bureau

Name of the Incident      : RECKLESS KILLING

Incident/Document Year-No. : 2024/223

### CLEAR IDENTITY OF THE INFORMATION GIVER

Type - Serial No. of the ID          : Republic of Türkiye Identity Card

Republic of Türkiye ID No.         :

Name and Surname               :    **I.G.**

Father's and Mother's Name      : Murat - Jale

Place and Date of Birth            : Sarıyer - ▮.2023

Volume – Family Serial – Serial No.   :

Registered Province/Neighborhood-Village: İstanbul - Sarıyer - Gümüşdere

Residence Address             :
                                            / İSTANBUL

Occupation and Monthly Income   : Electronics Technician - Not stated

Business Address               : ------

E-mail address                 : ------

Telephone (home-work-mobile-contact)  : +

Education                      : High School or Its Equivalent

Marital Status - Sex            : Single - Male

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)

## LEGAL RIGHTS OF THE PERSON

The person has been reminded and explained about the following rights:

a) During the investigation phase: 1. A motion for evidence to be collected, 2. In cases where it would not jeopardize the secrecy and aim of the investigation, to demand from the public prosecutor copies of documents, 3. In cases of sexual assault and in crimes that carry imprisonment of five years at the lower level and less, if he has no representative, to demand the appointment of a lawyer on his behalf by the Bar Association, 4. In cases where it is in accordance with Article 153, ask his representative to review the documents of investigation and items that have been seized and taken under protection, 5. To utilize his right of opposition against the decision of the public prosecutor to not prosecute as laid down in the Code.

b) During the prosecution phase: 1. To be notified about the main trial, 2. The right to intervene in the public claim; 3. To demand copies from the records and documents via his representative, 4. To demand the witnesses to be summoned, 5. In cases of sexual assault and in crimes that carry imprisonment of five years at the lower level and less, if he has no representative, to demand the appointment of a lawyer on his behalf by the Bar Association, 6. Under the condition to have taken the position of intervening party in the lawsuit, to attack the decisions that end the lawsuit by legal remedies.

The complainant stated that "Aforementioned identity information are true and belong to me. I have read and understood my legal rights prescribed in the Criminal Procedure Code No. 5271. I would like to give my statement on my free will regarding the questions asked to me." Then his statement has started.

"I still reside at the address " ███████████ / İSTANBUL" that I mentioned above. Yesterday, on 01.03.2024, I was traveling with my friend H.T. on an ATV type vehicle. Apart from H.T. O.M.A. S.K. T.A. were with us. In total five of us traveled in the forest with 3 ATV type motorcycles. Then we were going towards the Kurt Kemeri Çiftalan road after refueling. As we were driving on the road, the ATV vehicle driven by S.K. broke down. So we got out of our vehicles and started to help him. The place where the vehicle broke down was close to the curve. We ourselves pushed the ATV and pulled it to a suitable area. We took precautions by turning on the hazard lights of the ATVs. We turned one of the ATVs towards the direction of arrival, turned on the headlights and made sure that the vehicles coming saw us. Two or three vehicles passed by us and drove off. Then I saw a vehicle coming at high speed. I remember that it was a Porsche. I did not see the license plate number or the driver. This vehicle hit us. It ran over us. We were thrown away as a result of the impact. I was thrown to the side of the road. When I recovered myself, H.T. was lying next to me. I wanted to sit up a little. They wanted to put me back down. When I recovered myself, I saw a Volvo vehicle at the scene. As I lost consciousness again and closed my eyes, this Volvo vehicle left the scene. Then the ambulances took us to the hospital. This is what I experienced and remember about the incident. My cell phone was also lost at the scene. Regarding this issue, I am a COMPLAINANT against the person or persons who hit me with their vehicle and caused me

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) ████████

to be injured and I would like to be a PLAINTIFF. At this stage, there is nothing else I would like to add to my statement."

The procedures prescribed in Article 234 of the Criminal Procedure Code were fulfilled. Upon the affiant stated that he did not have anything more to say, this record hereby has been made to be read and understood by those present, and drawn up and undersigned by the parties. 02.03.2024 – 15.25

| STATEMENT TAKEN BY | STATEMENT WRITTEN BY | COUNSEL | AFFIANT |
|---|---|---|---|
| ERKAN GÜL | HASAN ÇELİK | Not Requested | I.G. |
| Police Officer | Police Officer | | |
| //signed// | //signed// | | //signed// |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**(ANNEX-3)**

## COMPLAINANT STATEMENT RECORD
### (Article 234 of the Criminal Procedure Code)

Place of Record : Eyüpsultan District Police Directorate, Public Order Bureau
Incident : RECKLESS KILLING
Year-Number of the Incident/Document : 2024/223

### CLEAR IDENTITY OF THE INFORMATION GIVER

Type-Serial No. of the ID : Driver's License
Republic of Türkiye ID No :
Name and Surname : S.K.
Father's and Mother's Name : Yüksel - Derya
Place and Date of Birth : Beşiktaş – ████ -2001
Volume-Family Serial-Serial No :
Registered Province-Neighborhood/Village : İstanbul-Sarıyer-Gümüşdere
Residence Address :
                       ████████████ İstanbul
Occupation and Monthly Income : Electronics Technician-Not specified
Workplace Address : ---
Electronic Mail Address : ---
Telephone (home-work-mobile-contact) : -
Education : Higher Education for 2 Years
Marital Status-Sex : Single-Male

### LEGAL RIGHTS OF THE PERSON

His legal rights concerning the following was reminded and explained:

He has the following rights during the investigation phase: (1) to request collection of evidence; (2) to request copy of documents from the Public Prosecutor provided that the secrecy and the purpose of the investigation is not disrupted; (3) to request the assignment of a lawyer from the bar association if he does not have an attorney for the offence of sexual assault and offences which are punishable by at least five years of imprisonment; (4) to examine, via an attorney, the investigation documents and items seized and secured provided that Article 153 of the Criminal Procedure Code is complied with; (5) to object, in accordance with the procedure laid down in the law, to the decision of non-prosecution rendered by the Public Prosecutor.

He has the following rights during the prosecution phase: (1) to be informed of the hearings; (2) to be an intervener in the criminal case; (3) to request copies of records and documents; (4) to request the summoning of witnesses; (5) to request the assignment of a lawyer from the bar association if he does not have an attorney for the offence of sexual assault and offences which are punishable by at least five years of imprisonment; (6) to appeal against the decisions concluding the case provided that he became an intervener in the case.

He said: "The abovementioned information belongs to me and is correct. I have read and understood my legal rights defined in the Criminal Procedure Code No. 5271. I would like to give my statement freely concerning the questions asked to me." His statement was taken.

He SADI: I still reside in the address of ████████ ████████ İstanbul, which I specified. Yesterday, in other words on 01.03.2024 at about 22.00, I went to a trip with my vehicle which is called as ATV. Together with me, there are my friends **T.A., H.T., I.G., O.M.A.** We were making a trip with a total of 3 ATV vehicles as 5 people. There were no other people in my vehicle other than me. **O.M.A.** and **T.A.** were on the same vehicle. In the other vehicle, there were **H.T.** and **I.G.** We made a trip in the forest for some time. Then, we got gas from Göktürk Total gas station. We went on with the road to

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.
The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) ████████

Çiftalan. After some time, the ATV vehicle that I was driving broke down. Upon this, I waited near the road. Other friends of mine stopped to help me. We parked the vehicles near the road. The other two vehicles which did not break down lighted their hazard warning flashers so that other vehicles could notice us. Since we thought that the hazard warning flashers would not be enough as the forest was too dark, we parked one of the ATV vehicles front side facing the road in the opposite direction with the headlights on to illuminate the road. While we were dealing with the repair of my vehicle, other vehicles on the road were realizing us and going past. There was a curve 80-100 meters behind the place where we were. While we were dealing with the repair, a vehicle which was Porsche branded and whose license plate and driver I could not see hit us with a speed. With the impact of the hit, I got injured by falling from a cliff of about 6-7 meters' high which was located near the place where we were. I fainted with the impact of the fall. When I recovered myself, I was lying at the bottom of the trees. I got up from my place and help my injured friends.       H.T.       was not conscious.       I.G.       was in a shock.       T.A.       was in a lot of pain.       O.M.A.       also fell from the cliff just like me. Together with a person passing from the road whom I do not know, we tried to help him. Then, we went to the hospital with the ambulance. This is my experience with the incident. As far as I learned later on, the driver of the vehicle that hit us fled from the scene. I am a COMPLAINANT against the person and persons who hit me with his vehicle and caused my injury and I would like to be a PLAINTIFF. There are no other matters that I would like to add to my statement in this stage.

