UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>T.C.</u>
    Petitioner

    V.

CIVIL ACTION

NO. <u>1:24-cv-12458-ADB</u>

<u>Brian A. Kyes</u>
    Respondent

**<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>August 1, 2025</u> denying Petitioner's Petition for Writ of Habeas Corpus, the Habeas petition is hereby DISMISSED.

By the Court,

<u>August 1, 2025</u>                            /s/Caetlin McManus
    Date                                        Deputy Clerk