    Matters laid down in Article 234 of the Criminal Procedure Code were satisfied. When the statement owner stated that he did not have anything to add to his statement, this statement record was drawn up and read by the persons present. After its correctness was understood, the parties signed this record. 02.03.2024 15.05

STATEMENT TAKEN BY    STATEMENT WRITTEN BY ATTORNEY   STATEMENT GIVEN BY
    ERKAN GÜL                 HASAN ÇELİK        Not Requested        S.K.
    Police Officer             Police Officer

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

(ANNEX - 4)

## RECORD of COMPLAINANT'S STATEMENT
### (Criminal Procedure Code, Article 234)

| | |
|---|---|
| Place of record: | Eyüpsultan District Police Directorate, Public Order Bureau |
| Incident/Document Year & Number: | 2024/ |

### INFORMATION ABOUT THE INFORMATION GIVER

| | |
|---|---|
| ID Type and Serial No.: | Driving License |
| Republic of Türkiye ID No.: | ███████ |
| Name and Surname: | H.T. |
| Father's and Mother's names: | Ercan - Kıymet |
| Place and Date of Birth: | Sariyer/Istanbul – ███.2001 |
| Volume-Household No-Ind. No.: | - |
| Place of Birth Registration: | Istanbul, Sariyer, Gümüşhane |
| Residence Address: | ████████████████████/Istanbul |
| Occupation and Monthly Income: | Private Driver |
| Workplace address: | - |
| e-mail: | - |
| Telephone: | ███████ |
| Education: | College |
| Marital Status, Gender: | Single, Male |

### LEGAL RIGHTS OF THE PERSON

The interrogated person is explained his legal rights

A) As a suspect: (1) Has the right not to make a statement about the alleged crime, that is, to remain silent. (2) You must answer questions about your personality correctly. Failure to provide information about your identity or providing false information will be considered an offense. (3) You have the right to hire an attorney. Your lawyer may be present during the deposition. (4) If you are unable to hire a lawyer, you can obtain legal assistance from a lawyer appointed by the Bar Association. You have the right to meet and speak with a lawyer. (5) You can ask for specific evidence to clear your doubts. You have the right to rebut evidence against you and present evidence in your favor.

B) As a complainant: a) During the investigation phase: 1. To request the collection of evidence. 2. Request a copy of the document from the prosecutor, provided that this does not violate confidentiality and the purpose of the investigation. 3. (Modified: 24/7/2008-5793/40 art.) In the absence of a lawyer, request a lawyer to be appointed by the bar in cases of sexual assault and crimes requiring imprisonment for more than five years. 4. Inspect investigation documents and confiscated and stored goods through a representative in accordance with Article 4.153. 5. Exercise the right to appeal the prosecutor's decision that there are no grounds for criminal prosecution in the manner prescribed by law.

b) at the stage of prosecution: 1. The right to receive information about the hearing. 2. To participate in public trials. 3. Request a sample from the protocol and documents. 4. Request to call witnesses. 5. (Modified: 24/7/2008-5793/40, Art.). In the absence of a lawyer, request that the Bar

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) ███████ 

appoint a lawyer for cases of sexual assault and crimes requiring a prison sentence of more than five years. 6. Appeal the verdict, provided that he took part in the proceedings.

"The above ID information belongs to me and is true and correct. I have read, understand my legal rights, described in The Code of Criminal Procedure, Law No.5271. I want to give my statement at my own free will and to respond to the questions. I do not want a lawyer."

"Yesterday, on 01.03.2024, as far as I can recall, at about 21:00 or 21:30 hrs, I went out for a ride with my vehicle ATV, with plate number 34 DDJ 284. I went about boulevard "Davutpaşa".   I.  was accompanying me… Then we saw two  ATV vehicles that  had a breakdown on the side of the road, so we pulled over to help.  I do not remember what happened afterwards. I only remember cries and shouts. When I opened my eyes, I found myself in the hospital. I cannot recall the accident in any way. As I learned later on, a car has hit us. I do not remember the vehicle that hit us. I want to file a complaint against the diver of that vehicle and to participate in the trial. At the present I have nothing to add to my statement.

The requirements of the Criminal Procedure Code, Section 2334 were met, the record was read aloud and signed by the person giving the statement and those present, on 02.03.2024.

| STATEMENT TAKEN BY 471109 (Signed) | STATEMENT WRITTEN BY 276231 (Signed) | ATTORNEY Not Requested (Signed) | STATEMENT GIVEN BY H.T. (Signed) |
|---|---|---|---|

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.
The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**ANNEX-5**

## REPUBLIC OF TÜRKİYE

## İSTANBUL

## CHIEF PUBLIC PROSECUTOR'S OFFICE

## EXPERT REPORT

| | |
|---|---|
| **FILE NUMBER** | : **2024/56530** (Investigation Bureau for Juvenile Crimes) |
| **Deceased** | : O.M.A. |
| **Juvenile Pushed to Crime (Fugitive)**: | T.C. |
| **Complainant** | S.K. |
| **Complainant** | : I.G. |
| **Complainant** | : H.T. |
| **Complainant** | : T.A. |
| **Informant** | : A.K. |
| **Informant** | : A.A. |
| **Informant** | : B.A. |
| **Informant** | : Y.E.A. |
| **Informant** | : P.T.E. |
| **Informant** | : M.E.Y. |
| **Informant** | : Z.H.D. |
| **Informant** | : K.A. |
| **Charged Offense** | : **RECKLESS KILLING – RECKLESS INJURY** |
| **Commission Place** | : Mithatpaşa Mah. Davutpaşa Cad. Eyüpsultan/İSTANBUL |
| **Date and Time** | : 01.03.2024 at around 23:30 |

As I was selected as the expert by İstanbul Chief Public Prosecutor's Office by ex officio, I have examined the statements, reports, documents and records included in the file no.2024/56530 which was submitted to me.

**ACCIDENT PLACE-INCIDENT**: On the date 01.03.2024 at around 23:30, while driver T.C. was driving on the road taking to Belgrad Forest on Davutpaşa street of Mithatpaşa neighborhood with his Porsche brand car having plate no: 34 EGG 06, a traffic accident resulting with Death/Injury and Pecuniary Damage occurred by crashing to 3 land

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) 

vehicles (ATV type) plate numbers of which were 34 DJD 284, 34 PL 4320 and the one having no plate number, which all stopped by the road due to a malfunction in one of these vehicles, and by crashing the pedestrians in there named    O.M.A.    (deceased), S.K. ,    I.G.    ,    H.T.    and    T.A.

**The Picture of the Road where the Accident Occurred and the Environmental Features:**



*GENERAL VIEW OF DAVUTPAŞA STREET*

KEMERBURGAZ DIRECTION / ÇİFTALAN DIRECTION



DAVUTPAŞA AVENUE
(The point, which was evaluated as the accident place, was indicated with red color)

In the content of the file there was no Traffic Collision Report kept by the teams of Traffic Bureau, thus; it is understood that the accident occurred on the road to Belgrad Forest on Davutpaşa street of Eyüpsultan district, the accident occurred around evening hours, the air was clean, the road was dry and the road was bendy. The ground where the accident occurred was coated with asphalt. The road which is within settlement area has 2 lanes and it is a two-way road. Maximum speed limit at the place of accident is 30 km.

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

## THE PARTIES INVOLVED IN THE ACCIDENT

❖ Driver of the vehicle having plate no: 34 EGG 06:    T.C.    **(FUGITIVE)**
❖ Land vehicle having plate no: 34 DJD 284
❖ Land vehicle having plate no: 34 PL 4329
❖ Unregistered land vehicle

## EXAMINATION OF THE ACCIDENT ON THE FILE AND DETAILING IN TERMS OF THE FAULT

Determination of the faults of the drives prescribed under the article 84 of the Highway Traffic Law No.2918 and the article 157/b of the Bylaws under the Highway Traffic Law. In view of the provisions;

"Reserving the judicial legislation and trial provisions, status of the persons involved in traffic accidents shall be determined by considering the rules, conditions, rights and liabilities mentioned in the Highway Traffic Law No.2918 and the Bylaws under said law and the conditions accepted as primary fault.

In addition to the traces and exhibits detected as the end examinations conducted at the accident location, statements of the persons who have been involved in the accident and the testimony of the witnesses shall be taken into consideration in DETERMINATION OF THE FAULT".

## ANALYSIS, DETERMINATION AND ASSESSMENT

**Accident fault status of**    T.C.    **who was the driver of the vehicle having plate no: 34 EGG 06:**

While cruising on the single lane towards Çiftdalan locality on the Davutpaşa street where the accident occurred and arrived at the bending section of the road, it is understood that the driver did not lower the speed of the car he drove having plate no: 34 EGG 06. In the light of the information and documents included in the file, the damaged parts of the vehicles involved in the accident are understood following the incident scene examinations. The drivers are expected to drive at this location by knowing physical conditions of the road where they must drive carefully and meticulously at this locality where the road, air and sight field are narrow and the cruising speed should be at levels demanded by traffic rules and order. However, it is understood that the driver took no measure while it is an obligation to drive more safely and carefully in order to avoid danger.

Law expects increased attention from individuals in all fields where danger and responsibility raise. For this reason, motor vehicle drivers are liable to show great attention to both abiding by the rules and preventing possible accidents.

In the light of the information, evidence and statements included in the file, driver T.C.    is obliged as follows **according to the article 52/1-b of the Highway Traffic Law No.2918: Drivers must adapt their speed to the load and technical characteristics of the vehicle they use, as well as to the conditions required by visibility, road, weather and**

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**traffic conditions. According to the article 84/d: In traffic accidents, vehicle drivers shall be considered primarily at fault in rear-end collisions. According to the article 81/d: Those involved in traffic accidents are obliged to report the accident to the authorized and responsible officers and they not to leave the accident scene until the mentioned officers arrive or without getting their permission.**

**According to the Bylaws on the Highway Traffic Law No.2918; those involved in a traffic accident who are uninjured or slightly injured, such persons are obliged to act as follows;**

a) If they are a vehicle driver, they must stop immediately so as not to create an additional danger for traffic, place illuminated signs or reflective devices for traffic safety and take the necessary precautions,

b) In accidents resulted with death, injury or material damages that do not affect the traffic, life or property safety, they are obliged to not change the status at the scene of the accident, including traces and evidence that will help determining responsibility,

c) When requested, they are obliged to inform the other party of their identity and address, show their driving and traffic documents and insurance policies, and provide the necessary information regarding them, their dates and numbers,

**d) Except for leaving the scene of the accident in order to provide first aid and emergency treatment to the injured, they are obliged to report the incident to the authorities and officers and not to leave the scene of the accident until the mentioned officers arrive or without getting their permission.**

**As the driver violated the rules mentioned afore, it has been reached to the conclusion that he was the PRIMARY NEGLIGENT PARTY in the occurrence of the accident.**

**Accident fault status of the land vehicle having plate no: 34 DJD 284, land vehicle having plate no: 34 PL 4320 and the unregistered land vehicle WHICH STOPPED DUE TO THE VEHICLE MALFUNCTION:**

When the place of the accident is examined, it would be seen that these vehicles stopped by the right side of the road as it was single lane narrow road towards Çiftalan locality on the Davutpaşa street. It is understood from the statements that the reason why the ATV type vehicles stopped was to repair the malfunction of the device. The vehicles stopped at this section of the road which had single lane and it is understood that it had no street lighting. It is necessary for the drivers to eliminate any negative incidents that might occur on such roads where the field of view is restricted and there is nightfall and to place warning signboard and to take a series of precautions to prevent possible dangers. It is expected from the ATV drivers to place red triangle warning signboard on the road at required distances for a careful and safe driving.

Therefore, according to the article 135 of the Highway Traffic Law No.2918:

"Vehicles Broken Down on the Highway": The following principles and procedures apply to vehicles that cannot be driven on the highway due to any malfunction or traffic accident.

İşbu tercüme tarafından aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert ▇▇▇▇▇▇

a) the necessary precautions to be taken during parking and stopping for broken down vehicles shall be applied according to their condition and in addition to this;

1) Depending on the road, weather and traffic conditions and whether it is day or night, if the regular parking and tail lights are not turned on, cannot be turned on, or cannot be clearly seen by other vehicle drivers from a distance of 150 meters even if they are turned on, other vehicle drivers can be placed at appropriate places in front and behind the broken vehicle from a distance of 150 meters. **It is mandatory** to place a red reflector or red light device so that they can be seen clearly.

2) In places such as bends or hilltops, **it is mandatory** to place a red light device or a red reflector at a distance of at least 30 meters from the front and back of the vehicle and to be clearly visible to other vehicle drivers from at least 150 meters.

Thus, it is considered that the drivers of the mentioned ATV vehicles had SECONDARY FAULT in the occurrence of the accident as they violated the rules mentioned afore.

## CONCLUSION AND OPINION

As a result of the aforementioned determinations;

**A-**        **T.C.**        who was the driver of the vehicle having plate no: 34 EGG 06 violated the articles 52/1-b, 84/d, 81/d of the Highway Traffic Law No.2918 and the article 152 of the Bylaws on Traffic Law, therefore, he **has the PRIMARY FAULT** in the occurrence of this accident

**B- Drivers of the land vehicle** having plate no: **34 DJD 284**, land vehicle having plate no: **34 PL 4320 and the unregistered land vehicle** WHICH STOPPED DUE TO THE VEHICLE MALFUNCTION **has the SECONDARY FAULT** in the occurrence of this accident as they violated the article 135 of the Bylaws on Highway Traffic Law No.2918.

Leaving the final opinion and discretion to the Prosecution, kindly submitted to your considerations. Done on 07/03/2024

*//signed//*

Bünyamin KAYA

Forensic Traffic Expert

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)

EK-6



Aslı Gibidir
...../.....20...
Melike HEZENCİ
311278
Zabıt Katibi



Aslı Gibidir
....../...../20.....
Melike HEZENCİ
311276
Zabıt Katibi



Aslı Gibidir
....../...../20.....
Melike REZENCİ
311276
Zabıt Katibi



Aslı Gibidir
...../...../20.....
Melike HEZENCİ
314276
Zabıt Katibi



Aslı Gibidir
...../..../20.....
Melike HEZENCİ
311276
Zabıt Katibi

**ANNEX-7**

| | |
|---|---|
| REPUBLIC OF TÜRKİYE | |
| ISTANBUL | |
| CHIEF PUBLIC PROSECUTOR'S OFFICE | |
| Investigation Bureau of Child Offenses | |
| CHILD LED INTO OFFENCE: | T.C. |
| FILE NO | : 2024/56530 |
| PUBLIC PROSECUTOR | : Yunus TANIŞMAN 199136 |
| CHIEF CLERK | : Sedat KOÇAK |
| OFFENSE | : Reckless Killing and Injury |
| DATE OF OFFENSE | : 01.03.2024 – 23:30 |
| ACCIDENT SCENE | : Mithatpaşa Mah. Davutpaşa Cad. Eyüpsultan/ISTANBUL |
| SUBJECT | : Technical examination on the vehicles used during the accident |
| EXPERT PREPARING REPORT | : Mustafa Turgay KUBLAY – Mechanical Engineer – 210 |
| DATE OF REPORT | : 15/03/2024 |
| | |
| DATE OF REPORT REQUEST | : 14/03/2024 |

| CONTENTS |
|---|
| |
| **1- EXAMINED DOCUMENTS** |
| **2- REQUESTED FROM THE EXPERT** |
| **3- INCIDENT (EXPLORATION .1.)** |
| **4- TECHNICAL INFORMATION ON VEHICLES** |
| **5- EXAMINATION ON VEHICLES (EXPLORATION .2.)** |
| **6- CONCLUSION AND OPINION** |

**EXAMINED DOCUMENTS:** Instruction documents, forensic practitioner's reports, minutes, documents, powers of attorney, minutes of prosecutor's office, communications, petitions, etc. within the scope of the file. All other documents have been examined.

**REQUESTED FROM THE EXPERT:**

Assignment based on the Authority Permit Certificate of your esteemed Prosecutor's Office dated 13/03/2024 concerning the authorization and permission to examine Porsche Taycan 4 S Electric 2020 Model vehicle with plate number 34 EGG 06, Yuki Brand 2020 model road type ATV (All terrain Vehicle) vehicle with plate number 34 DJD 284, 2019 model four-wheeled ATV (All Terrain Vehicle) vehicle with plate number 34 PL 4320 and other unregistered and unlicensed ATV vehicle which are registered in the Prosecutor's Office file due to the investigation conducted by your Prosecutor's Office.

**INCIDENT:**

In line with the descriptions and pictures of the incident explained below, the occurrence of the "accident with material damage, death and injury" that occurred at 23:30 on 01.03.2024 is summarized as follows:

While          T.C.          the child led into offense, was driving the Porsche Taycan 4S electric vehicle with plate number 34 EGG 06 on Mithatpaşa Mah. Davutpaşa Cad. on the road towards the Belgrat Forest, he hit Yuki Brand 2020 model road type ATV (All terrain Vehicle) vehicle with plate number 34 DJD 284, 2019 model four-wheeled ATV (All Terrain Vehicle)

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert) 

vehicle with plate number 34 PL 4320 and other unregistered and unlicensed ATV vehicle which were parked on the right side of the road due to the breakdown of the ATV vehicle as well as 3 ATV drivers and 2 other people, caused a traffic accident with material damage, death and injury.



PICTURE-1- THE ACCIDENT SCENE, DAVUTPAŞA STREET ACCIDENT POINT



PICTURE-2- THE SPOT WHERE THE ATV VEHICLES WERE LOCATED AT THE MOMENT OF IMPACT



PICTURE-3- THE DIRECTION OF PORSCHE CAR WITH PLATE NUMBER 34 EGG 06 AND THE SPOT WHERE IT HIT ATV VEHICLES AND PERSONS

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)



PICTURE-4- THE ASPHALT TRAIL FORMED WHEN THE VEHICLE WITH PLATE NUMBER 34 EGG 06 SLID AND THE SPOT WHERE IT SKID

**TECHNICAL INFORMATION ABOUT VEHICLES: (There is no information about unregistered vehicle)**

| HATCHBACK VEHICLE TECHNICAL | |
|---|---|
| Vehicle Brand…… | PORSCHE |
| Vehicle License Plate…... | 34 EGG 06 |
| Vehicle Kind………… | EU HATCHBACK |
| Vehicle Type…………. | YIA |
| Model Year | 2020 |
| Engine No. | 019135025749 |
| Vehicle Identification Number. | WPQZZZYIZMSA27322 |
| Registration Date……….. | 01/08/2022 |
| Issuing Unit………… | ISTANBUL |

| ALL TERRAIN TECHNICAL | |
|---|---|
| Vehicle Brand…… | YUKI |
| Vehicle License Plate…... | 34 DJD 284 |
| Vehicle Kind………… | All Terrain |
| Vehicle Type…………. | IX200ATV-M |
| Model Year | 2020 |
| Engine No. | LC16FMK2TQ167401 |
| Vehicle Identification Number. | LLCLKYS4LF500402 |
| Registration Date……….. | 12/02/2024 |
| Issuing Unit………… | ISTANBUL |

| FOUR-WHEELED TECHNICAL | |
|---|---|
| Vehicle Brand…… | PS |
| Vehicle License Plate…... | 34 PL 4320 |
| Vehicle Kind………… | Four-Wheeled |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)

| | |
|---|---|
| Vehicle Type…………. | Sportsman 800 Touring |
| Model Year | 2009 |
| Engine No. | 0120J88300024 |
| Vehicle Identification Number. | 4XADN76F09A751282 |
| Registration Date……….. | 17/11/2023 |
| Issuing Unit…………. | ISTANBUL - Pendik |

**EXAMINATION ON VEHICLES:**

Based on the authorization certificate received from your esteemed prosecutor's office, after the necessary examinations were carried out on the vehicles, of which technical information is provided above, at the Kardeşler Depository warehouse, pictures of the vehicles were taken and added to the file and the following issues were determined. The examination is undertaken with detailed information below the pictures.



PICTURE-1- IMAGES FROM THE REAR AND RIGHT SIDE OF THE PORSCHE TAYCAN 4S ELECTRIC VEHICLE WITH PLATE NUMBER 34 EGG 06



PICTURE-2- IMAGES OF RIGHT-FRONT FENDER-RIGHT FRONT AND REAR DOOR OF VEHICLE WITH PLATE NUMBER 34 EGG 06

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)



PICTURE-3- IMAGES OF FRONT APPEARANCE AND BROKEN FRONT WINDOW OF VEHICLE WITH PLATE NUMBER 34 EGG 06



PICTURE-3- IMAGES OF LEFT SIDE VIEW OF THE VEHICLE AND IMAGE INDICATING THAT THE RIGHT FRONT WHEEL AXLE AND TIE ROD END IS IN A BROKEN CONDITION.



PICTURE-4- IMAGES OF THE VEHICLE WITH THE DRIVER AND PASSENGER SEAT AIRBAGS DEPLOYED

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)



PICTURE-5- IMAGES OF DEPLOYED AIRBAGS UNDER THE DASHBOARD OF THE VEHICLE, AND THE REAR SEAT



PICTURE-6- IMAGES OF THE VEHICLE PLATES AND UNDER THE HOOD



PICTURE-7- IMAGES OF THE VEHICLE WHEEL AXLE AND TIE ROD CONNECTION POINT AND CHARGING INPUT SOCKET

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)



PICTURE-8- DEFORMATION IN THE RIGHT FRONT CHASSIS CONNECTIONS OF THE VEHICLE

## PICTURES OF ATV VEHICLES



PICTURE-9- TOTALED AND UNREGISTERED ATV AND ROAD TYPE ATV WITH RIGHT TIE ROD DAMAGED



PICTURE-10- IMAGES OF ROAD TYPE ATV ROD DAMAGED WITH PLATE NUMBER 34 DJD 284

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)



PICTURE-11- IMAGES OF TOTALED FOUR WHEEL VEHICLE WITH PLATE
NUMBER 34 PL 4320



PICTURE-12- OTHER IMAGES OF VEHICLE WITH PLATE NUMBER 34 PL 4320

## CONCLUSION AND OPINION:

In light of the examination and evaluation conducted at Kardeşler Depository warehouse on
Porsche Taycan 4 S Electric 2020 Model vehicle with plate number 34 EGG 06,  Yuki Brand
2020 model road type ATV (All Terrain Vehicle) vehicle with plate number 34 DJD 284, 2019
model four-wheeled ATV (All Terrain Vehicle) vehicle with plate number 34 PL 4320 and
other unregistered and unlicensed ATV vehicle which are registered in the Prosecutor's Office
file due to the investigation conducted by your Prosecutor's Office concerning
         T.C.      , the child led into offence, the following issues have been detected:

1- I have determined that the Porsche Taycan 4 S Electric 2020 Model vehicle with plate
   number 34 EGG 06 is in the LUX-upper segment electric vehicle class; and the right
   front axle connection is broken, right front fender, right front door, right rear door, right
   mirror, front hood, front bumper were shattered; the windscreen of the vehicle exploded
   as a result of a person falling on the windscreen; the left front tire was destroyed; the
   driver and passenger airbags and the under-dashboard leg protection airbags in the
   vehicle were deployed, the vehicle was almost totalled;
2- There is damage on the left rear axle connection part of the vehicle Yuki Brand 2020
   model road type ATV (All terrain Vehicle) with plate number 34 DJD 284;

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

3- The 2014 model four-wheel ATV (All terrain Vehicle) with plate number 34 PL 4320 is in a completely totaled condition;
4- The other ATV vehicle, which is unregistered and has no license plate, is in a completely totaled condition.

The reason for the accident:

*When the vehicle Porsche Taycan 4 S with plate number 34EGG06 is examined, it is observed that it is a vehicle described as a high performance sports vehicle and it is one of the fastest sports performance vehicles among electric vehicles, reaching a speed of 100 km in 2.8 sec and has a maximum speed limit of 250 km.* It entered *the bending part of the road* pictured above in the direction of Davutpaşa Street-Çiftalan, which is the accident location, *at a very high speed (estimated 170-180 km/h)* and crashed into ATV vehicles and people on the side of the road at the exit point of the bend; and according to the examinations on the vehicles conducted at Depository warehouse, especially on the right front part of the PORSCHE Taycan 4s brand vehicle which was driven by            T.C.            which is the point of collision, and other ATV vehicles, it has been determined that in this accident with the material damage and resulting in death, *the PORSCHE Taycan 4s vehicle with the plate number 34 EGG 06 did not have any technical malfunction and as explained above, the incident occurred due to exceeding the 30 km. speed limits on Davutpaşa Street, as governed by the Road Traffic Law.* Therefore, as an expert, I have formed the opinion that this incident occurred in this way, and I submit my report stating this opinion as an attachment to the cover letter, with respect to the discretion of the esteemed prosecutor's office. 15/03/2024.

LEGAL EXPERT

MUSTAFA TURGAY KUBLAY

Mechanical Engineer

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**ANNEX-8**

## STATEMENT RECORD

| | |
|---|---|
| **Place of Record** | : Eyüpsultan District Police Directorate, Public Order Bureau |
| **Date and Time of Record** | : 02.03.2024 – 21:27 |
| **Incident** | : RECKLESS KILLING – RECKLESS INJURY – FAILURE TO REPORT AN OFFENCE – PROTECTING AN OFFENDER |
| **Year-Number of the** | |
| **Incident/Document** | : 2024/223 |

### OPEN IDENTITY OF THE INFORMATION GIVER

| | |
|---|---|
| **Republic of Türkiye ID No** | : ▆▆▆▆ |
| **Name and Surname** | : A.K. |
| **Father's and Mother's Name** | : Abdulkadir – Zeynep |
| **Place and Date of Birth** | : Şişli – ▆▆ 2007 |
| **Volume-Family Serial-Serial No:** | ▆▆▆ |
| **Registered Province-/** | |
| **Neighborhood-Village** | : İstanbul-Beşiktaş-Kültür |
| **Residence Address** | : ▆▆▆▆▆▆▆▆ İstanbul |
| **Occupation and Monthly Income** | : Student – Unavailable |
| **Telephone** | |
| **(home-work-mobile-contact)** | : - - ▆▆▆ |
| **Education** | : Middle School |
| **Marital Status-Sex** | : Single – Male |

The statement is as follows:

The above-given information is true and belongs to me. I have been living with my family in the given address for about 10 years. I am a student in Hisar Schools.

Yesterday, on 01/03/2024, at around 21:00, **T.C.** who is a friend from school, called me and wanted to hang out outside. Then, he came and took me from my house. He was driving a Porsche. Another friend named **K.D.** was also in the car. After the car moved, we dropped Kemal off at his house and went to T.C.'s house. We waited for a friend named D.O.O. **D.O.O.** in front of T.C.'s house. 10 minutes later, according to my estimate, a dark vehicle, driven and managed by D.O.O. arrived. As far as I remember, there were D.O.O. Z.H.D. and

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) ▆▆▆▆ 

P. in the vehicle. We were 5 persons in total and we left the housing complex. I got on the Porsche with T.C. while D.O.O. Z.H.D. and P.T.E. followed us with the Volvo vehicle. We took our friends named Y.E.A. and K.A. from a different housing complex. K.A. and Y.E. also got on the Volvo vehicle. We were 7 persons in total and we toured in Göktürk neighborhood with the cars. we went to the square named Kemer Country. When we were sitting there, we saw my friend from class named M.E.Y. M.E.Y. was with two persons named B. and A. whose last names I do not know. We started to chat. We were 10 in total. We then left with the cars. D.O.O. was driving the Volvo, in which there were also K.A. Y.E. M.E. , P.T.E. and Z.H.D. while T.C. was driving the Porsche, in which there were also me, B. and A. We left Kemer Country. We stopped at the Shell gas station in the center to buy fuel for the Volvo vehicle. We left the gas station and went into the forest road towards Bahçeköy. D.O.O. was driving in front of us in the forest road. After a while, D.O.O. made a hand gesture and asked us to move in front of him. So we overtook D.O.O., got ahead of him and moved forward. We came across a speed bump. T.C. slowed down a bit when he saw the speed bump and accelerated when he passed the speed bump. Then T.C. saw that there was something on the right side of the road in our direction and he swerved sharply to the left to avoid hitting the objects. The vehicle suddenly started to slide. The right side of the vehicle, the side I was on, started to slide towards ATV-style vehicles. The vehicle that T.C. was driving and I was in suddenly hit ATV-style vehicles as a result of the sliding. After the impact, our vehicle went up the slope to the left. Then, I got off the car with T.C. B. and A. . After we got off, I saw two injured persons lying on the road. We went by them and tried to communicate. Then, I heard from the other people that there was another injured person on the slope on the other side of the road. At that moment, T.C. went in front of his car and told us that there was a person under the car. Other cars passing by stopped and started to help. I heard someone calling 112. Later we learned that there was another injured person at the bottom of the slope. Those who were in the area went by the injured person and tried to help. In the meantime, T.C. called his private driver with his own phone and said he got in an accident. After a while, T.C. called his mother and said that he got in an accident. The fire brigade arrived at the scene and started to intervene. During the intervention, T.C. s mother came with another woman with an old vehicle whose plate number I did not get. They made me, T.C. and D.O.O. got on the car with which they came. Then she also got on the car and we drove away from the scene. They dropped me and D.O.O. off in the entrance of Kemer Country and moved on. When we were in front of the housing complex, we saw that a cell phone belonging to one of the injured persons was with Z.H.D. Then, I went to see my friend K. residing in Kemer Country housing complex.

Today, which is 02/03/2024, I found out that my friends who were involved in the accident were taken by the police and I came to your Bureau to give a statement. All I saw, know and have to say about the incident consists of this.

After the information giver stated that he did not have anything more to say, this record hereby has been made to be read and understood by him, and drawn up and undersigned by us. 02.03.2024 – 21:27

| INFORMATION TAKEN BY | INFORMATION WRITTEN BY | INFORMATION GIVEN BY |
|---|---|---|
| 276231 | 377952 | A.K. |
| Police Officer | Police Officer | |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) 

**ANNEX-9**

## STATEMENT RECORD

| | |
|---|---|
| Place of Record | : Eyüpsultan District Police Directorate, Public Order Bureau |
| Date and Time of Record | : 02.03.2024 – 22:43 |
| Incident | : RECKLESS KILLING - RECKLESS INJURY - FAILURE TO REPORT AN OFFENCE - PROTECTING AN OFFENDER |
| Year-Number of the Incident | : 2024/223 |

### CLEAR IDENTITY OF THE INFORMATION GIVER

| | |
|---|---|
| Type-Serial No. of the ID | : ███ |
| Republic of Türkiye ID No | : ███ |
| Name and Surname | : B.A. |
| Father's and Mother's Name | : Murat - Mehtap |
| Place and Date of Birth | : Şişli - ███-2007 |
| Volume - Family Serial - Serial No | : ███ |
| Registered Province/Neighborhood-Village | : Balıkesir - Manyas - Tepecik |
| Residence Address | : ███ ███/İstanbul |
| Occupation and Monthly Income | : Student - Unspecified |
| Telephone(home-work-mobile-contact) | : - ███ |
| Education | : Secondary School |
| Marital Status - Sex | : Single - Male |

In his statement, he stated the following:

The information provided above is correct and it belongs to me, I have been residing in the address that I provided for about 5-6 years with my family.

Yesterday, at around 20:00 on 01/03/2024, I was having meal at a kebab restaurant at Göktürk with my friend M.E. About half an hour later, our friend named A.A. came to us and we went to the site named Kemer Country after having coffee. While we were sitting within the site, friends of M.E. from school came to the table next to us. These persons had 2 vehicles. We kindly asked these persons to leave us home as time passed, and they accepted it. We left altogether and got on the vehicles. Me, A.A. A.K. and T.C. got on the Porsche branded car. The person named T.C. was using the vehicle. Other persons got on the Volvo branded car. We left the site. Volvo branded vehicle got fuel from the Shell gas station and we entered Bahçeköy forest road after passing fortifications on the Kemerburgaz road. I was sitting at the right rear seat of the vehicle. Volvo branded vehicle was going in front. After a while, Porsche branded vehicle in which I was overtook the Volvo branded vehicle. T.C. started to use the vehicle fast all of a sudden. Although we said don't do it drive slow, he did not listen to us. We fastened our seatbelts just in case. There was a turn ahead of us. However, T.C. entered the turn fast again. While we were taking the turn, we saw ATV-type of vehicles in our direction. I don't remember whether these vehicles were in the middle or the

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) ███ 

side of the road. When T.C. saw these vehicles, he suddenly turned the steering wheel of the vehicle to left. However, the car started to slide. Our vehicle went uphill all of a sudden. Airbags of the vehicle were deployed. We immediately got off the vehicle. When we looked back, we saw 2 persons laying on the road injured. Afterwards, we found out that there was one more injured person under the vehicle and on the slope on the side of the road. The other vehicles passing on the road stopped as well and helped. 112 emergency number was informed. However, I don't know who did it. We waited next to the injured persons until the ambulance arrived. Fire brigade arrived at the place of incident. Then, I was having contact with a friend of mine named    C.A.    He came to place of incident, took A.A. and me and we left the place of incident. While we were leaving the place of incident,  T.C.  was at the place of incident. He was in shock. He was constantly saying, **"My life is over"**.

Today, at afternoon hours on 02/03/2024, when my friend who was involved in the accident and Police came to my residence, I found out that it was an accident with death and I came to your Public Order Bureau to provide statement. I did not get injured during this incident and I don't want to obtain doctor report. This is all I know and what I had to say about the matter.

Upon the information giver stated that he did not have anything more to say, this record hereby has been made to be read and understood by him, and drawn up and undersigned by us. 02.03.2024 – 22:43

|  |  |  |
|---|---|---|
| INFORMATION TAKEN BY 276231 Police Officer *(signed)* | INFORMATION WRITTEN BY 377952 Police Officer *(signed)* | INFORMATION GIVEN BY B.A. *(signed)* |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)

**(ANNEX-10)**

### STATEMENT RECORD

**Place of Record**               : District Police Department Public Security Division

**Date and Time of the Record** : 02.03.2024 – 22:12

**Incident**                      : RECKLESS KILLING - RECKLESS INJURY - FAILURE TO REPORT AN OFFENCE - PROTECTING AN OFFENDER

**Year-Number of the Incident/Document**    : 2024/223

### CLEAR IDENTITY OF THE INFORMATION GIVER

**Type-Serial No. of the ID**     :

**Republic of Türkiye ID No**     :

**Name and Surname**              :  A.A.

**Father's and Mother's name**  : Hasan – Leyla

**Place and Date of Birth**     : Eyüp -          /2008

**Volume-Family Serial-Serial No**      :

**Registered Province-/Neighborhood-Village**   : Diyarbakır – Kulp- Karpuzlu

**Residence Address**                               :
                       stanbul

**Occupation and Monthly Income**   : Student-Unspecified

**Telephone (home-work-mobile-contact)**   : - -

**Education**                       : Middle school

**Marital Status-Sex**              : Single – Male

In his statement, he stated that:

The information stated above is true and belongs to me. I have been residing with my family at the address I gave for about 9 years.

On 01/03/2024, which is yesterday, at around 8 PM while I was at my house my friend named B.A. called me, and I asked him where he was. B.A. told me that he was near the with M.E. so I left my house and set out on foot and met them. Afterwards, we went to grab coffee and went to the apartment complex called Kemer Country. B.A. told us that he resided in this complex, and we went inside with him. Around 10:50 PM, M.E. 's friends from school came up to us in a Volvo car in the complex, and we sat together. The people in this Volvo got up and were leaving, so we asked M.E. if his friends could give us a ride home because it was late. They agreed, and we left together. The individual named T.C. was the driver of the Porsche

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) 

vehicle. B.A. <sup>A.K.</sup> and I got into this car, and other people got into the other Volvo car. We left the complex     ent to a gas station called Shell where we refueled the Volvo vehicle. Then we continued on the road and drove in the direction of Kemerburgaz and after passing the city walls, we entered the Bahçeköy road, or in other words the forest road. The Volvo vehicle was driving ahead. T.C. suddenly accelerated and overtook the Volvo vehicle in front and passed in front of it. T.C. was     ys driving too fast and cornering too hard. Since we did not know the person well, we we     t telling him to slow down. I was sitting at the left rear of the vehicle. T.C. entered the bend in front of us again quickly, and when we came to the bend, there were ATV-     vehicles on the roadside in our direction. The vehicle suddenly started to slide, T.C. tried to steer to the left, but the vehicle hit the ATV-style vehicles on the roadside with its right side. Our vehicle also went up the slope on the left side of the road. We all got out of the vehicle. T.C. looked around and said, "My life is over." The Volvo vehicle stopped behind us. They got out of the car, and we attended to the injured people along the roadside. Meanwhile, other vehicles passing on the road stopped and helped. At that time, we realized that there was a person under the vehicle driven and managed by T.C. and we took the injured person out from under the vehicle with the people around. Then we rea     hat there were also injured people on the hillside on the side of the road. The fire brigade team and the teams on duty came to the scene and intervened. At that moment, a mutual friend of ours called B.A. and he told him about the situation. After a while, our friend called     C.A. came to the scene. B.A. and I got into his car and left the scene.

I remember T.C. being at the scene while I was leaving the scene. T.C. was constantly making phone calls and saying "I am over, this is the end of my life". Today, on 02/03/2024, we came to the Police Station to give a statement after we found out that the friends involved in the accident were wanted by the police. I was not injured in this accident and do not want to get a doctor's note. This is what I have seen, what I know, and what I have to say on the subject.

Upon the information giver stating that he did not have anything more to say, this record hereby has been made to be read and understood by him, and drawn up and undersigned by us. 02/03/2024 – 22:12

INFORMATION TAKEN BY          INFORMATION WRITTEN BY
296231                                        377952
Police Officer                              Police Officer
*//signature//*                            *//signature//*


INFORMATION GIVEN BY
A.A.
*//signature//*

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**ANNEX-11**

## STATEMENT RECORD

| | |
|---|---|
| Place of Record | : Eyüpsultan District Police Directorate, Public Order Bureau |
| Date and Time of the Record | : 02.03.2024 – 19:34 |
| Incident | : RECKLESS KILLING – RECKLESS INJURY – FAILURE TO REPORT AN OFFENCE – PROTECTING AN OFFENDER |
| Year-Number of the Incident/Document | : 2024/223 |

### CLEAR IDENTITY OF THE INFORMATION GIVER

| | |
|---|---|
| Type-Serial No. of the ID | : |
| Republic of Türkiye ID No | : D.O.O. |
| Name and Surname | : D.O.O. |
| Father's and Mother's Name | : Giray - Berna |
| Place and Date of Birth | : Şişli – ███-2007 |
| Volume-Family Serial-Serial No | : ████ |
| Registered Province-/Neighbourhood-Village | : İstanbul-Fatih-İskenderpaşa |
| Residence Address | : ████████████ / İstanbul |
| Occupation and Monthly Income | : Student – Not stated |
| Telephone (home-work-mobile-contact) | : - - +████ |
| Education | : Secondary School |
| Marital Status-Sex | : Single - Male |

In his taken statement, he STATED the following:

The above information is true and belongs to me. I have been residing at the address that I have given for about 14 years with my family (my mother, my father and my sibling). I am currently a 10th grade student at Hisar School (Hisar Okulları). Yesterday, that is to say on 01/03/2024, at around 22:00, I took the keys of the Volvo branded vehicle with the license plate number 34 BOD 377, which is registered in the name of the company owned by my father Giray ÖCALGİRAY, without permission of my father. I had friends named P.T.E. and Z.H.D. with me. The three of us came by car in front of the house of my friend T.C. T.C. and I live in the same housing complex. He was waiting for us inside a Porsche branded vehicle with the license plate number 34 EGG 06, for which I think it was his mother's. Our friend named A.K. was next to T.C. In total, we as 5 friends went for a ride in 2 vehicles. We went to the housing complex named Arcadium Life and picked up our friends named Y.E. and K.A. These two friends got into the car which I was driving. We stopped in front of a liquor store, the name of which I do not know, which was near the Petrol Ofisi gas station near the exit of Göktürk district. We all got out of the vehicle and stopped in front of the liquor store. One person among the group of friends went to the liquor store to buy cigarettes. However, there were no cigarettes, he came back without buying any and we got into our vehicles. I do not remember my friend who went

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)     ████ 

to the liquor store. After driving around the neighborhood for a while, we went to the housing complex named Kemer Country again. We saw our friend named     M.E.Y.    There were 2 other male persons with M.E.Y. whom I saw for the first time. We became 10 persons in total and we stopped and talked for a while in the housing complex. A total of 6 people, including myself,     M.E.Y.    ,    K.A.    Y.E.    ,    P.T.E. and     Z.H.D.    got into the vehicle with the license plate number 34 BOD 377, which I was driving. The other 4 people,     T.C.    A.K. and 2 male persons that I do not know, got into the vehicle with the license plate number 34 EGG 06, which was in charge and control of T.C. The reason why we had left from the housing complex was to go for a ride and I left the housing complex to get fuel for my vehicle. I went to the Shell gas station located in Göktürk. I bought fuel amounting to 1,500 TL as far as I remember and I made the payment with card. We left the gas station and the 2 vehicles met again in front of the Hisar School. I went ahead and T.C. followed me with his vehicle behind me. When we passed the city walls in Göktürk, we entered the Bahçeköy forest road across from the Total gas station. On the forest road, while I was still in the lead, T.C. overtook me and got in front of me. While I was going on the forest road, T.C. overtook a vehicle in front of us at a speed bump. The vehicle overtaken by T.C. slowed down a lot in the speed bump and gave way to me. I signaled left. At my own speed, I overtook the vehicle that T.C. had overtaken. I got behind T.C. Meanwhile, T.C. increased the speed of the vehicle considerably. There was a turn in front of us. T.C. entered the turn quickly. I kept my speed constant and did not accelerate. I saw T.C. car for about 4-5 seconds at the turn and then it went out of my sight. When I turned the turn, T.C. car entered the water channel in a manner out of control. I immediately stopped my car, turned the four-way flashers on and went next to T.C. car. At that moment T.C. and the 3 people with him were getting out of the car. At that exact moment, I saw 2 injured male persons lying on the roadside where I had parked my vehicle. I immediately ran to the injured persons and checked them. My friend Z.H.D. spoke to one of the injured persons. The injured person gave his phone to Z.H.D. and asked him to check his head. After Z.H.D. checked the injured person's head, Z.H.D. took the keys of the vehicle from me and took the vehicle back to the housing complex named Kemer Country together with     K.A.    both because we did not have a driver's license and to prevent the vehicle from causing overcrowding.

Then, Z.H.D. took the keys of the vehicle from me, both because we did not have a driver's license and to prevent the vehicle from being crowded, and took the vehicle back to the Kemer Country site with     K.A.    I stayed at the scene. Meanwhile, a black BMW vehicle, whose license plate number I could not get, arrived. Just then, T.C. shouted, "**There is a person under the vehicle,**" and asked for help. At that moment, the people coming from the BMW vehicle immediately rushed to help and pulled out the injured person under T.C. vehicle. I do not know who called at that time; they called 112. At that time, we heard from the surroundings that 2 male were also injured down the road. One of the injured people shouted, "**Look at my friend** O.M.A.**"** T.C. came up to me and took my cell phone, which I was using and which had my 0532 770 00 77 line attached to it, and called his mother and his chauffeur, Adem, whose last name I do not know. I did not hear what they were saying. About 10 minutes later, T.C. mother and a woman came to the scene in a dark-colored vehicle, which I remember as an old model sedan. This woman was driving the vehicle. T.C. mother was

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

sitting behind the vehicle. I looked for my friends P.T.E. and Y.E. at the scene, but I could not find them. I thought that they had left the scene, so I ran to the vehicle that T.C. had gotten into so that I would not be alone. I got in. The vehicle I got in dropped me off at the main entrance gate of Kemer Country. When I arrived in front of the site, I saw that Z.H.D. and K.A. who had left the scene with my vehicle, were waiting there. They had left the car I had handed over to them inside the site. Z.H.D. was holding the cell phone of one of the wounded he had taken to look at his head at the scene. While we were waiting there, the taxi called by K.A. arrived, and K.A. said that he was going to pick up Y.E. from the scene. I then took the phone belonging to one of the injured from Z.H.D. and gave it to K.A., who got into the taxi. K.A. got out of the taxi in fear and left the phone on the wall in f the site. Then, the security guards of the site took the phone under custody as missing. K.A. left the site by taxi. From the front of the site, Z.H.D. and I entered the site and met my r, mother, and uncle. My father and I got into the car with the license plate number 34 BOD 377. At that time, my mother and uncle were following us in the car with the license plate number 34 BOD 777 that my father got out of. When we arrived at the gate, İbrahim BOZ, who was my chauffeur, was at the site security gate. I had called him at the scene and told him about the accident and asked for his help. At the gate of the site, my father said to Z.H.D., **"Take the phone, and let's leave it to the men."** The security guard then addressed us and said, **"Who does this phone belong to? The phone has just been called, and the caller asked how the condition of her was."** When we told the security guard about the incident and said that he would hand the phone over to the police, T.C. chauffeur, Adem, drove into the site in a white Mercedes A180 car, whose 34 BT number group I did not see, and stopped. Then, they entered the site with a Volvo brand black-colored vehicle, whose number group 34 FPA I could not see. T.C. mother got out of the vehicle. While I was discussing the incident with the security guards, she suddenly pushed me into the vehicle I had gotten out of and said, **"Kids, get away from here."** Later, while I was getting into the car, I heard the security guard I was dealing with say to T.C. mother, **"Ma'am, can you give me the phone?"** and I heard his mother say to the security guard, **"I know the owner of the phone; I will give the phone back."** At that moment, my father got into the car and we drove through the site to our house.

The next morning, today, 02/03/2024, I learned that this accident was a fatal accident. I explained the situation to the police officers who came, and then I was brought to your Directorate for the necessary statement procedures. This is what I have seen, what I know, and what I have to say about the incident.

Upon receiving the information, the giver stated that he did not have anything more to say; this record hereby has been made to be read and understood by him and drawn up and undersigned by us. 02.03.2024 – 19:34

| INFORMATION TAKEN BY | INFORMATION WRITTEN BY | INFORMATION GIVEN BY |
|---|---|---|
| 276231 | 377952 | |
| Police Officer | Police Officer | D.O.O. |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**(ANNEX - 12)**



**PHOTOGRAPH 2**
**(entrance of the vehicle plate numbered 34 EGG 06 into Shell Gas Station)**

It was detected from their statements, taken in the presence of their lawyers, and the images that the Volvo branded vehicle fueled up. The Porsche branded vehicle was driven to the park area of the station and it was parked there. The persons got off the vehicle and went to the market. Afterwards, they left the market and got on the vehicle plate numbered 34 EGG 06, which was involved in the accident. According to the detections; the person named T.C. (T.R. Identity No: ▮▮▮▮) got on the driver seat, the person named A.K. (T.R. Identity No: ▮▮▮▮) got on the right front passenger seat, the person named A.A. (T.R. Identity No: ▮▮▮▮) got on the left rear passenger seat, and the person named B.A. (T.R. Identity No: ▮▮▮▮) got on the right rear passenger seat (PHOTOGRAPH 5). The persons left the gas station with two (2) vehicles again. On 01.03.2024 at 22:22:07 p.m. based on the camera date and time (there was a deviation of 1 hour backward related with the camera date and time); they went to the address Mithatpaşa Neighborhood Davutpaşa Avenue, where the accident occurred (PHOTOGRAPH 8). After the accident occurred, it was understood from the camera footages and statements that the person named T.C. (T.R. Identity No: ▮▮▮▮) was the driver of the vehicle plate numbered 34 EGG 06, who had the accident.

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.
The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)



## PHOTOGRAPH 5

(The persons named            A.K.      ,      A.A.      and            B.A.            got
on the vehicle plate numbered 34 EGG 06)

(The person named                T.C.        the driver of the vehicle plate numbered 34
EGG 06, got on the driver seat)

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**(ANNEX - 13)**



The suspect Eylem TOK and the juvenile pushed to crime,    T.C.    passed from the security point. (02.03.2024 at 02:11 a.m.)



The suspect Eylem TOK and the juvenile pushed to crime,    T.C.    came to passport control point. (02.03.2024 at 02:56 a.m.)

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)



The suspect Eylem TOK and the juvenile pushed to crime,    T.C.    were in front of the boarding gate.

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

PASSENGER LIST

| Name | Second Name | Surname | Date of Birth | Identity No | Place of Departure | Date of Departure | Place of Arrival | Date of Arrival | Reservation No | Nationality |
|------|-------------|---------|---------------|-------------|--------------------|--------------------|-------------------|-----------------|----------------|-------------|
| | T.C. | | ██2007 00:00:00 | | Istanbul Airport | 02.03.2024 03:50:00 | Cairo International Airport | 02.03.2024 05:05:00 | UD42MU | United States of America |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)

## PASSENGER LIST

| Name | Second Name | Surname | Date of Birth | Identity No | Place of Departure | Date of Departure | Place of Arrival | Date of Arrival | Reservation No | Nationality |
|------|-------------|---------|---------------|-------------|--------------------|--------------------|--------------------|-----------------|----------------|-------------|
| EYLEM | | TOK | ▮.1979 00:00:00 | | Istanbul Airport | 02.03.2024 03:50:00 | Cairo International Airport | 02.03.2024 05:05:00 | UD42MU | Republic of Türkiye |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)



(Ex-14)





**ANNEX-15**

## PHOTOGRAPH IDENTIFICATION RECORD

**PLACE OF THE RECORD:** Eyüpsultan Public Security Directorate

**DATE AND TIME OF THE RECORD:** 12/03/2024 at 20:30

### SUSPECT SUBJECT TO IDENTIFICATION

**JUVENILE PUSHED TO CRIME,**　T.C.　(Republic of Türkiye ID No.:



### SUMMARY OF THE GROUNDS FOR IDENTIFICATION

After the person named　A.K.　, whose statement was taken as a witness with regard to the incident of **"RECKLESS KILLING-RECKLESS INJURY"** having occurred on 01/03/2024 in the address of ██████████ /ISTANBUL, indicated that the person driving the vehicle involved in the accident was T.C. and that he was sitting at the right front seat, a research was made on the person named　T.C.　and the above-given photograph of the said person obtained via the Pol-Net4 system was shown to　A.K.　.

A.K.　stated that he was sitting at the right front seat of the Porsche with plate no. 34 EGG 06 involved in the accident and **IDENTIFIED**, in a **CLEAR and EXACT** manner that the driver of the vehicle was his friend　T.C.　whose photograph is given above. Regarding the accident, he stated that while entering the curve, T.C. suddenly swerved the steering wheel of the vehicle to the left in order not to hit the ATVs on the right side of the road, the vehicle hit the ATVs and went into the water channel on the left side.

This photograph identification record was signed after it was read and its accuracy was understood. 12/03/2024, 20:45

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert) 

RESULT OF THE IDENTIFICATION:

**1- IDENTIFIED (x)**

**2- NOT IDENTIFIED ( )**

| **PERSON HAVING THE** | **PERSON WRITING** | **PERSON** |
|---|---|---|
| **IDENTIFICATION MADE** | **THE RECORD** | **MAKING THE** |
| 241625 | 377952 | **IDENTIFICATION** |
| Police Officer | Police Officer | A.K. |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)

**REPUBLIC OF TÜRKİYE**                                                **ANNEX-16**

**İSTANBUL**

**7th CRIMINAL PEACE JUDGESHIP**

**MISCELLANEOUS NO.: 2024/1958**

**JUDGE**          : Şeyma KAFALI 220131
**CLERK**          : Güldeniz AKGÜN 237581

By the letter dated 07.07.2024 and numbered 2024/56530 of İstanbul Chief Public Prosecutor's Office, an arrest warrant for the minor        T.C.        , who has been pushed to the offence of Causing Reckless Killing and Injury, has been requested in accordance with the Articles 100 and 248/5 of Criminal Procedure Code and the investigation file has been examined:

**IT IS DECIDED THAT:**

Upon examination of the file, it has been identified that with the existence of strong suspicion pointing to commission of an offence, the child pushed to offence committed the offence imputed on him and there has been a reason for detention. The child pushed to offence himself could not be summoned, he could not be reached despite all searches. As a result of examinations, it has been understood that the child left the country, and the child himself was sought together with his mother Eylem Tok, who was also sought for the offence of protecting an offender under investigation with the file numbered 2024/56578. There exists facts and evidence with strong suspicion pointing to her committing an offence and she left the country together with her son. It has been understood that the child, who has been under investigation for the offence imputed on him, was abroad, and he could not be reached and therefore issuance of a red notice/extradition request has been planned. By taking into consideration the sanctions foreseen in the Turkish Criminal Code No. 5237 for the offence imputed on the child pushed to offence, upper limit of the penalty and concrete evidence in the file pointing to commission of the offence by the child, it has been decided to issue an arrest warrant for the child to detain him through the Article 100 with reference to the Article 248/5 of Criminal Procedure Code No. 5271.

DECISION: Pursuant to the above-stated grounds, it has been decided that;

1- As per Articles 248/5 and 100 of Criminal Procedure Code, an ARREST WARRANT FOR DETENTION be issued for        T.C.        (Republic of Türkiye ID No. ████████ a child pushed to the offence of Reckless Killing and Injury.

2- When the child pushed to an offence is arrested, he be brought before İstanbul Chief Public prosecutor's Office within 24 hours of his arrest, if possible. In the event that he is not brought before the judicial authority within the specified time limit, **İSTANBUL**

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.
The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)        ████████

**CHIEF PUBLIC PROSECUTOR'S OFFICE BE CONTACTED** by the Chief Public Prosecutor's Office of the place where he was arrested, and **PRIMARILY BY THE INVESTIGATING PROSECUTOR IN ORDER FOR THE STATEMENT OF THE CHILD PUSHED TO AN OFFENCE BE TAKEN AND HE BE REFERRED TO AN INQUIRY FOR DETENTION,**
With a view to affecting the arrest as soon as possible, the arrest warrant accompanied by its cover letter be sent to İstanbul Chief Public Prosecutor's Office Arrest Bureau.

The file be RETURNED to İstanbul Chief Public Prosecutor's Office,

As a result of the examination on the basis of the file, objections can be filed with İstanbul 8th Criminal Peace Judgeship.07.03.2014

Clerk 237581                                          Judge 220131

e-signed                                              e-signed

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

**REPUBLIC OF TÜRKİYE**
**İSTANBUL**
**7ᵗʰ CRIMINAL JUDGESHIP OF PEACE**

### ARREST WARRANT

| | |
|---|---|
| **The Court Issuing the Arrest Warrant** | : İstanbul 7ᵗʰ Criminal Judgeship of Peace |
| **File Number** | : 2024/1958 Miscellaneous |
| **Chief Public Prosecutor's Office Investigation Number** | : 2024/56530 |

**Juvenile Pushed to the Crime:**

| | |
|---|---|
| **ID Number** | : |
| **Name and Surname** | : T.C. |
| **Father' Name** | : |
| **Mother's Name** | : Eylem |
| **Date of Birth** | : ▮ 2007 |
| **Place of Birth** | : ER / USA |

**Registered to**

| | |
|---|---|
| **Province** | : Kars |
| **District** | : Merkez |
| **Quarter/Village** | : Boğaz |
| **Volume Number** | : |
| **Page Number** | : |
| **Entry Number** | : |

| | |
|---|---|
| **Offence Charged Against the Accused** | : Causing Reckless Killing and Injury |
| **Date of the Offence** | : 01/03/2024 |
| **Applicable Law Articles** | : Article 85/2 of the Criminal Code of Türkiye |

**Grounds for Apprehension** : Red Notice - When the juvenile pushed to the crime is apprehended, if it is possible, he shall be made present in İstanbul Chief Public Prosecutor's Office within 24 hours after the apprehension. If he cannot be made present during this period of time, **İSTANBUL CHIEF PUBLIC PROSECUTOR'S OFFICE AND PRIMARILY THE INVESTIGATION PROSECUTOR SHALL BE CONTACTED** by the Chief Public Prosecutor's Office, located where he is apprehended **AS TRANSFER FOR TAKING HIS STATEMENT AND ARREST OF THE JUVENILE PUSHED TO THE CRIME FOR INTERROGATION WILL BE EVALUATED.**

Apprehension for Arrest: It is decreed that the suspect be apprehended due to the grounds mentioned above. 07.03.2024

Court Clerk 237581
**e-signed**

Chief Judge 220131
**e-signed**

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)

ANNEX-17

| IDENTITY REGISTER COPY | | | | | PROVINCE | | DISTRICT | | QUARTER/VILLAGE | | Volume No | Section No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Kars | | Kars Merkez | | BOĞAZ | | ■ | ■ |
| LINE | IND. LINE NO. | SEX | RELATION | IDENTITY NO. | NAME | SURNAME | FATHER'S NAME | MOTHER'S NAME | PLACE AND DATE OF BIRTH | MARITAL STATUS & RELIGION | REGISTRATION DATE | CASES & DATES |
| ■ | | M | Himself | ■ | T.C. | | BÜLENT | EYLEM | EXETER / USA ■ 2007 | Single Unknown | ■ /2007 | Death: ALIVE Marriage: -------- Divorce: -------- |

| EVENTS | | |
|---|---|---|
| Ind. Line No. | NAME | OPINIONS |
| ■ | T.C. | Birth |
| ■ | T.C. | Guardianship 25/04/2011: BY THE DECISION OF MUDANYA 2ND CIVIL COURT OF FIRST INSTANCE DOCKET NUMBERED 2011/132, DECISION NUMBERED 2011/139, FINALIZED ON 12/04/2011, IT IS REGISTERED BY BURSA – MUDANYA DISTRICT UNDER THE NUMBER 2011/113. THE GUARDIANSHIP WAS GIVEN TO HIS MOTHER NAMED EYLEM CİHANTİMUR (ID NO. ■ . |
| CONCERNING PERSON'S RESIDENTIAL ADDRESS: | | İSTANBUL |

| EXPLANATIONS: | THIS REPORT WAS TAKEN FROM ELECTRONIC ENVIRONMENT FROM CENTRAL CIVIL REGISTRATION SYSTEM ON 13/03/2024 and 10:10 |
|---|---|
| 1) Personal data of person/persons complies with the registration log. 2) This identity registration copy was issued for its submission to Şişli Investigation Bureau for Juvenile Crimes and it cannot be used for other purposes. | DRAFTED BY: SRSSAVCI - 199136 |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)